## THE UNITED STATES DISTRTIC COURT FOR THE
## DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| **THERESA CROTHER,** | : | |
| | : | |
| **GEORGE GREEN,** | : | |
| | : | **Jury Trial Demanded** |
| **GREGORY PARISE,** | : | |
| | : | |
| **MICHAEL WHETSTONE.** | : | |
| | : | |
| V. | : | |
| | : | C.A. No. 04-913(KAJ) |
| **TOWN OF DEWEY BEACH,** | : | |
| | : | |
| **SAMUEL MACKERT,** | : | |
| **Acting Chief** | : | |
| **Dewey Beach Police Department** | : | |
| | : | |
| **PATROLMAN ZACHARY PETTYJOHN,** | : | |
| **Dewey Beach Police Department** | : | |
| | : | |
| **PATROLMAN JOHN WHEATLEY,** | : | |
| **Dewey Beach Police Department** | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have caused copies of the foregoing Plaintiff's Interrogatories Directed to Defendants Town of Dewey Beach and Town of Dewey Beach Police Department to be served upon:

      Kevin J. Connors, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P.O. Box 130
Wilmington, DE 19899-0130

Via U.S. First Class Mail on this 16th day of March, 2005.

      **LIGUORI, MORRIS & YIENGST**

      **/s/ James E. Liguori**
      **JAMES E. LIGUORI, ESQUIRE**
      46 The Green
      Dover, DE  19901
      (302) 678-9900
      Attorney for Plaintiff

Case 1:04-cv-00913-GMS    Document 24    Filed 03/16/2005    Page 2 of 2