## THE UNITED STATES DISTRTIC COURT FOR THE
## DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| THERESA CROTHER, | : | |
| | : | |
| GEORGE GREEN, | : | |
| | : | **Jury Trial Demanded** |
| GREGORY PARISE, | : | |
| | : | |
| MICHAEL WHETSTONE. | : | |
| | : | |
| V. | : | |
| | : | C.A. No. 04-913(KAJ) |
| TOWN OF DEWEY BEACH, | : | |
| | : | |
| SAMUEL MACKERT, | : | |
| Acting Chief | | |
| Dewey Beach Police Department | : | |
| | : | |
| PATROLMAN ZACHARY PETTYJOHN, | : | |
| Dewey Beach Police Department | : | |
| | : | |
| PATROLMAN JOHN WHEATLEY, | : | |
| Dewey Beach Police Department | : | |

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that I have caused copies of the foregoing Plaintiff's First Set of Interrogatories Directed to Defendant Zachary Pettyjohn to be served upon:

        Kevin J. Connors, Esquire
        Marshall, Dennehey, Warner, Coleman & Goggin
        1220 North Market Street, 5th Floor
        P.O. Box 130
        Wilmington, DE 19899-0130

Via U.S. First Class Mail on this 16th day of March, 2005.

        **LIGUORI, MORRIS & YIENGST**

        **/s/ James E. Liguori**
        **JAMES E. LIGUORI, ESQUIRE**
        46 The Green
        Dover, DE  19901
        (302) 678-9900
        Attorney for Plaintiff