THE UNITED STATES DISTRTIC COURT FOR THE
DISTRICT COURT OF DELAWARE

| | |
|---|---|
| THERESA CROTHER, | : |
| | : |
| GEORGE GREEN, | : |
| | : **Jury Trial Demanded** |
| GREGORY PARISE, | : |
| | : |
| MICHAEL WHETSTONE. | : |
| | : |
| V. | : |
| | : C.A. No. 04-913(KAJ) |
| TOWN OF DEWEY BEACH, | : |
| | : |
| SAMUEL MACKERT, | : |
| **Acting Chief** | |
| **Dewey Beach Police Department** | : |
| | : |
| PATROLMAN ZACHARY PETTYJOHN, | : |
| **Dewey Beach Police Department** | |
| | : |
| PATROLMAN JOHN WHEATLEY, | : |
| **Dewey Beach Police Department** | : |

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that I have caused copies of the foregoing Plaintiff's Request for Production of Documents Directed to Defendant Town of Dewey Beach.

                      Kevin J. Connors, Esquire
                      Marshall, Dennehey, Warner, Coleman & Goggin
                      1220 North Market Street, 5th Floor
                      P.O. Box 130
                      Wilmington, DE 19899-0130

Via U.S. First Class Mail on this 16th day of March, 2005.
                      **LIGUORI, MORRIS & YIENGST**

                      **/s/ James E. Liguori**
                      **JAMES E. LIGUORI, ESQUIRE**
                      46 The Green
                      Dover, DE 19901
                      (302) 678-9900
                      Attorney for Plaintiff

Case 1:04-cv-00913-GMS    Document 27    Filed 03/16/2005    Page 2 of 2