THE UNITED STATES DISTRTIC COURT FOR THE
DISTRICT COURT OF DELAWARE

| | |
|---|---|
| THERESA CROTHER, : | |
| : | |
| GEORGE GREEN, : | |
| : | **Jury Trial Demanded** |
| GREGORY PARISE, : | |
| : | |
| MICHAEL WHETSTONE. : | |
| : | |
| V. : | |
| : | C.A. No. 04-913(KAJ) |
| TOWN OF DEWEY BEACH, : | |
| : | |
| SAMUEL MACKERT, : | |
| Acting Chief : | |
| Dewey Beach Police Department : | |
| : | |
| PATROLMAN ZACHARY PETTYJOHN, : | |
| Dewey Beach Police Department : | |
| : | |
| PATROLMAN JOHN WHEATLEY, : | |
| Dewey Beach Police Department : | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have caused copies of the foregoing Plaintiff's First Request for Production Directed to Defendant Zachary Pettyjohn to be served upon:

    Kevin J. Connors, Esquire
    Marshall, Dennehey, Warner, Coleman & Goggin
    1220 North Market Street, 5th Floor
    P.O. Box 130
    Wilmington, DE 19899-0130

Via U.S. First Class Mail on this 16th day of March, 2005.

    **LIGUORI, MORRIS & YIENGST**

    **/s/ James E. Liguori**
    **JAMES E. LIGUORI, ESQUIRE**
    46 The Green
    Dover, DE 19901
    (302) 678-9900
    Attorney for Plaintiff