# THE UNITED STATES DISTRTIC COURT FOR THE
# DISTRICT COURT OF DELAWARE

| | |
|---|---|
| THERESA CROTHER, | : |
| | : |
| GEORGE GREEN, | : |
| | :  **Jury Trial Demanded** |
| GREGORY PARISE, | : |
| | : |
| MICHAEL WHETSTONE. | : |
| | : |
| V. | : |
| | :  C.A. No. 04-913(KAJ) |
| TOWN OF DEWEY BEACH, | : |
| | : |
| SAMUEL MACKERT, | : |
| **Acting Chief** | : |
| **Dewey Beach Police Department** | : |
| | : |
| PATROLMAN ZACHARY PETTYJOHN, | : |
| **Dewey Beach Police Department** | : |
| | : |
| PATROLMAN JOHN WHEATLEY, | : |
| **Dewey Beach Police Department** | : |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have caused copies of the foregoing Plaintiff's First Request for Production Directed to Defendant John Wheatley to be served upon:

>Kevin J. Connors, Esquire
>Marshall, Dennehey, Warner, Coleman & Goggin
>1220 North Market Street, 5th Floor
>P.O. Box 130
>Wilmington, DE 19899-0130

Via U.S. First Class Mail on this 16th day of March, 2005.

>**LIGUORI, MORRIS & YIENGST**
>
>**/s/ James E. Liguori**
>**JAMES E. LIGUORI, ESQUIRE**
>46 The Green
>Dover, DE 19901
>(302) 678-9900
>Attorney for Plaintiff