A REGIONAL DEFENSE LITIGATION LAW FIRM

| MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN |

A PROFESSIONAL CORPORATION    www.marshalldennehey.com

**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
Newtown Square
Norristown
Philadelphia
Pittsburgh
Plymouth Meeting
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

OHIO
Akron

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

**Direct Dial: 552-4302**
**Email: kconnors@mdwcg.com**

April 1, 2005



**BY HAND DELIVERY**

The Honorable Kent A. Jordan
U.S. District Court
District of Delaware
844 N. King Street, Room 4209
Lock Box 10
Wilmington, DE  19801

    RE:    **Crother v. Dewey Beach**
           **Our File No.: 13061-00368**
           **C.A. # 04-913**
           **DOL: 6/28/03; 7/12/03 & 8/29/03**

Dear Judge Jordan:

    This letter shall constitute the interim status report to the Court by counsel.

    The undersigned counsel represents defendants and plaintiffs are represented by James Liguori, Esquire in this case which involves allegations of civil rights violations against four separate plaintiffs by defendants. The parties have already exchanged written discovery and discovery is moving forward.

    On February 10, 2005, a preliminary mediation conference was held before Magistrate Judge Mary Pat Thynge. A teleconference with Magistrate Judge Mary Pat Thynge and counsel is scheduled for Monday, April 4, 2005 at 8:30 a.m. to discuss the status of information that counsel agreed to exchange during mediation, the status of the case and prospects/approaches to settlement.

    On April 4, 2005, Your Honor is scheduled to hold a Rule 16 Status Conference by telephone with counsel at 4:30 p.m. Counsel for the parties have discussed the current status of the case and believe that there is nothing to add to the interim status report such that counsel for the parties request that the Status Conference be taken off the Court's calendar.

The Honorable Kent A. Jordan
April 1, 2005
Page 2

---

    Counsel are available at the Court's convenience should the Court require additional information.

                Very truly yours,

                Kevin J. Connors

KJC/ps
cc:    James E. Liguori, Esquire

\15_A\LIAB\KJC\CORR\277966\PBS\13061\00368