# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

THERESA CROTHER, GEORGE GREEN, :
GREGORY A. PARISE, MICHAEL         :
WHETSTONE,                         :
                                   :
              Plaintiffs,      :
                                   :
      v.                       :    Civil Action No. 04-913-KAJ
                                   :
TOWN OF DEWEY BEACH, SAMUEL        :
MACKERT, PATROLMAN ZACHARY         :
PETTYJOHN and PATROLMAN JOHN       :
WHEATLEY,                          :
                                   :
              Defendants.      :

## ORDER

At Wilmington this **5th** day of **March, 2005**,

IT IS ORDERED that an office conference has been scheduled for **Wednesday, May 11, 2005 at 1:30 p.m.** with the Magistrate Judge and counsel. The purpose of the conference is to explore and discuss the parties' interests regarding settlement.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

              /s/ Mary Pat Thynge
              UNITED STATES MAGISTRATE JUDGE