IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERESA CROTHER, GEORGE GREEN, GREGORY A. PARISE, MICHAEL WHETSTONE, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 04-913-KAJ |
| TOWN OF DEWEY BEACH, SAMUEL MACKERT, PATROLMAN ZACHARY PETTYJOHN and PATROLMAN JOHN WHEATLEY, | : : : : : | |
| Defendants. | : | |

## ORDER

At Wilmington this **13th** day of **May, 2005**,

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, June 1, 2005 at 8:30 a.m.** with the Magistrate Judge. The purpose of the conference is to explore and discuss the parties' interests regarding settlement. **James E. Liguori, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE