IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERESA CROTHER, GEORGE GREEN, GREGORY PARISE, MICHAEL WHETSTONE | : : | C.A.NO. 04-913(KAJ) |
| | : : | TRIAL BY JURY OF |
| Plaintiffs, | : : | TWELVE DEMANDED |
| v. | : : | |
| TOWN OF DEWEY BEACH, SAMUEL MACKERT, ACTING CHIEF DEWEY BEACH POLICE DEPARTMENT, ZACHARY PETTYJOHN and PATROLMAN JOHN WHEATLEY, | : : : : : : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that I have caused copies of the foregoing Answer to Defendant's First Set of Interrogatories Directed to Plaintiff Michael Whetstone to be served upon:

                      Kevin J. Connors, Esquire
                      Marshall, Dennehey, Warner, Coleman & Goggin
                      1220 North Market Street, 5th Floor
                      P.O. Box 130
                      Wilmington, DE 19899-0130

Via U.S. First Class Mail on this 31st day of May, 2005.

                      **LIGUORI, MORRIS & YIENGST**

                      **/s/ James E. Liguori**
                      **JAMES E. LIGUORI, ESQUIRE**
                      46 The Green
                      Dover, DE  19901
                      (302) 678-9900
                      Bar ID 415
                      jel_lmy@msn.com
                      Attorney for Plaintiff