IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERESA CROTHER, GEORGE GREEN, GREGORY A. PARISE, MICHAEL WHETSTONE, : : : : | |
| Plaintiffs, : : | |
| v. : : | Civil Action No. 04-913-KAJ |
| TOWN OF DEWEY BEACH, SAMUEL MACKERT, PATROLMAN ZACHARY PETTYJOHN and PATROLMAN JOHN WHEATLEY, : : : : : | |
| Defendants. : | |

## ORDER

At Wilmington this **1ˢᵗ** day of **June, 2005**,

IT IS ORDERED that a teleconference has been scheduled for **Monday, August 8, 2005 at 8:30 a.m.** with the Magistrate Judge. **Kevin J. Connors, Esquire shall initiate the teleconference call.** The purpose of the teleconference is to provide an update on the status of discovery.

Counsel is to keep the following dates open on their calendars for continued mediation, Wednesday, September 21, 2005 and Friday, September 23, 2005. Counsel understands that this matter is second in line on those dates and that the Court will advise in late August, whether either date becomes available. In addition, counsel is also to keep Tuesday, October 18, 2005 opened for continued mediation. The Court is aware that defense counsel presently has a trial scheduled to begin the day before.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE
