IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERESA CROTHER, GEORGE GREEN, GREGORY PARISE, MICHAEL WHETSTONE | : : | C.A.NO. 04-913(KAJ) |
| | : : | TRIAL BY JURY OF TWELVE DEMANDED |
| Plaintiffs, | : : | |
| v. | : : | |
| TOWN OF DEWEY BEACH, SAMUEL MACKERT, ACTING CHIEF DEWEY BEACH POLICE DEPARTMENT, ZACHARY PETTYJOHN and PATROLMAN JOHN WHEATLEY, | : : : : : : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have caused copies of the foregoing Answer to Defendant's First Set of Interrogatories Directed to Plaintiff Theresa Crother to be served upon:

>Kevin J. Connors, Esquire
>Marshall, Dennehey, Warner, Coleman & Goggin
>1220 North Market Street, 5th Floor
>P.O. Box 130
>Wilmington, DE 19899-0130

Via U.S. First Class Mail on this 2nd day of June, 2005.

>LIGUORI, MORRIS & YIENGST
>
>**/s/ James E. Liguori**
>**JAMES E. LIGUORI, ESQUIRE**
>46 The Green
>Dover, DE  19901
>(302) 678-9900
>Bar ID 415
>jel_lmy@msn.com
>Attorney for Plaintiff