**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: (302) 552 4302**
**Email: kconnors@mdwcg.com**

September 20, 2005

The Honorable Kent A. Jordan
U. S. District Court for the District of Delaware
District of Delaware
844 North King Street
Lock Box 10
Wilmington, DE 19801

RE:   Crother v. Dewey Beach et al.
      Our File No.:  13061-00368
      C.A. # 04-913
      DOL:  6/28/03; 7/12/03 & 8/29/03

Dear Judge Jordan:

    The undersigned counsel represents defendants, Town of Dewey Beach, Chief of Police Samuel Mackert, Patrolman Zachary Pettyjohn, and Patrolman John Wheatley in the above referenced matter. Plaintiffs, Theresa Crother, George Green, Gregory A. Parise and Michael Whetstone, are represented by James Liguori, Esquire.

    Previously, counsel for the parties jointly requested that an Amended Case Management Order be issued by the Court because the mediation date set by Magistrate Judge Mary Pat Thynge of October 18, 2005 was relatively close to the current trial date.

    Upon subsequent contact with You Honor's Chambers, counsel were invited to submit a proposed Amended Scheduling Order for Your Honor's consideration. To this end, counsel for the parties have conferred and submit the enclosed draft Amended Scheduling Order for Your Honor's consideration and approval.

The Honorable Kent A. Jordan
September 20, 2005
Page 2

---

      The parties thank Your Honor for consideration of this request and are available at the Court's convenience should Your Honor have any questions regarding this matter.

Respectfully submitted,

*/s/ Kevin J. Connors*
Kevin J. Connors

KJC/vll

Enclosure

Cc:    The Honorable Mary Pat Thynge – w/o enclosure
        James Liguori, Esquire – w/enclosure
        Clerk of Court – w/enclosure

\15_A\LIAB\KJC\CORR\304642\VXL\13061\00368