# THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| THERESA CROTHER, | : | Civil Action No.04-913(KAJ) |
| GEORGE GREEN, | : | TRIAL BY JURY OF TWELVE DEMANDED |
| GREGORY PARISE, | : | |
| MICHAEL WHETSTONE, | : | |
| v. | : | |
| TOWN OF DEWEY BEACH, | : | |
| SAMUEL MACKERT, Acting Chief Dewey Beach Police Department | : | |
| PATROLMAN ZACHARY PETTYJOHN, Dewey Beach Police Department | : | |
| PATRTOLMAN JOHN WHEATLEY, Dewey Beach Police Department | : | |

## AMENDED SCHEDULING ORDER

On this ____ day of _____, 2005, it is Ordered that the Scheduling Order dated November 8, 2004 shall be amended as follows:

1)  Mediation – October 18, 2005;

2)  Discovery Cut-off – January 30, 2006;

3)  Dispositive Motions Deadline – February __, 2006;

4)  Pre-Trial Stipulation Due – June __, 2006;

5)  Pre-Trial Conference – June __, 2006 at ____ a.m./p.m.;

6)  Trial – June __, 2006.

All other provisions of the Scheduling Order dated November 8, 2004 shall remain in force and effective.

_____
U.S. District Judge Kent A. Jordan

\15_A\LIAB\KJC\LLPG\304645\VXL\13061\00368