THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| THERESA CROTHER, | : | Civil Action No. 04-913 (KAJ) |
| | : | |
| GEORGE GREEN, | : | TRIAL BY JURY OF |
| | : | TWELVE DEMANDED |
| GREGORY PARISE, | : | |
| | : | |
| MICHAEL WHETSTONE, | : | |
| | : | |
| v. | : | |
| TOWN OF DEWEY BEACH, | : | |
| | : | |
| SAMUEL MACKERT, | : | |
| Acting Chief | : | |
| Dewey Beach Police Department | : | |
| | : | |
| PATROLMAN ZACHARY PETTYJOHN, | : | |
| Dewey Beach Police Department | : | |
| | : | |
| PATROLMAN JOHN WHEATLEY, | : | |
| Dewey Beach Police Department | : | |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, through their undersigned counsel, hereby move this Honorable Court to enter the attached Order, granting summary judgment in their favor and against plaintiffs and, in support thereof, aver as follows:

1. Defendants request this Honorable Court to grant summary judgment in their favor and against plaintiffs for the reasons set forth in their Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment.

**WHEREFORE,** defendants respectfully move this Honorable Court for entry of summary judgment in their favor and against plaintiffs.

                                        MARSHALL, DENNEHEY, WARNER,
                                        COLEMAN & GOGGIN

BY:   /s/ *Kevin J. Connors*
Kevin J. Connors, Esquire #2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendants

Dated: March 1, 2006
\15_A\LIAB\ESTHOMPSON\LLPG\337106\ESTHOMPSON\13061\00368