THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT COURT OF DELAWARE

| | |
|---|---|
| THERESA CROTHER, : | Civil Action No. 04-913 (KAJ) |
| : | |
| GEORGE GREEN, : | TRIAL BY JURY OF |
| : | TWELVE DEMANDED |
| GREGORY PARISE, : | |
| : | |
| MICHAEL WHETSTONE, : | |
| : | |
| v. : | |
| TOWN OF DEWEY BEACH, : | |
| : | |
| SAMUEL MACKERT, : | |
| Acting Chief : | |
| Dewey Beach Police Department : | |
| : | |
| PATROLMAN ZACHARY PETTYJOHN, : | |
| Dewey Beach Police Department : | |
| : | |
| PATROLMAN JOHN WHEATLEY, : | |
| Dewey Beach Police Department : | |

## CERTIFICATE OF SERVICE

I, KEVIN J. CONNORS, hereby certify that Defendants' Motion for Summary Judgment and Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment have been served on March 1, 2006 via e-file and regular mail upon:

James E. Liguori, Esquire
Liguori, Morris & Yiengst
46 The Green
Dover, DE 19901

                                  MARSHALL, DENNEHEY, WARNER,
                                  COLEMAN & GOGGIN

                                  BY:   /s/ Kevin J. Connors
                                  Kevin J. Connors, Esquire #2135
                                  1220 North Market Street, 5th Fl.
                                  P.O. Box 8888
                                  Wilmington, DE 19899-8888
                                  Attorney for Defendants