**EXHIBIT C**

CROWTHER, THERESA ANN

# Initial Crime Report

**Reported Date and Time:** SAT 07/12/2003 0132
**Occurred:** SAT 07/12/2003 0132

**Location:** Dagsworthy AVE, Dewey Beach, DE 19971
ON THE BEACH

**M.O. and Incident Overview:**
I STOPPED SUBJECTS FOR BEACH CURFEW AND ISSUED THEM A SUMMONS. SUBJECTS WALKED AWAY AND WERE POINTING FINGERS AND YELLING. I TOLD THEM TO COME BACK TO ME AND THEY CONTINUED WALKING. I GRABBED THE MALE SUBJECT AND THE FEMALE SUBJECT SMACKED MY FACE.

| Grid | Sector | County | Domestic Related | 4-F-14 Sent? | Gen Broadcast Sent? |
|---|---|---|---|---|---|
| 222-100 | 73 | Sussex | ☐Yes ☒No | ☐Yes ☒No | ☐Yes ☒No |

## Victim Information

**Victim Number:** 001
**Name:** PETTYJOHN, ZACHARY A P
**Type:** Individual  **Sex:** Male  **Race:** White  **Ethnic Origin:** Non-Hispanic  **Age:** 19  **D.O.B.:** 07/14/1984
**Address:** 105 Rodney AVE, Dewey Beach, DE 19971
**Resident Status:** Non Resident  **Home Telephone:** (302) 227-1110
**Employer/School:** DEWEY BEACH POLICE DEPARTMENT, 105 RODNEY AVE, Dewey Beach, DE 19971  **Work Telephone:** (302) 227-1110
**Reporting Person?** ☒Yes ☐No  **Victim Injured?** ☐Yes ☒No  **Victim Deceased?** ☐Yes ☒No

**Victim Number:** 002
**Type:** Society/Public
**Reporting Person?** ☐Yes ☒No  **Victim Injured?** ☐Yes ☒No  **Victim Deceased?** ☐Yes ☒No

## Suspect/Defendant Information

**Sequence:** 001  **Type:** Defendant  **SBI Number:** T1353190  **Name:** CROWTHER, THERESA ANN
**Sex:** Female  **Race:** White  **Ethnic Origin:** Non-Hispanic  **Age:** 43  **D.O.B.:** 10/02/1963  **Height:** 5'06"  **Weight:** 115  **Skin Tone:** Fair  **Eye Color:** Hazel
**Hair Color:** Blonde/Strawberry  **Hair Length:** Below Collar  **Hair Style:** Straight  **Build:** Average
**Resident Status:** Non Resident  **Armed With:** Unarmed
**Address:** 3430 Cedar Church RD, WHITEFORD, MD 21160
**Home Telephone:** (410) 457-4299  **Employer/School:** HARFORD MEMORIAL HOSPITAL  **Work Telephone:** (443) 843-6334
**Arrest Number:** 137096  **Arrest Type:** Warrant

**Sequence:** 002  **Type:** Defendant  **Name:** GREEN, GEORGE C
**Sex:** Male  **Race:** White  **Ethnic Origin:** Non-Hispanic  **Age:** 39  **D.O.B.:** 05/13/1964  **Height:** 5'10"  **Weight:** 210  **Eye Color:** Brown
**Hair Color:** Brown
**Resident Status:** Non Resident  **Armed With:** Unarmed
**Address:** 335 Cullen RD, OXFORD, PA 19363
**Arrest Number:** DB 034698  **Arrest Type:** Summoned

## Crimes and Associated Information

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 001 | 002 | DE:11:0612:00a3:F:D | Assault Second Degree Intentional Injury to a Law Enforcement Officer Fireman Correctional Officer Sheriff or Deputy Sheriff |

**Location Type:** Other/Unknown  **Status:** Adult Arrest 07/12/2003  **Involvement:** ☒Alcohol ☐Drugs ☐Computer  **General Offense:**

**Reporting Officer:** PTLM PETTYJOHN - 98942 2
**Supervisor Approval:** SAMUEL D MACKERT OJDBSDM  **Date:** 08/03/2003 1344

