**EXHIBIT D**

Attn: Eric Thompson

```
Position cursor or enter screen value to select
GC420A                    ***** Courts Case Management *****
Feb 24,06                    - Browse All Charges -                        2:09 PM

                                                      AGE OF CASE: 958
NAME: THERESA CROWTHER                    SBI#                DOB:
                                          STATUS   CC
ARREST DATE 07/12/2003                                        COUNTY S    C V
             * C H A R G E *                                 *DISPOSITION*
SEQ CT CRIM ACT #     DATE FILED STATUTE        DESCRIPTION  CODE DATE
--- -- ------------   ---------- -------------- ------------ ---- ----------
001 J                            DE11060100a1MA OFF TOUCHING TRAN 07/12/2003
001 C  MS03071311CR   07/14/2003                             PBJD 09/08/2003
002 J                            DE118522000BMA AUTH FOR PHO TRAN 07/12/2003
002 C  MS03070604     07/14/2003                             NOLP 09/08/2003
                         *** End of Data ***



Case: 0307008535_

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn                 DSPVC bkwrd frwrd print               main
```

```
Position cursor or enter screen value to select
GC420A                 ***** Courts Case Management *****
Feb 24,06                   - Browse All Charges -                      2:09 PM

                                                          AGE OF CASE: 958
 NAME: THERESA CROWTHER                       SBI#              DOB:
                                             STATUS   CC
 ARREST DATE 07/12/2003                                   COUNTY S    C V
             * C H A R G E *                              *DISPOSITION*
 SEQ CT CRIM ACT #    DATE FILED STATUTE      DESCRIPTION  CODE DATE
 --- -- ------------- ---------- ------------ ------------ ---- ----------
 003 J                           DB0400040401V BEACH CURFEW TFJT 07/25/2003
 003 C  MS03072329    07/28/2003                           NOLP 09/08/2003
                          *** End of Data ***




 Case: 0307008641_

 Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
       help  retrn                     DSPVC bkwrd frwrd print              main
```