**EXHIBIT E**

```
                    COURT OF COMMON PLEAS CRIMINAL DOCKET              Page    1
                           ( as of  02/24/2006 )
```

State of Delaware v. GEORGE C GREEN                              DOB: 05/13/1964
State's Atty: , Esq.                         AKA:
Defense Atty: JOHN M SANDY , Esq.

Assigned Judge:

Charges:

| Count | DUC# | Crim.Action# | Description | Dispo. | Dispo. Date |
|---|---|---|---|---|---|
| 001 | 0308013199 | MS03081839 | BEACH CURFEW | NOLP | 12/29/2003 |

| No. | Event Date | Event | Judge |
|---|---|---|---|
| | 09/03/2003 | CASE FILED ON 08/21/2003; ARREST DATE 07/12/2003 ARRAIGNMENT SCHEDULED FOR 10/16/2003 RELEASED/OWN RECOG.    0.00 | |
| | 10/15/2003 | VIOLATION OF BEACH CURFEW | |
| | 10/15/2003 | RULE 10 FOR COURT TRIAL, ENTRY OF APPEARANCE, REQUEST FOR DISCOVERY AND BRADY FILED BY ATTORNEY, J. SANDY | |
| | 10/16/2003 | DEFENDANT PLED NOT GUILTY; WAIVED JURY TRIAL | |
| | 10/16/2003 | NON JURY TRIAL SCHEDULED FOR 12/29/2003 AT 08:30 AM | |
| | 11/26/2003 | CERT/SVC FILED BY D. BUCKLIN, D.A.G. SHOWING COPY OF DISCOVERY DELIVERED TO PROY. OFFICE BOX OF JOHN SANDY, ESQ. | |
| | 12/29/2003 | NOLLE PROSEQUI ENTERED AS TO 03-08-1839 VIOLATION OF BEACH CURFEW | BEAUREGARD ROSEMARY BETTS |

```
              *** END OF DOCKET LISTING AS OF  02/24/2006 ***
                        PRINTED BY: CCPOCAR
```