## Crimes and Associated Information

| Suspected Hate/Bias | Crime Code |
|---|---|
| ☐ Yes  ☒ No - N/A | 13214D - Aggravated Assault/Police Officer Strong-Arm/Hands/Fist/Feet |

| Burglary Force Involved | Weapon/Force Used | Police Assignment | Police Activity | Assault Factor |
|---|---|---|---|---|
| ☐ Yes  ☐ No | Personal Weapons Hands/Feet | One-Man Vehicle/Uniformed Officer | Attempting Other Arrest | Assault on Law |

| M.O. Information | MO Class | MO Description |
|---|---|---|
| | Means of Attack | Hands/Feet |
| | Personal Acts Against Victim | Assaults |
| | Force Inflicted | Pull/Grab/Push Victim |

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 002 | 001 | DB:04:0004:0401:V: | Violation of Beach Curfew 1am to 5am |

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| Other/Unknown | Adult Arrest 07/12/2003 | ☒ Alcohol  ☐ Drugs  ☐ Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| ☐ Yes  ☒ No - N/A | 8099 - Local Statute/Free Text |

| Burglary Force Involved |
|---|
| ☐ Yes  ☐ No |

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 002 | 003 | DE:11:8522:000B:M:A | Authority to Take Photos and Fingerprints |

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| Other/Unknown | Adult Arrest 07/12/2003 | ☒ Alcohol  ☐ Drugs  ☐ Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| ☐ Yes  ☒ No - N/A | 4899 - Obstructing Police/Hindering Police Officer/Free Text |

| Burglary Force Involved |
|---|
| ☐ Yes  ☐ No |

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 002 | 004 | DB:04:0004:0401:V: | Violation of Beach Curfew 1am to 5am |

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| Other/Unknown | Adult Arrest 07/12/2003 | ☐ Alcohol  ☐ Drugs  ☐ Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| ☐ Yes  ☒ No - N/A | 8099 - Local Statute/Free Text |

| Burglary Force Involved |
|---|
| ☐ Yes  ☐ No |

## Victim - Suspect/Defendant Relationships

| Victim | Suspect/Defendant | Victim Offender Relationship |
|---|---|---|
| Victim - 001  PETTYJOHN, ZACHARY A P | Suspect/Defendant - 001  CROWTHER, THERESA ANN | Stranger |
| Victim - 001  PETTYJOHN, ZACHARY A P | Suspect/Defendant - 002  GREEN, GEORGE C | Stranger |
| Victim - 002  Society/Public | Suspect/Defendant - 001  CROWTHER, THERESA ANN | Victimless Crime |
| Victim - 002  Society/Public | Suspect/Defendant - 002  GREEN, GEORGE C | Victimless Crime |

## Witness Information

| Sequence | Type | Name | Sex | Race | Age | D.O.B. |
|---|---|---|---|---|---|---|
| 001 | Reporting Person | PETTYJOHN, ZACHARY A P | Male | White | 19 | 07/14/1984 |

| Address | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|
| 105 Rodney AVE  Dewey Beach, DE 19971 | (302) 227-1110 | DEWEY BEACH POLICE DEPARTMENT  105 RODNEY AVE  Dewey Beach, DE 19971 | (302) 227-1110 |

## Investigative Narrative

ON JULY 12, 2003 AT APPROXIMATELY 0120 HOURS I STOPPED THERESA ANN CROWTHER, W/F 10/02/63 ( NOW REFERRED TO AS DEFENDANT 1) AND GEORGE C. GREEN (DEFENDANT 2) FOR VIOLATION OF BEACH CURFEW. WRITER ISSUED (DEFENDANT 2) A UNIFORM CRIMINAL COMPLAINT AND SUMMONS FOR BEACH CURFEW AND RELEASED BOTH OF THEM. AS THEY BEGAN TO WALK AWAY, DEFENDANT 2 BEGAN TO BECOME DISORDERLY BY POINTING HIS FINGERS IN AN AGGRESSIVE MATTER AND YELLING AT WRITER. I THEN TOLD DEFENDANT 2 TO STOP WALKING AWAY AND TO COME BACK TO WRITER. DEFENDANT 2 TOLD WRITER HE WAS DONE TALKING AND HE AND DEFENDANT 1 CONTINUED TO WALK AWAY. WRITER THEN TOLD DEFENDANT 2 AND DEFENDANT 1 TO STOP, WHICH THEY BOTH IGNORED BY WALKING AWAY. WRITER THEN APPROACHED BOTH AND PLACED MY RIGHT HAND ON DEFENDANT 2'S LEFT BICEP TO PREVENT HIM FROM WALKING ANY FURTHER. AT THIS TIME, DEFENDANT 1 GRABBED WRITER'S RIGHT ARM AND PULLED SAME BACKWARDS. DEFENDANT 1 THEN PUNCHED WRITER (WITH AN OPEN HAND) ON THE LEFT SIDE OF MY FACE. WHILE DOING SO, DEFENDANT 1 SQUEEZED WRITER'S CHEEKS TOGETHER IN AN AGGRESSIVE MANNER. WRITER THEN PLACED DEFENDANT 1 INTO HANDCUFFS AND TRANSPORTED SAME TO THE POLICE DEPARTMENT FOR PROCESSING. UPON ARRIVAL AT THE POLICE DEPARTMENT, DEFENDANT 1 STATED THAT SHE REFUSED TO BE FINGERPRINTED AND TO HAVE HER PHOTOGRAPH TAKEN BECAUSE SHE DID NOTHING WRONG.

| Reporting Officer | Supervisor Approval |
|---|---|
| PTLM PETTYJOHN - 98942 2 | SAMUEL D MACKERT OJDBSDM Date 08/03/2003 1344 |

| Reporting Officer<br>PTLM PETTYJOHN  - 98942 2 | | Supervisor Approval<br>SAMUEL D MACKERT OJDBSDM Date 08/03/2003 1344 | | |
|---|---|---|---|---|
| Detective Notified | | Referred To | | |
| Solvability Factors | ☐ Witness<br>☐ Suspect Located | ☐ M.O.<br>☐ Suspect Described | ☐ Trace Stolen Property<br>☐ Suspect Identified | ☐ Suspect Named<br>☐ Suspect Vehicle Identified | Status<br>Closed |

| SBI | 2. DATE OF ARREST 07-12-2003 | ARREST NO. 137096 | ARREST REPORT |
|---|---|---|---|
| | | | DISSEMINATION OF THIS RECORD IS RESTRICTED TO CRIMINAL JUSTICE AGENCIES ONLY. |

| 3. DEFENDANT'S NAME (LAST, FIRST, MIDDLE, SUFFIX) Crowther Theresa Ann | 4. GRID OF RESIDENCE | 17. FBI NO. | 18. MO. CLASS |
|---|---|---|---|
| 5. DEFENDANT'S ADDRESS 3430 Cedar Church Rd | COMMUNITY | CITY Whiteford, MD 21160 | 19. MISCELLANEOUS IDENT. NO'S |
| 6. ALIAS / NICKNAME | 7. OCCUPATION NURSE | EMPLOYER OR SCHOOL ATTENDED HARFORD MEMORIAL | 20. RESIDENCE PHONE 410-457-4299  DAY ☐ NIGHT ☐   BUSINESS PHONE |
| 8. RACE W SEX F EO NH AGE 39 DOB 10-2-63 | HEIGHT 506 WEIGHT 115 HAIR BN/HAZ EYE COMPLEX Fair | COMPLAINT NO. 89031264 | 21. LOCATION OF ARREST (ADDRESS) Dagsworthy (Oceanside) |
| 9. PLACE OF BIRTH Baltimore MD | 10. SOCIAL SECURITY NO. 218961928 | 11. D.L. NO. C63092067760  MD ST. | 22. DESCRIBE TYPE OF PREMISE - CRIME OCCURRED Beach |
| 12. SCARS, MARKS, TATTOOS | | ☐ RIGHT ☐ LEFT HANDED | 23. VEHICLE INVOLVED  REG. NO.  STATE  YEAR |
| 13. ARRAIGNMENT DATE 7-12-03 COURT J3 JUDGE HAGAN | 14. TRIAL DATE PENDING COURT JUDGE | | HOLD PLACED ON VEHICLE ☐ YES ☐ NO  VEHICLE TOWED TO |
| 15. ARREST DISPOSITION/DATE 071203 Committed $3,100.00 CASH BAIL | 16. ARRESTING OFFICER Pettyjohn 989-42 U | | 24. PLACE OF CRIME - ADDRESS DAGSWORTHY AVE. DEWEY BEA |

| 25. DATE OF CRIME | COMPLAINT NO. | GRID OF INCIDENT | CLASS NO. | CRIME | CRIME STATUE | JUV. VIC | FINAL DISPOSITIONS |
|---|---|---|---|---|---|---|---|
| 25/1 7-12-03 | 89-03-1264 | 222/100 | 8099 | Violation of Beach Curfew | DB:04:0004:0401 | ☐ | $100.00 CASH ONLY |
| 25/2 7-12-03 | 89-03-1264 | 222/100 | 13214 D | Assault 2nd | DE:11:0612:0003 F/b | ☐ | $2,000.00 CASH ONLY |
| 25/3 7-12-03 | 89-03-1264 | 222/100 | 4899 | Authority to take Fingerprints | DE:11:8522:0008 MA | ☐ | $1,000.00 CAS ONLY |
| 25/4 | | | | | | ☐ | |
| 25/5 | | | | | | ☐ | |
| 25/6 | | | | | | ☐ | |
| 25/7 | | | | | | ☐ | |

26. ☐ MARRIED  ☐ SEPARATED  ☒ SINGLE  ☐ DIVORCED   SPOUSE'S NAME   ADDRESS   AGE   PHONE

RELATIVES: FATHER, MOTHER (IF ALIVE) BROTHERS, SISTERS   ADDRESS   AGE   PHONE

27. VICTIM/COMPLAINT ZACHARY A. PETTYJOHN  ADDRESS 105 RODNEY AVE.  CITY DEWEY BEACH, DE 19971  RES. PHONE  BUS. PHONE (302)227-111

28. NAME OF PARENT/GUARDIAN/NEXT OF KIN NOTIFIED   DATE/TIME   OFFICER   NO.

29. NARRATIVE: PLACES FREQUENTED, FACTS OF ARREST, ASSOCIATES, MILITARY SERVICE, EDUCATION

33. POSSIBLE ALIEN ☐ YES ☒ NO
34. FEDERAL PRINTS ☒ YES ☐ NO

WARRANT CHECK ☒ DELJIS ☒ NCIC | 30. DEFENDANT'S MONEY, PROPERTY (IF SEIZED BY OFFICER) | 31. PAGE 4 of 4 | 32. DATE/TIME COMMITTED 7-12-03 6:20 pm | 35. SUPERVISOR NO. MACILGRY 988

FORM NO. 523

| SBI NO. | LAST NAME | FIRST | MIDDLE | SUFFIX |
|---|---|---|---|---|
| | Crowther | Theresa | Ann | |

| ADDRESS | COMMUNITY | CITY | STATE |
|---|---|---|---|
| 3430 cedar Church RD | | Whiteford | MD |

| MUGGED | RACE | SEX | E.O. | DATE OF BIRTH | HGT. | WGT. | HAIR | EYES | PLACE OF BIRTH |
|---|---|---|---|---|---|---|---|---|---|
| X YES / NO | W | F | NH | 10-02-63 | 5'06" | 118 | BLN | Haz | Baltimore M |

ALIASES

FBI NO.

SIGNATURE OF PERSON FINGERPRINTED

Theresa A Crowther

I HEREBY VOLUNTARILY SUBMIT MY SOCIAL SECURITY NUMBER FOR A SUPPLEMENTAL MEANS OF IDENTIFICATION ONLY

AGENCY I.D. NO. 89

TEMPORARY SBI NO T135 3190

PALM CLASS.

SIGNATURE OF OFFICIAL TAKING FINGERPRINTS AND ID#
PettyJohn 989-42

DATE OF ARREST 7-12-03

**STATE BUREAU OF IDENTIFICATION**
DELAWARE STATE POLICE
P.O. BOX 430
DOVER, DELAWARE

| AGENCY | ARREST # | DATE | CAUTION | NCIC CLASS |
|---|---|---|---|---|
| Dewey Beach | 137096 | 07-12-03 | | |

1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE
6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY | L. THUMB | R. THUMB | RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY



# FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
## WASHINGTON, D.C. 20537

PALM PRINTS TAKEN? YES ☐ NO ☒

PHOTO AVAILABLE? YES ☒ NO ☐

**INSTRUCTIONS**

1. UNLESS OTHERWISE PROVIDED BY REGULATION IN YOUR STATE, FINGERPRINTS ARE TO BE SUBMITTED DIRECTLY TO FBI IDENTIFICATION DIVISION. FORWARD IMMEDIATELY FOR MOST EFFECTIVE SERVICE.
2. FINGERPRINTS SHOULD BE SUBMITTED BY ARRESTING AGENCY ONLY (MULTIPLE PRINTS ON SAME CHARGE SHOULD NOT BE SUBMITTED BY OTHER AGENCIES SUCH AS JAILS, RECEIVING AGENCIES ETC.) REQUESTS COPIES OF FBI IDENTIFICATION RECORD FOR ALL OTHER INTERESTED AGENCIES IN BLOCK BELOW. GIVE COMPLETE MAILING ADDRESS INCLUDING ZIP CODE.
3. TYPE OR PRINT ALL INFORMATION.
4. NOTE AMPUTATIONS IN PROPER FINGER BLOCKS.
5. LIST FINAL DISPOSITION IN BLOCK ON FRONT SIDE. IF NOT NOW AVAILABLE, SUBMIT LATER ON FBI FORM R-84 FOR COMPLETION OF RECORD. IF FINAL DISPOSITION NOT AVAILABLE SHOW PRE-TRIAL OR ARRESTING AGENCY DISPOSITION e.g., RELEASED, NO FORMAL CHARGE, BAIL, TURNED OVER TO, IN THE ARREST DISPOSITION BLOCK PROVIDED ON THIS SIDE.
6. MAKE CERTAIN ALL IMPRESSIONS ARE LEGIBLE, FULLY ROLLED AND CLASSIFIABLE.
7. CAUTION - CHECK BOX ON FRONT IF CAUTION STATEMENT INDICATED. BASIS FOR CAUTION (ICO) MUST GIVE REASON FOR CAUTION, e.g., ARMED AND DANGEROUS, SUICIDAL, ETC.
8. MISCELLANEOUS NUMBER (MNU) - SHOULD INCLUDE SUCH NUMBERS AS MILITARY SERVICE, PASSPORT AND/OR VETERANS ADMINISTRATION (IDENTIFY TYPE OF NUMBER.)
9. PROVIDE STATUTE CITATION, IDENTIFYING SPECIFIC STATUTE (example - PL for PENAL LAW) AND CRIMINAL CODE CITATION INCLUDING ANY SUB-SECTIONS.
10. ALL INFORMATION REQUESTED IS ESSENTIAL.
11. PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

IF ARREST FINGERPRINTS SENT FBI PREVIOUSLY AND FBI NO. UNKNOWN, FURNISH ARREST NO. _____ DATE _____

STATUTE CITATION (SEE INSTRUCTIONS NO. 9) CIT
1. ASSAULT 2ND    DE:11:0612:00a3  F/D
2. AUTH.. TO TAKE PHOTO AND FINGERPRINTS   M/A
                  DE:11:8522:000B
3. VIOL. BEACH CURFEW  DB:04:0004:0401 V

ARREST DISPOSITION (SEE INSTRUCTION NO. 5) ADN

COMMITTED $3,100.00 CASH BAIL

EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY. IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

HARFORD MEMORIAL HOSPITAL

OCCUPATION
NURSE

REPLY DESIRED? YES ☐ NO ☒
(REPLY WILL BE SENT IN ALL CASES IF SUBJECT FOUND TO BE WANTED)
IF COLLECT WIRE OR COLLECT TELEPHONE REPLY DESIRED, INDICATE HERE: (WIRE SENT ON ALL UNKNOWN DECEASED)
WIRE REPLY ☐    TELEPHONE REPLY ☐    TELEPHONE NO. AND AREA CODE

RESIDENCE OF PERSON FINGERPRINTED
3430 CEDAR CHURCH ROAD
WHITEFORD, MD 21160

SCARS, MARKS, TATTOOS, AND AMPUTATIONS SMT

SEND COPY TO: NAME  ORI NUMBER AND ADDRESS

BASIS FOR CAUTION ICO

DATE OF OFFENSE DOO    SKIN TONE SKN
07-12-2003             FAIR

MISC. NO MNU

ADDITIONAL INFORMATION

LEAVE BLANK

FD-249 (REV. 12-29-82)

☆ U.S. G.P.O. 1991 282-059/40002

DSB No. _____

Name __Crowther__ __Theresa__ __Ann__
       (Surname)    (First)    (Middle)

Class __D/FELONY__

Aliases _____

Crim ① __Assault 2n__
② Violation of Beach
③ Authority to take fingerprints

DoB __10-02-63__    Color __WHITE__  Sex __Female__

**RIGHT HAND**

| Right Thumb | R. Fore Finger | R. Middle Finger | R. Ring Finger | R. Little Finger |
|---|---|---|---|---|

Date __2-12-03__    Subject's Signature _____

Taken By _____

Form # 35

GMS

PALM PRINT

SEP-27-2004 14:35  DEWEY BEACH POLICE                                                    P.13/13
Case 1:04-cv-00915-GMS   Document 42-4   Filed 03/01/2006   Page 12 of 13

STATE OF DELAWARE
UNIFORM CRIMINAL COMPLAINT AND WARRANT

GRID: 222/100

SCARS:

MARKS: N/A

TATTOOS:

COMPLEXION

PLACE OF BIRTH

ALIAS/OR NICKNAME

OTHER INFORMATION: S.S.N# 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

FINGER PRINTS
R    INDEX AND MIDDLE



**STATE OF DELAWARE**
**UNIFORM CRIMINAL COMPLAINT AND SUMMONS**

DB No. 103463

| | |
|---|---|
| MONTH | 07 |
| YEAR | 03 |
| DAY OF WEEK | Sat |
| TIME | 7:21 |

Last Name: Green
First Name: George
MI: C

Street: 335 Cullen Rd
City: Oxford  State: PA  Zip: 19363  County:

DOB: 05-13-64  Race: W  Sex: F  Ht: 5'10"  Wt: 210  Hair: Bro  Eyes: BO

Driver License No: 25608659  State: PA  Expire Date: 5-14-05

AT: Pennsylvania (35)  (City) Dewey Beach  Sussex County
State of Delaware, committed the following offense of: Beach cocked
In violation of: Town ordinance
Town Ord. #: Chapter 4  Section: 401.4
State Statute: ___  Section: ___
Title: ___

Officer: Pettyjohn  IBM: 195-421  Troop or Agency: Dewey Beach
Complaint Number: SC-03-1262  Arrested ☐  Release by Auth. Official: ___

Sworn before me this ___ day of ___
Judge, Magistrate, Alderman, Commissioner ___

You are hereby summoned to appear in ___ Court ___
Located at ___
ON ___ (Month) ___ (Day) AT ___ A.M. P.M.

Failure to respond to this summons will result in the issuance of a warrant for your arrest and may result in fine or imprisonment or both.

I promise to appear in said court at said date and time or mail in fine.

Signature of Offender: [signed]  Date: 7/12

**Town Ordinance Violation**

Fine: 200.00
Court Cost: 51.00
Victims Comp: 36.00
Total: 287.00
Due Date: 8-12-03

Mail To: Town of Dewey Beach • 105 Rodney Street • Dewey Beach, DE 19971

Case: ___  Docket: ___  Page: ___

White Copy - Police
2nd White Copy - Record
Yellow Copy - Offender
Pink Copy - Court

PRESS FIRMLY, YOU ARE MAKING FOUR (4) COPIES