**EXHIBIT F**

**Dewey Beach PD**

89-03-000958

| Reported Date and Time | | Occurred |
|---|---|---|
| SAT 06/28/2003 0010 | **Initial Crime Report** | SAT 06/28/2003 0010 |

**Location:**
Dagsworthy AVE    Dewey Beach, DE 19971
OUTSIDE OF SUDS NIGHT CLUB

**M.O. and Incident Overview:**
The defendants urinated in public, behind Dewey Beach Liquors. The defendants were stopped outside of Suds night club. A fight ensued after the defendants were stopped.

| Grid | Sector | County | Domestic Related | 4-F-14 Sent? | Gen Broadcast Sent? |
|---|---|---|---|---|---|
| 216-106 | 73 | Sussex | ☐Yes ☒No | ☐Yes ☒No | ☐Yes ☒No |

## Victim Information

| Victim Number | Name |
|---|---|
| 001 | DEWEY BEACH POLICE DEPARTMENT |

| Type | Sex | Race | Ethnic Origin | Age | D.O.B. |
|---|---|---|---|---|---|
| Government | | | | | |

**Address:** 105 Rodney AVE, Dewey Beach, DE 19971
**Resident Status:** | **Business Telephone** (302) 227-1110 | **Employer/School** | **Work Telephone**

| Reporting Person? | Victim Injured? | Victim Deceased? | Officer Comments |
|---|---|---|---|
| ☐Yes ☐No | ☐Yes ☐No | ☐Yes ☒No | |

**Injuries:** | **Description of Injuries:**

---

| Victim Number | Name |
|---|---|
| 002 | |

| Type | Sex | Race | Ethnic Origin | Age | D.O.B. |
|---|---|---|---|---|---|
| Society/Public | | | | | |

**Address:** | **Resident Status** | **Home Telephone** | **Employer/School** | **Work Telephone**

| Reporting Person? | Victim Injured? | Victim Deceased? | Officer Comments |
|---|---|---|---|
| ☐Yes ☒No | ☐Yes ☒No | ☐Yes ☒No | |

**Injuries:** | **Description of Injuries:**

---

| Victim Number | Name |
|---|---|
| 003 | PETTYJOHN, ZACHARY A P |

| Type | Sex | Race | Ethnic Origin | Age | D.O.B. |
|---|---|---|---|---|---|
| Individual | Male | White | Non-Hispanic | 18 | 07/14/1984 |

**Address:** 105 S Rodney AVE, Dewey Beach, DE 19971
**Resident Status:** Non Resident | **Home Telephone** (302) 227-1110 | **Employer/School** DEWEY BEACH POLICE DEPARTMENT 105 RODNEY AVE Dewey Beach, DE 19971 | **Work Telephone** (302) 227-1110

| Reporting Person? | Victim Injured? | Victim Deceased? | Officer Comments |
|---|---|---|---|
| ☐Yes ☒No | ☐Yes ☒No | ☐Yes ☒No | |

**Injuries:** | **Description of Injuries:**

---

| Victim Number | Name |
|---|---|
| 004 | HITCHENS, JEREMY TODD P |

| Type | Sex | Race | Ethnic Origin | Age | D.O.B. |
|---|---|---|---|---|---|
| Individual | Male | White | Non-Hispanic | 20 | 07/27/1982 |

**Address:** 105 Rodney AVE, Dewey Beach, DE 19971
**Resident Status:** Non Resident | **Home Telephone** (302) 227-1110 | **Employer/School** DEWEY BEACH POLICE DEPARTMENT 105 RODNEY AVE Dewey Beach, DE 19971 | **Work Telephone** (302) 227-1110

| Reporting Person? | Victim Injured? | Victim Deceased? | Officer Comments |
|---|---|---|---|
| ☐Yes ☒No | ☒Yes ☐No | ☐Yes ☒No | |

**Injuries:** Apparent Minor Injury Unconsciousness | **Description of Injuries:** ABRASIONS TO MOUTH - JAW SWELLING

---

| Victim Number | Name |
|---|---|
| 005 | WHEATLEY, JOHN W J |

| Type | Sex | Race | Ethnic Origin | Age | D.O.B. |
|---|---|---|---|---|---|
| Individual | Male | White | Non-Hispanic | 18 | 02/12/1985 |

**Address:** 105 Rodney AVE, Dewey Beach, DE 19971
**Resident Status:** Non Resident | **Home Telephone** (302) 227-1110 | **Employer/School** DEWEY BEACH POLICE DEPARTMENT 105 RODNEY AVE Dewey Beach, DE 19971 | **Work Telephone** (302) 227-1110

| Reporting Person? | Victim Injured? | Victim Deceased? | Officer Comments |
|---|---|---|---|
| ☐Yes ☒No | ☐Yes ☒No | ☐Yes ☒No | |

**Injuries:** | **Description of Injuries:**

---

| Reporting Officer | Supervisor Approval |
|---|---|
| PTLM WHEATLEY - 98938 2 | SAMUEL D MACKERT OJDBSDM Date 06/28/2003 1339 |

## Suspect/Defendant Information

| Sequence 001 | Type Defendant | SBI Number T1775398 | Name PARISE, GREGORY C | | Nick Name | |
|---|---|---|---|---|---|---|

| Sex Male | Race White | Ethnic Origin Non-Hispanic | Age 29 | D.O.B. 09/15/1973 | Height 5' 08" | Weight | Skin Tone Fair | Eye Color Hazel |
|---|---|---|---|---|---|---|---|---|

| Hair Color Brown | Hair Length Short | Hair Style Military | Facial Hair Clean Shaven | Voice Speech | Teeth | Build Average | Glasses |
|---|---|---|---|---|---|---|---|

| Disguise | Disguise Color(s) | Resident Status Non Resident | Unusual Characteristics | Armed With Unarmed | |
|---|---|---|---|---|---|

**Address** 1627 Taylor AVE UTICA, NY 13501
**Home Telephone** (315) 724-1167
**Employer/School** ONEIDA COUNTY SHERIFF'S DEPT ORISHANY, NY
**Work Telephone**

| Arrest Number 137890 | Arrest Type Warrant | Suspect's Clothing Description |
|---|---|---|

---

| Sequence 002 | Type Defendant | SBI Number T1775401 | Name LUCCI, PAUL A J | | Nick Name | |
|---|---|---|---|---|---|---|

| Sex Male | Race White | Ethnic Origin Non-Hispanic | Age 29 | D.O.B. 09/01/1973 | Height 6' 00" | Weight | Skin Tone Fair | Eye Color Brown |
|---|---|---|---|---|---|---|---|---|

| Hair Color Brown | Hair Length Short | Hair Style Military | Facial Hair | Voice Speech | Teeth | Build Muscular | Glasses |
|---|---|---|---|---|---|---|---|

| Disguise | Disguise Color(s) | Resident Status Non Resident | Unusual Characteristics | Armed With Unarmed | |
|---|---|---|---|---|---|

**Address** 602 Park AVE APARTMENT 2B ROCHESTER, NY 14607
**Home Telephone** (585) 467-6395
**Employer/School** ROCHESTER POLICE DEPARTMENT ROCHESTER, NY
**Work Telephone**

| Arrest Number 137889 | Arrest Type Warrant | Suspect's Clothing Description |
|---|---|---|

## Crimes and Associated Information

| Victim Number 001 | Crime Seq 007 | Statute DE:11:0811:00A1:M: | Crime Description Criminal Mischief  Under $1000 Damage Property |
|---|---|---|---|

| Location Type Highway/Roadway/Alley | Status Adult Arrest 06/28/2003 | Involvement ☒Alcohol ☐Drugs ☐Computer | General Offense |
|---|---|---|---|

| Suspected Hate/Bias ☐Yes ☒No - N/A | Crime Code 2901 - Damage/Business Property |
|---|---|

| Burglary Force Involved ☐Yes ☐No | |
|---|---|

| Damaged Property | Property Category Radios/TVs/VCRs | Value 400.00 |
|---|---|---|

| Item Type Walkie Talkie | Serial Number | Brand RELM |
|---|---|---|

| Model | Item Style PORTABLE RADIO |
|---|---|

**Extended Description** RELM HIGH BAND PORTABLE RADIO

| M.O. Information | MO Class Criminal Mischief Actions | MO Description POLICE PORTABLE RADIO |
|---|---|---|
| | MO Class Criminal Mischief Actions | MO Description Damaged Item (Describe) |

| Victim Number 001 | Crime Seq 008 | Statute DE:11:0811:00A1:M: | Crime Description Criminal Mischief  Under $1000 Damage Property |
|---|---|---|---|

| Location Type Highway/Roadway/Alley | Status Adult Arrest 06/28/2003 | Involvement ☒Alcohol ☐Drugs ☐Computer | General Offense |
|---|---|---|---|

| Suspected Hate/Bias ☐Yes ☒No - N/A | Crime Code 2901 - Damage/Business Property |
|---|---|

| Burglary Force Involved ☐Yes ☐No | |
|---|---|

| Damaged Property | Property Category Clothes/Fur | Value 60.00 |
|---|---|---|

| Item Type | Serial Number N/A | Brand |
|---|---|---|

| Model | Item Style POLICE UNIFORM SHIRT |
|---|---|

**Extended Description** DEWEY BEACH POLICE UNIFORM SHIRT

| Property Category Clothes/Fur | Value 60.00 |
|---|---|

| Item Type | Serial Number N/A | Brand |
|---|---|---|

| Model | Item Style POLICE UNIFORM SHIRT |
|---|---|

**Extended Description** DEWEY BEACH POLICE DEPARTMENT UNIFORM SHIRT.

| Reporting Officer PTLM WHEATLEY  - 98938 2 | Supervisor Approval SAMUEL D MACKERT OJDBSDM  Date 06/28/2003 1339 |
|---|---|

# Crimes and Associated Information

| Property Category | | Value | | | |
|---|---|---|---|---|---|
| **Clothes/Fur** | | **80.00** | | | |

| Item Type | Serial Number | | Brand |
|---|---|---|---|
| | **N/A** | | |

| Model | Item Style |
|---|---|
| | **POLICE UNIFORM PANTS** |

**Extended Description**
**DEWEY BEACH POLICE UNIFORM PANTS**

| M.O. Information | MO Class | MO Description |
|---|---|---|
| | **Criminal Mischief Actions** | **Damaged Item (Describe)** |
| | **Criminal Mischief Actions** | **POLICE UNIFORMS** |

---

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| **002** | **001** | **DE:11:1301:001:F:M:** | **Disorderly Conduct** |

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| **Highway/Roadway/Alley** | **Adult Arrest 06/28/2003** | ☒Alcohol ☐Drugs ☐Computer | |

Suspected Hate/Bias: ☐Yes ☒No - N/A
Crime Code: **5316 – Disorderly Conduct/Liquor Involvement**
Burglary Force Involved: ☐Yes ☐No

---

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| **002** | **002** | **DE:11:1301:001A:M:** | **Disorderly Conduct** |

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| **Highway/Roadway/Alley** | **Adult Arrest 06/28/2003** | ☒Alcohol ☐Drugs ☐Computer | |

Suspected Hate/Bias: ☐Yes ☒No - N/A
Crime Code: **5316 – Disorderly Conduct/Liquor Involvement**
Burglary Force Involved: ☐Yes ☐No

---

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| **002** | **004** | **DE:11:1257:0000:M:A** | **Resisting Arrest** |

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| **Highway/Roadway/Alley** | **Adult Arrest 06/28/2003** | ☒Alcohol ☐Drugs ☐Computer | |

Suspected Hate/Bias: ☐Yes ☒No - N/A
Crime Code: **4801 – Resisting Arrest**
Burglary Force Involved: ☐Yes ☐No

---

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| **002** | **005** | **DE:11:1257:0000:M:A** | **Resisting Arrest** |

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| **Highway/Roadway/Alley** | **Adult Arrest 06/28/2003** | ☒Alcohol ☐Drugs ☐Computer | |

Suspected Hate/Bias: ☐Yes ☒No - N/A
Crime Code: **4801 – Resisting Arrest**
Burglary Force Involved: ☐Yes ☐No

---

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| **002** | **010** | **DE:11:1301:001A:M:** | **Disorderly Conduct** |

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| **Highway/Roadway/Alley** | **Adult Arrest 06/28/2003** | ☒Alcohol ☐Drugs ☐Computer | |

Suspected Hate/Bias: ☐Yes ☒No - N/A
Crime Code: **5316 – Disorderly Conduct/Liquor Involvement**
Burglary Force Involved: ☐Yes ☐No

---

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| **003** | **003** | **DE:11:0602:000A:M:** | **Menacing** |

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| **Highway/Roadway/Alley** | **Adult Arrest 06/28/2003** | ☒Alcohol ☐Drugs ☐Computer | |

Suspected Hate/Bias: ☐Yes ☒No - N/A
Crime Code: **13164E – Intimidation/Reckless Endanger/Terroristic Threat/Harassment/Other Assaults/Non-Aggravated**
Burglary Force Involved: ☐Yes ☐No

---

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| **004** | **009** | **DE:11:0612:00a3:F:D** | **Assault Second Degree Intentional Injury to a Law Enforcement Officer Fireman Correctional Officer Sheriff or Deputy Sheriff** |

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| **Highway/Roadway/Alley** | **Adult Arrest 06/28/2003** | ☒Alcohol ☐Drugs ☐Computer | |

Suspected Hate/Bias: ☐Yes ☒No - N/A
Crime Code: **13214D – Aggravated Assault/Police Officer Strong-Arm/Hands/Fist/Feet**

---

| Reporting Officer | Supervisor Approval |
|---|---|
| **PTLM WHEATLEY ,98938 2** | **SAMUEL D MACKERT OJDBSDM Date 06/28/2003 1339** |

## Crimes and Associated Information

| Burglary Force Involved ☐Yes ☐No | Weapon/Force Used **Personal WeaponsHands/Feet** | Police Assignment **Other/Officers on Foot Patrol/Off Duty** | Police Activity **Attempting Other Arrest** | | Assault Factor **Assault on Law** |
|---|---|---|---|---|---|
| M.O. Information | MO Class **Personal Acts Against Victim** | MO Description **Assaults** | | | |
| | MO Class **Means of Attack** | MO Description **Hands/Feet** | | | |

| Victim Number **005** | Crime Seq **006** | Statute **DE:11:0601:00a1:M:A** | Crime Description **Offensive Touching of Law Enforcement Officer Ambulance Attendant EMT Firefighter Corrections Officer or Medical Professional** | | |
|---|---|---|---|---|---|
| Location Type **Highway/Roadway/Alley** | | Status **Adult Arrest 06/28/2003** | Involvement ☒Alcohol ☐Drugs ☐Computer | General Offense | |
| Suspected Hate/Bias ☐Yes ☒No - N/A | | Crime Code **13174E - Simple Assault/Police Officer/Other Assaults/Non-Aggravated** | | | |
| Burglary Force Involved ☐Yes ☐No | | Weapon/Force Used **Personal WeaponsHands/Feet** | Police Assignment **Other/Officers on Foot Patrol/Off Duty** | Police Activity **Attempting Other Arrest** | |

## Associated Property Summary

| Total Stolen Property **$0.00** | Total Recovered Property **$0.00** | Total Seized Property **$0.00** | Total Damaged Property **$600.00** |
|---|---|---|---|

## Victim - Suspect/Defendant Relationships

| Victim - 001 **DEWEY BEACH POLICE DEPARTMENT** | Suspect/Defendant - 001 **PARISE, GREGORY C** | Victim Offender Relationship **Stranger** |
|---|---|---|
| Victim - 001 **DEWEY BEACH POLICE DEPARTMENT** | Suspect/Defendant - 002 **LUCCI, PAUL A J** | Victim Offender Relationship **Stranger** |
| Victim - 002 **Society/Public** | Suspect/Defendant - 001 **PARISE, GREGORY C** | Victim Offender Relationship **Victimless Crime** |
| Victim - 002 **Society/Public** | Suspect/Defendant - 002 **LUCCI, PAUL A J** | Victim Offender Relationship **Victimless Crime** |
| Victim - 003 **PETTYJOHN, ZACHARY A P** | Suspect/Defendant - 001 **PARISE, GREGORY C** | Victim Offender Relationship **Stranger** |
| Victim - 003 **PETTYJOHN, ZACHARY A P** | Suspect/Defendant - 002 **LUCCI, PAUL A J** | Victim Offender Relationship **Stranger** |
| Victim - 004 **HITCHENS, JEREMY TODD P** | Suspect/Defendant - 001 **PARISE, GREGORY C** | Victim Offender Relationship **Stranger** |
| Victim - 004 **HITCHENS, JEREMY TODD P** | Suspect/Defendant - 002 **LUCCI, PAUL A J** | Victim Offender Relationship **Stranger** |
| Victim - 005 **WHEATLEY, JOHN W J** | Suspect/Defendant - 001 **PARISE, GREGORY C** | Victim Offender Relationship **Stranger** |
| Victim - 005 **WHEATLEY, JOHN W J** | Suspect/Defendant - 002 **LUCCI, PAUL A J** | Victim Offender Relationship **Stranger** |

## Investigative Narrative

On June 28, 2003 at approximately 0010 hours writer was on patrol in the Bottle & Cork parking lot. While standing in the east end of the parking lot, writer observed two males (defendant Parise and defendant Lucci) urinating behind a sign in the parking lot. Writer also observed defendant Lucci's penis. When the defendants finished urinating, they began to walk westbound on Dagsworthy Avenue. Writer radioed to Patrolman Pettyjohn of the Dewey Beach Police Department and gave him their descriptions and advised him the defendants were walking in his direction.

Upon stopping the defendants, Pettyjohn explained to them the reason for the stop. At this time Patrolman Hitchens and I arrived with Patrolman Pettyjohn. The defendants stated multiple times that they were real police officers and the officers on the scene were only peace officers. They also stated they will not comply with commands until the real police arrive.

Becoming very irate, the defendants said they were "done" and began walking away. Writer told the defendants to "come here" and reached for defendant Lucci. Upon grabbing Lucci around his waste, he threw his elbow against my arm and aggressively pushed himself away. At this time, I sprayed Lucci with Cap-Stun. Defendant Lucci ran less then ten feet and swung his fist towards Patrolman Pettyjohn. Patrolman Pettyjohn ducked his head and Patrolman Hitchens was punched in the mouth, putting him unconscious. Patrolman Pettyjohn told Lucci to stop and Lucci immediately put his hands up and took a few steps towards him. Patrolman Pettyjohn

| Reporting Officer **PTLM WHEATLEY - 98938 2** | Supervisor Approval **SAMUEL D MACKERT OJDBSDM Date 06/28/2003 1339** |
|---|---|

## Investigative Narrative - Continued

sprayed Lucci again with Cap-Stun.  Defendant Lucci then fled eastbound on Dagsworthy Avenue. Writer observed defendant Parise running towards him with his arms spread intending to tackle him.  Defendant Parise was sprayed with Cap-Stun before reaching the officers.  He then fled eastbound on Dagsworthy Avenue.  Both defendants were apprehended after a brief foot pursuit.

During the incident two $60.00 police uniform shirts, one $80.00 pair of police uniform pants, and a $400.00 high band radio were damaged.  The radio is damaged beyond repair.

Patrolman Hitchens was transported to Beebe Medical Center where he was treated for a bruised jaw and abrasions to his lips.

The defendants were taken to the Dewey Beach Police Department where they were processed, then transported to Court 3 where they were arraigned.

| Reporting Officer PTLM WHEATLEY - 98938 2 | Supervisor Approval SAMUEL D MACKERT OJDBSDM Date 06/28/2003 1339 | | | | |
|---|---|---|---|---|---|
| Detective Notified | Referred To | | | | |
| Solvability Factors | ☐ Witness ☐ Suspect Located | ☐ M. O. ☐ Suspect Described | ☐ Trace Stolen Property ☐ Suspect Identified | ☐ Suspect Named ☐ Suspect Vehicle Identified | Status Closed |

# ARREST REPORT

**SBI**

| 2. DATE OF ARREST | ARREST NO. |
|---|---|
| 06-28-2003 | 137890 |

DISSEMINATION OF THIS RECORD IS RESTRICTED TO CRIMINAL JUSTICE AGENCIES ONLY.

**3. DEFENDANT'S NAME (LAST, FIRST, MIDDLE, SUFFIX)** PARISE, GREGORY CARTER

**4. GRID OF RESIDENCE** | **17. FBI NO.** | **18. MO. CLASS**

**5. DEFENDANT'S ADDRESS** 1627 TAYLOR AVENUE | **CITY** UTICA, NY 13501

**19. MISCELLANEOUS IDENT. NO'S**

**6. ALIAS OR NICKNAME** | **7. OCCUPATION** DEPUTY | **EMPLOYER OR SCHOOL ATTENDS** ONEIDA COUNTY SHERIFF'S | **DEPT** | **20. RESIDENCE PHONE** (315) 724-1167 ☐ DAY ☐ NIGHT | **BUSINESS PHONE**

**8. RACE** W **SEX** M **ED** NH **AGE** 29 **DOB** 09-15-73 | **HEIGHT** 5'08" | **WEIGHT** | **HAIR** BRO **EYE** HAZ **COMPLEX** FAIR | **COMPLAINT NO.** 89-03-060758 | **21. LOCATION OF ARREST (ADDRESS)** DAGSWORTHY AVE. DEWEY BEA

**9. PLACE OF BIRTH** UNKNOWN | **10. SOCIAL SECURITY NO.** 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 | **11. D.L. NO.** P016453849985 **ST.** NY 973-73 | **22. DESCRIBE TYPE OF PREMISE - CRIME OCCURRED** STREET

**12. SCARS, MARKS, TATTOOS** | ☐ RIGHT ☐ LEFT **HANDED** | **23. VEHICLE INVOLVED** - N/A - **MAKE** | **STATE** | **YEAR**

**13. ARRAIGNMENT DATE** 062803 **COURT** 3 **JUDGE** BLAKELY | **14. TRIAL DATE** PENDING **COURT** **JUDGE** | **HOLD PLACED ON VEHICLE** ☐ YES ☐ NO - N/A - **REG. NO.** | **VEHICLE TOWED TO**

**15. ARREST DISPOSITION DATE** 062803 REL. $600.00 UNSECURED BOND | **16. ARRESTING OFFICER** PTLM. WHEATLEY 989-38 | **24. PLACE OF CRIME - ADDRESS** DAGSWORTHY AVE. DEWEY BEACH

| 25. DATE OF CRIME | COMPLAINT NO. | GRID OF INCIDENT | CLASS NO. | CRIME | CRIME STATUE | JUV. VIC | FINAL DISPOSITIONS |
|---|---|---|---|---|---|---|---|
| 25/1 062803 | 89-03-000758 | 216/106 | 5316 | DISORDERLY CONDUCT | DE:11:1301:001A ᴹ | ☐ | $200.00 UNSECURED BOND |
| 25/2 062803 | 89-03-000958 | 216/106 | 4801 | RESISTING ARREST | DE:11:1257:0000 ᴹ/A | ☐ | $200.00 UNSEC. BOND |
| 25/3 062803 | 89-03-000758 | 216/106 | 2901 | CRIMINAL MISCHIEF | DE:11:0811:001A ᴹ | ☐ | $200.00 UNSEC. BOND |
| 25/4 | | | | | | ☐ | |
| 25/5 | | | | | | ☐ | |
| 25/6 | | | | | | ☐ | |
| 25/7 | | | | | | ☐ | |

**26.** ☐ MARRIED ☐ SEPARATED ☐ SINGLE ☐ DIVORCED | **SPOUSE'S NAME** | **ADDRESS** | **AGE** | **PHONE**

**RELATIVES: FATHER, MOTHER (IF ALIVE) BROTHERS, SISTERS** | **ADDRESS** | **AGE** | **PHONE**

**27. VICTIM/COMPLAINT** DEWEY BEACH POLICE DEPT. | **ADDRESS** 105 RODNEY AVE. | **CITY** DEWEY BEACH, DE 19971 | **RES. PHONE** | **BUS. PHONE** (302) 227-1110

**28. NAME OF PARENT/GUARDIAN/NEXT OF KIN NOTIFIED** | **DATE/TIME** | **OFFICER** | **NO.**

**29. NARRATIVE; PLACES FREQUENTED, FACTS OF ARREST, ASSOCIATES, MILITARY SERVICE, EDUCATION**
(A) PAUL A. LUCCI JR.

**33. POSSIBLE ALIEN** ☐ YES ☒ NO

**34. FEDERAL PRINTS** ☐ YES ☐ NO

**WARRANT CHECK** ☒ DELJIS ☐ NCIC | **30. DEFENDANT'S MONEY, PROPERTY (IF SEIZED BY OFFICER)** | **31.** PAGE 6 OF 7 | **32. DATE/TIME COMMITTED** - N/A - | **35. SUPERVISOR NO.** MACKERT 988

FORM NO. 523



# SBI

**ARREST REPORT**

| 2. DATE OF ARREST | ARREST NO. |
|---|---|
| 06-28-2003 | 137889 |

DISSEMINATION OF THIS RECORD IS RESTRICTED TO CRIMINAL JUSTICE AGENCIES ONLY.

3. DEFENDANT'S NAME (LAST, FIRST, MIDDLE, SUFFIX)
LUCCI, PAUL, A   JR.

4. GRID OF RESIDENCE | 17. FBI NO. | 18. MO. CLASS

5. DEFENDANT'S ADDRESS    COMMUNITY       CITY 14607
602 PARK AVE.   APT. 2B ROCHESTER NY

19. MISCELLANEOUS IDENT. NO'S

6. ALIAS OR NICKNAME

7. OCCUPATION: POLICE OFFICER   EMPLOYER OR SCHOOL ATTENDS: ROCHESTER POLICE DEPT

20. RESIDENCE PHONE  585-467-6395   □ DAY □  BUSINESS PHONE  □ NIGHT □

8. RACE WM  SEX M  EO H  AGE 29  DOB 09-01-73
HEIGHT 6'00"   WEIGHT   HAIR BRO  EYE BRO  COMPLEX FAIR  COMPLAINT NO. 89-03-000958

21. LOCATION OF ARREST (ADDRESS) DAGSWORTHY AVE. DEWEY BEACH

9. PLACE OF BIRTH

22. DESCRIBE TYPE OF PREMISE - CRIME OCCURRED  STREET

10. SOCIAL SECURITY NO. 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   11. D.L. NO. L 211479587335604-73   ST. NY

23. VEHICLE INVOLVED  REG. NO. N/A  STATE  YEAR

□ RIGHT □ LEFT  HANDED

12. SCARS, MARKS, TATTOOS

13. ARRAIGNMENT DATE 06-28-03  COURT 3  JUDGE BLAKELY
14. TRIAL DATE PENDING  COURT  JUDGE

HOLD PLACED ON VEHICLE  □ YES  ☒ NO   VEHICLE TOWED TO  N/A

15. ARREST DISPOSITION/DATE 062803
REL. $8,000.00 UNSECURED BOND
16. ARRESTING OFFICER PTLM. WHEATLEY 989-38 U

24. PLACE OF CRIME - ADDRESS DAGSWORTHY AVE. DEWEY BEACH

| 25. DATE OF CRIME | COMPLAINT NO. | GRID OF INCIDENT | CLASS NO. | CRIME | CRIME STATUE | JUV. VIC. | FINAL DISPOSITIONS |
|---|---|---|---|---|---|---|---|
| 25/1 062803 | 89-03-000958 | 216/106 | 13214 D | ASSAULT 2ND | DE:11:0612:00a3 F/O | □ | $5,000.00 UNSEC BON |
| 25/2 062803 | 89-03-000958 | 216/106 | 13174 E | OFF. TOWN L.E. OFFICER | DE:11:0601:00a1 m/A | □ | $500.00 UNSEC BON |
| 25/3 062803 | 89-03-000958 | 216/106 | 5316 | DISORDERLY CONDUCT | DE:11:1301:001A m | □ | $500.00 UNSEC BON |
| 25/4 062803 | 89-03-000958 | 216/106 | 5316 | DISORDERLY CONDUCT | DE:11:1301:001F m | □ | $500.00 UNSEC BON |
| 25/5 062803 | 89-03-000958 | 216/106 | 4801 | RESISTING ARREST | DE:11:1257:0000 m/A | □ | $500.00 UNSEC BON |
| 25/6 062803 | 89-03-000958 | 216/106 | 13164 E | MENACING | DE:11:0602:000A m | □ | $500.00 UNSEC BON |
| 25/7 062803 | 89-03-000958 | 216/106 | 2901 | CRIMINAL MISCHIEF | DE:11:0811:00A1 m | □ | $500.00 UNSEC BON |

26. □ MARRIED □ SEPARATED □ SINGLE □ DIVORCED   SPOUSE'S NAME   ADDRESS   AGE   PHONE

RELATIVES: FATHER, MOTHER (IF ALIVE) BROTHERS, SISTERS   ADDRESS   AGE   PHONE

27. VICTIM/COMPLAINT JEREMY T. HITCHENS  ADDRESS 105 RODNEY AVE.  CITY DEWEY BEACH, DE 19971  RES. PHONE  BUS. PHONE (302) 227-1110

28. NAME OF PARENT/GUARDIAN/NEXT OF KIN NOTIFIED  DATE/TIME  OFFICER  NO.

29. NARRATIVE: PLACES FREQUENTED, FACTS OF ARREST, ASSOCIATES, MILITARY SERVICE, EDUCATION
(A.) GREGORY C. PARISE

33. POSSIBLE ALIEN  □ YES ☒ NO

34. FEDERAL PRINTS  ☒ YES □ NO

WARRANT CHECK ☒ DELJIS ☒ NCIC
30. DEFENDANT'S MONEY, PROPERTY (IF SEIZED BY OFFICER)
31. PAGE 7 of 7
32. DATE/TIME COMMITTED N/A
35. SUPERVISOR NO. MACKERT 989-

FORM NO. 539



SBI NO.

LAST NAME: LUCCA  FIRST: PAUL  MIDDLE: ANTHONY  SUFFIX: JR

ADDRESS: 602 PARK AVENUE APT. 2B  COMMUNITY:  CITY: ROCHESTER, NY  14607

SEX: M  RACE: W  MNH  DATE OF BIRTH: 09-01-73  HGT: 6'00"  WGT:  HAIR: BRO  EYES: BRO  PLACE OF BIRTH: UNKNOWN

ALIASES:

FBI NO.

SIGNATURE OF PERSON FINGERPRINTED: X

89
T1775401

SIGNATURE OF OFFICIAL TAKING FINGERPRINTS AND ...
989-53  06-28-03

AGENCY: DBPD  ARREST #: 137889  DATE: 062803  X

STATE BUREAU OF
IDENTIFICATION
DELAWARE STATE POLICE
P.O. BOX 430
DOVER, DELAWARE



# FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
## WASHINGTON, D.C. 20537

PALM PRINTS TAKEN?  YES ☒  NO ☐

PHOTO AVAILABLE?  YES ☒  NO ☐

IF ARREST FINGERPRINTS SENT FBI PREVIOUSLY AND FBI NO. UNKNOWN,
FURNISH ARREST NO. _____ DATE _____

STATUTE CITATION (SEE INSTRUCTIONS NO. 9) CIT

1. DISORDERLY CONDUCT DE: II: 1301: 001A  M

2. RESISTING ARREST DE: II: 1257: 0000 M/A

3. CRIMINAL MISCHIEF DE: II: 0811: 001A  M

ARREST DISPOSITION (SEE INSTRUCTION NO. 5) ADN

RELEASED $600.00 UNSECURED BOND

EMPLOYER; IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY.
IF MILITARY LIST BRANCH OF SERVICE AND SERIAL NO.

ONEIDA COUNTY SHERIFF'S DEPT.

OCCUPATION

DEPUTY

RESIDENCE OF PERSON FINGERPRINTED

1627 TAYLOR AVENUE

UTICA, NY 13501

SCARS, MARKS, TATTOOS, AND AMPUTATIONS SMT

- N/A -

BASIS FOR CAUTION ICO

DATE OF OFFENSE DOO
06-28-03

SKIN TONE SKN
FAIR

MISC. NO MNU

ADDITIONAL INFORMATION

## INSTRUCTIONS

1. UNLESS OTHERWISE PROVIDED BY REGULATION IN YOUR STATE, FINGERPRINTS ARE TO BE SUBMITTED DIRECTLY TO FBI IDENTIFICATION DIVISION. FORWARD IMMEDIATELY FOR MOST EFFECTIVE SERVICE.

2. FINGERPRINTS SHOULD BE SUBMITTED BY ARRESTING AGENCY ONLY (MULTIPLE PRINTS ON SAME CHARGE SHOULD NOT BE SUBMITTED BY OTHER AGENCIES SUCH AS JAILS, RECEIVING AGENCIES ETC.) REQUESTS COPIES OF FBI IDENTIFICATION RECORD FOR ALL OTHER INTERESTED AGENCIES IN BLOCK BELOW, GIVE COMPLETE MAILING ADDRESS INCLUDING ZIP CODE.

3. TYPE OR PRINT ALL INFORMATION.

4. NOTE AMPUTATIONS IN PROPER FINGER BLOCKS.

5. LIST FINAL DISPOSITION IN BLOCK ON FRONT SIDE. IF NOT NOW AVAILABLE, SUBMIT LATER ON FBI FORM R-84 FOR COMPLETION OF RECORD. IF FINAL DISPOSITION NOT AVAILABLE SHOW PRE-TRIAL OR ARRESTING AGENCY DISPOSITION e.g., RELEASED, NO FORMAL CHARGE, BAIL, TURNED OVER TO. IN THE ARREST DISPOSITION BLOCK PROVIDED ON THIS SIDE.

6. MAKE CERTAIN ALL IMPRESSIONS ARE LEGIBLE, FULLY ROLLED AND CLASSIFIABLE.

7. CAUTION - CHECK BOX ON FRONT IF CAUTION STATEMENT INDICATED. BASIS FOR CAUTION (ICO) MUST GIVE REASON FOR CAUTION. e.g., ARMED AND DANGEROUS, SUICIDAL, ETC.

8. MISCELLANEOUS NUMBER (MNU) - SHOULD INCLUDE SUCH NUMBERS AS MILITARY SERVICE, PASSPORT AND/OR VETERANS ADMINISTRATION (IDENTIFY TYPE OF NUMBER.)

9. PROVIDE STATUTE CITATION, IDENTIFYING SPECIFIC STATUTE (example - PL for PENAL LAW) AND CRIMINAL CODE CITATION INCLUDING ANY SUB-SECTIONS.

10. ALL INFORMATION REQUESTED IS ESSENTIAL.

11. PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY. BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

REPLY DESIRED?  YES ☐  NO ☒

(REPLY WILL BE SENT IN ALL CASES IF SUBJECT FOUND TO BE WANTED)

IF COLLECT WIRE OR COLLECT TELEPHONE REPLY DESIRED,
INDICATE HERE: (WIRE SENT ON ALL UNKNOWN DECEASED)

WIRE REPLY ☐  TELEPHONE REPLY ☐  TELEPHONE NO. AND AREA CODE

SEND COPY TO NAME  ORI NUMBER AND ADDRESS

LEAVE BLANK

FD-249 (REV. 12-29-82)

✩U.S. G.P.O 1991 282-059/40002



LEAVE BLANK

TYPE OR PRINT ALL INFORMATION IN BLACK

LAST NAME **NAM**  LUCCI,    FIRST NAME  PAUL,    MIDDLE NAME  A JR

FBI    LEAVE BLANK

STATE USAGE

ALIASES

CONTRIBUTOR
O R I    DE0032400
PD
DEWEY BEACH DE

DATE OF BIRTH **DOB**
Month  Day  Year
09  01  197_

SIGNATURE OF PERSON FINGERPRINTED

THIS DATA MAY BE COMPUTERIZED IN LOCAL, STATE AND NATIONAL FILES

DATE DATE ARRESTED OR RECEIVED **DOA**  6/28/67

SEX  RACE  HGT  WGT  EYES  HAIR
M  W  6'00"    BRO  BRO

PLACE OF BIRTH **POB**
UNKNOWN

DATE  6-25-03    SIGNATURE OF OFFICIAL TAKING FINGERPRINTS

YOUR NO. **ORA**  137889

CHARGE
ASSAULT 2ND DE:11:0612:00a3 F/D
OFFENSIVE TOUCH. L.E. OFFICER DE:11:0601:001 M
DISORDERLY CONDUCT DE:11:1301:001A M

FBI NO. **FBI**

SID NO. **SID**

LEAVE BLANK

CLASS.

REF.

FINAL DISPOSITION
PENDING

SOCIAL SECURITY NO. **SOC**  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

NCIC CLASS - FPC

CAUTION

1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

6. L. THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING    10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

# FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
## WASHINGTON, D.C. 20537

PALM PRINTS TAKEN?   YES [X]   NO [ ]

PHOTO AVAILABLE?   YES [X]   NO [ ]

IF ARREST FINGERPRINTS SENT FBI PREVIOUSLY AND FBI NO. UNKNOWN.
FURNISH ARREST NO. _____ DATE _____

STATUTE CITATION (SEE INSTRUCTIONS NO. 9) CIT
1. ASSAULT 2ND  DE:11:0612:00A3  F/D
2. OFFENSIVE TOUCH L.E. OFFICER  DE:11:0601:00A1 M/A
3. DISORDERLY CONDUCT  DE:11:1301:00IA  M

ARREST DISPOSITION (SEE INSTRUCTION NO. 5) ADN
RELEASED $8,000.00 UNSECURED
                        BOND

EMPLOYER: IF U.S. GOVERNMENT INDICATE SPECIFIC AGENCY.
IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

ROCHESTER POLICE DEPARTMENT
OCCUPATION
POLICE OFFICER

RESIDENCE OF PERSON FINGERPRINTED
602 PARK AVENUE
APT. 2B
ROCHESTER, NY 14607

SCARS, MARKS, TATTOOS, AND AMPUTATIONS SMT
- N/A -

BASIS FOR CAUTION ICO  ASSAULTED POLICE
OFFICER / WILL FIGHT & FLEE

DATE OF OFFENSE DOO  SKIN TONE SKN
06-28-2003            FAIR

MISC. NO. MNU

CIT (CONT.)  ADDITIONAL INFORMATION
4. DISORDERLY CONDUCT  DE:11:1301:00IF M
5. RESISTING ARREST  DE:11:1257:0000 M/A
6. MENACING  DE:11:0602:000A  M
7. CRIMINAL MISCHIEF
            DE:11:0811:00A1 M

FD-249 (REV. 12-29-82)

## INSTRUCTIONS

1. UNLESS OTHERWISE PROVIDED BY REGULATION IN YOUR STATE, FINGERPRINTS ARE TO BE SUBMITTED DIRECTLY TO FBI IDENTIFICATION DIVISION. FORWARD IMMEDIATELY FOR MOST EFFECTIVE SERVICE.
2. FINGERPRINTS SHOULD BE SUBMITTED BY ARRESTING AGENCY ONLY (MULTIPLE PRINTS ON SAME CHARGE SHOULD NOT BE SUBMITTED BY OTHER AGENCIES SUCH AS JAILS, RECEIVING AGENCIES ETC.) REQUESTS COPIES OF FBI IDENTIFICATION RECORD FOR ALL OTHER INTERESTED AGENCIES IN BLOCK BELOW, GIVE COMPLETE MAILING ADDRESS INCLUDING ZIP CODE.
3. TYPE OR PRINT ALL INFORMATION.
4. NOTE AMPUTATIONS IN PROPER FINGER BLOCKS.
5. LIST FINAL DISPOSITION IN BLOCK ON FRONT SIDE. IF NOT NOW AVAILABLE, SUBMIT LATER ON FBI FORM R-84 FOR COMPLETION OF RECORD. IF FINAL DISPOSITION NOT AVAILABLE SHOW PRE-TRIAL OR ARRESTING AGENCY DISPOSITION e.g., RELEASED, NO FORMAL CHARGE, BAIL, TURNED OVER TO, IN THE ARREST DISPOSITION BLOCK PROVIDED ON THIS SIDE.
6. MAKE CERTAIN ALL IMPRESSIONS ARE LEGIBLE, FULLY ROLLED AND CLASSIFIABLE.
7. CAUTION - CHECK BOX ON FRONT IF CAUTION STATEMENT INDICATED. BASIS FOR CAUTION (ICO) MUST GIVE REASON FOR CAUTION, e.g., ARMED AND DANGEROUS, SUICIDAL, ETC.
8. MISCELLANEOUS NUMBER (MNU) - SHOULD INCLUDE SUCH NUMBERS AS MILITARY SERVICE, PASSPORT AND/OR VETERANS ADMINISTRATION (IDENTIFY TYPE OF NUMBER.)
9. PROVIDE STATUTE CITATION, IDENTIFYING SPECIFIC STATUTE (example - PL for PENAL LAW) AND CRIMINAL CODE CITATION INCLUDING ANY SUB-SECTIONS.
10. ALL INFORMATION REQUESTED IS ESSENTIAL.
11. PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

REPLY DESIRED?   YES [ ]   NO [X]

(REPLY WILL BE SENT IN ALL CASES IF SUBJECT FOUND TO BE WANTED)

IF COLLECT WIRE OR COLLECT TELEPHONE REPLY DESIRED,
INDICATE HERE: (WIRE SENT ON ALL UNKNOWN DECEASED)

WIRE REPLY [ ]   TELEPHONE REPLY [ ]   TELEPHONE NO. AND AREA CODE

SEND COPY TO, NAME  ORI NUMBER AND ADDRESS

LEAVE BLANK

☆ U.S. G.P.O. 1991 282-059/40002

DSB No. _____

Name  DARUSE  GREGORY  C
       (Surname)  (First)  (Middle)

Class  A /MIS.

Aliases _____

Crime  RESISTING
       ARREST

DOB  09-15-73  Color  W  Sex  M

### RIGHT HAND

| Right Thumb | R. Fore Finger | R. Middle Finger | R. Ring Finger | R. Little Finger |
|---|---|---|---|---|

Date  6/28/03

Subject's Signature  X! Gregory D.

Taken By  J. Wilson

Form # 350

---

DSB No. _____

Name  LUCCI  PAUL  A  JR.
       (Surname)  (First)  (Middle)

Class  D /FELONY

Aliases _____

Crime  ASSAULT 2E

DOB  09-01-73  Color  W  Sex  M

### RIGHT HAND

| Right Thumb | R. Fore Finger | R. Middle Finger | R. Ring Finger | R. Little Finger |
|---|---|---|---|---|

Date  6.28.03

Subject's Signature  X

Taken By  J. Wilson

Form # 35



PALM PRINT





PALM PRINT

Adult Complaint and Warrant

# In the Justice of the Peace Court
In and for the
### State of Delaware

State of Delaware vs. **GREGORY C. PARISE**

I, **PTLM JOHN W WHEATLEY (98938)** of **DEWEY BEACH PD**, do hereby state under oath or affirmation, to the best of my knowledge, information and belief that the above-named accused violated the laws of the State of Delaware by committing criminal acts in **Sussex** county on or about the date, or dates, and at or about the location, or locations, as indicated in Exhibit A hereto attached and made a part hereof.

Wherefore, your affiant prays that the above-named accused may be forthwith approached and held to answer this complaint consisting of **3** charges, and to be further dealt with as the law directs.

X _____
Affiant

Sworn to and subscribed to before me this 28th day of June AD, 2003.

_____
Judge/Master/Commissioner/Court Official

(To be completed by the Judge/Master/Commissioner/Court Official)

A. _____ The crime was committed by a child.
B. _____ A misdemeanor was committed against a child.
C. _____ A misdemeanor was committed by one family member against another family member.
D. _____ Other: Explain _____

**Warrant**

To any constable or other authorized person:

Whereas, the foregoing complaint consisting of **3** charges, having been made, as listed in Exhibit A which is attached hereto and incorporated herein, and having determined that said complaint has been properly sworn to and having found that there exists probable cause for the issuance of process, based upon the affidavit of probable cause which is attached hereto and incorporated herein as Exhibit B, you are hereby commanded in the name of the State of Delaware, to take **GREGORY C. PARISE** accused, and bring same before

**Justice of the Peace Court 03, FORTHWITH, to answer said charges.**

GIVEN UNDER MY HAND, this 28th day of June AD, 2003

_____
Judge/Master/Commissioner/Court Official

Executed on 06/28/2003 by WHEATLEY
Case Number: **03 06 020170**   Warrant Number: **89 03 000313**

State of Delaware vs. **GREGORY C. PARISE**                    Case: 03 06 020170

## Exhibit A

Charge Sequence: 001                    Police Complaint Number: 89 03 000958        Arrest Number:
137890

Charge: **Disorderly Conduct - Fighting or Violent Tumultuous or Threatening Behavior** In Violation of 11 Del.C. § 1301 001A M

Location: Dewey Beach, 19971

TO WIT: GREGORY C PARISE, on or about the 28th day of JUNE, 2003, in the County of SUSSEX, State of Delaware, did intentionally create a risk of public alarm to other persons by engaging in fighting behavior.

Charge Sequence: 002                    Police Complaint Number: 89 03 000958        Arrest Number:
137890

Charge: **Resisting Arrest** In Violation of 11 Del.C. § 1257 0000 M A

Location: Dewey Beach, 19971

TO WIT: GREGORY C PARISE, on or about the 28th day of JUNE, 2003, in the County of SUSSEX, State of Delaware, did intentionally attempt to prevent JOHN W WHEATLEY of the Dewey Beach PD from effecting an arrest of himself, by RUNNING FROM AND FIGHTING WITH POLICE OFFICERS.

Charge Sequence: 003                    Police Complaint Number: 89 03 000958        Arrest Number:
137890

Charge: **Criminal Mischief Under $1000 Damage Property** In Violation of 11 Del.C. § 0811 00A1 M

Location: Dewey Beach, 19971

TO WIT: GREGORY C PARISE, on or about the 28th day of JUNE, 2003, in the County of SUSSEX, State of Delaware, did recklessly cause damage of less than $1000.00 to property consisting of Walkie Talkie, DEWEYBEACH POLICE UNIFORM SHIRT, DEWEY BEACH POLICE UNIFORM SHIRT AND DEWEY BEACH POLICE UNIFORM PANTS belonging to DEWEY BEACH POLICE DEPARTMENT.

State of Delaware vs. **GREGORY C. PARISE**                Case: 03 06 020170

## Exhibit B

SBI Number: T1775398                    Also Known As:
Date of Birth/Age: **Sep 15, 1973 (29)**    Sex: **Male**
Eye Color: **Hazel**        Hair Color: **Brown**              Race: **White**
Driver's License:                              Height: **5'8"**  Weight:
Address: **1627 taylor AVE**                Social Security Number: 000000000
        **UTICA, NY 19971**

Phone:
Employer:

Date and Times of Offense: **6/28/2003 at 0010**
Location of Offense: **Dewey Beach, 19971**

Your affiant PTLM JOHN W WHEATLEY can truly state that: Your affiant can truly state that he is a duly sworn police officer employed by the Town of Dewey Beach since May of 2003.

1) on June 28, 2003 at approximately 0010 hours your affiant was on patrol in the Bottle and Cork Bar Parking Lot. Standing in the East end of the parking lot your affiant observed two males, Defendant Parise and Defendant Lucci, urinating behind a sign in the parking lot observing Lucci's penis. When the defendants finished urinating the began to walk west bound on Dagsworthy St. Your affiant radioed to Patrolman PettyJohn of the Dewey Beach Police Department, gave him their descriptions and advised him the defendants were walking in his direction.

2) Upon stopping the defendants Pettyjohn explained to them the reason for the stop. At this time Your affiant and Patrolman Hitchens of the Dewey Beach Police Department arrived with Pettyjohn. They stated multiple times that they were real police officers and the officers on scene were only peace officers. They also stated they will not comply with commands until the real police arrive.

3) Becoming very irate the defendants said they were "done" and began walking away. Your affiant told the Defendants to "Come Here" and reached for Defendant Lucci. Upon grabbing Lucci around his waste he threw his elbow against your affiants arm and aggressively pushed himself away. Spraying Lucci with Cap Stun he ran less then ten feet and swung his fist toward Ptlm Pettyjohn. Ptlm Pettyjohn ducked his head and Ptlm Hitchens was punched in the mouth putting him unconscious. Pettyjohn told Lucci to stop and Lucci immediately put his hands up and took a few steps towards him. Ptlm Pettyjohn sprayed Lucci again with Cap Stun. He then went east bound on Dagsworthy Street. Your affiant observed defendant Parise running towards Hitchens arms spread

Sworn and subscribed before me this 28th day of June AD, 2003

_____
Affiant

_____
Judge/Master/Commissioner/Court Official

State of Delaware vs. **GREGORY C. PARISE**              Case: 03 06 020170

intending to tackle him. He was sprayed with mace before reaching the officers and fled east bound on Dagsworthy Street. Both defendants were apprehended after a brief foot pursuit.

4) During the incident two $60.00 Police uniform shirts, one $80.00 pair of Police uniform pants and $400.00 High Band radio were damaged. The radio is damaged beyond repair.

5) Ptlm Hitchens was transported to Beebe medical center were he was treated for a bruised jaw and abrasions to his lips.

6) The defendants were taken to the Dewey Beach Police Department where they were processed.
Affiant: PTLM JOHN W WHEATLEY (98938) of DEWEY BEACH PD

| Victims: | Date of Birth | Relationship Victim to Defendant |
|---|---|---|
| DEWEY BEACH POLICE DEPARTMENT | | Stranger |
| SOCIETY/PUBLIC | | Victimless Crime |
| ZACHARY PETTYJOHN | 07/14/1984 | Stranger |
| JEREMEY HITCHENS | 07/27/1982 | Stranger |
| JOHN WHEATLEY | | Stranger |

_____
Affiant

Sworn and subscribed before me this 28th day of June AD, 2003

_____
Judge/Master/Commissioner/Court Clerk

Adult Complaint and Warrant
## In the Justice of the Peace Court
In and for the
State of Delaware

### State of Delaware vs. **PAUL A. LUCCI JUNIOR**

I, PTLM JOHN W WHEATLEY (98938) of DEWEY BEACH PD, do hereby state under oath or affirmation, to the best of my knowledge, information and belief that the above-named accused violated the laws of the State of Delaware by committing criminal acts in Sussex county on or about the date, or dates, and at or about the location, or locations, as indicated in Exhibit A hereto attached and made a part hereof.

Wherefore, your affiant prays that the above-named accused may be forthwith approached and held to answer this complaint consisting of 7 charges, and to be further dealt with as the law directs.

X _____
                    Affiant

Sworn to and subscribed to before me this 28th day of June AD, 2003.

_____
Judge/Master/Commissioner/Court Official

(To be completed by the Judge/Master/Commissioner/Court Official)

A. _____ The crime was committed by a child.
B. _____ A misdemeanor was committed against a child.
C. _____ A misdemeanor was committed by one family member against another family member.
D. _____ Other. Explain _____

### Warrant

To any constable or other authorized person:

Whereas, the foregoing complaint consisting of 7 charges, having been made, as listed in Exhibit A which is attached hereto and incorporated herein, and having determined that said complaint has been properly sworn to and having found that there exists probable cause for the issuance of process, based upon the affidavit of probable cause which is attached hereto and incorporated herein as Exhibit B, you are hereby commanded in the name of the State of Delaware, to take **PAUL A. LUCCI JUNIOR** accused, and bring same before

**Justice of the Peace Court 03, FORTHWITH, to answer said charges.**

GIVEN UNDER MY HAND, this 28th day of June AD, 2003.

_____
Judge/Master/Commissioner/Court Official

Executed on 06/24/03 _____ by Wheatley
Case Number: 03 06 020174  Warrant Number: 89 03 000314

TOTAL P.21

TO WIT: LUCCI, PAUL A, J, on or about the 28th day of JUNE, 2003, in the County of SUSSEX, State of Delaware, did intentionally attempt to prevent JOHN W WHEATLEY of the Dewey Beach PD from effecting an arrest of himself, by RUNNING FROM AND FIGHTING WITH POLICE OFFICERS.

Charge Sequence: 006          Police Complaint Number: 89 03 000958          Arrest Number: 137889

Charge: **Menacing** In Violation of 11 Del.C. § 0602 000A M
Location: Dewey Beach, 19971
TO WIT: PAUL A LUCCI, J, on or about the 28th day of JUNE, 2003, in the County of SUSSEX, State of Delaware, did by some movement of the body, place ZACHARY PETTYJOHN in fear of imminent physical injury, to wit: BY PUTTING HIS HANDS UP IN A FIGHTING STANCE AND BEGAN WALKING TOWARDS OFFICER.

Charge Sequence: 007          Police Complaint Number: 89 03 000958          Arrest Number: 1(

Charge: **Criminal Mischief Under $1000 Damage Property** In Violation of 11 Del.C. § 0811 00A1 M
Location: Dewey Beach, 19971
TO WIT: PAUL A LUCCI, J, on or about the 28th day of JUNE, 2003, in the County of SUSSEX, State of Delaware, did recklessly cause damage of less than $1000.00 to property consisting of HIGH BAND RADIO belonging to DEWEY BEACH POLICE DEPARTMENT.

State of Delaware vs. PAUL A. LUCCI JUNIOR      Case: 03 06 020174

## Exhibit A

Charge Sequence: 001      Police Complaint Number: 89 03 000958     Arrest Number: 137589

**Charge: Assault Second Degree Intentional Injury to a Law Enforcement Officer Fireman Correctional Officer Sheriff or Deputy Sheriff** In Violation of 11 Del.C. § 0612 00a3 F D
Location: Dewey Beach, 19971
TO WIT: PAUL A LUCCI, J, on or about the 28th day of JUNE, 2003, in the County of SUSSEX, State of Delaware, did intentionally cause physical injury to JEREMEY HITCHENS, a law-enforcement-officer who was acting in the lawful performance of his duty by PUNCHING HIM IN THE MOUTH CAUSING BLEEDING AND SWELLING.

Charge Sequence: 002      Police Complaint Number: 89 03 000958     Arrest Number: 11

**Charge: Offensive Touching of Law Enforcement Officer Ambulance Attendant EMT Firefighter Corrections Officer or Medical Professional** In Violation of 11 Del.C. § 0601 00a1 M A
Location: Dewey Beach, 19971
TO WIT: PAUL A LUCCI, J, on or about the 28th day of JUNE, 2003, in the County of SUSSEX, State of Delaware, did intentionally touch JOHN WHEATLEY, either with a member of his body or with any instrument, knowing that he was thereby likely to cause offense or alarm to that person who was acting in the lawful performance of his duty as a Law-Enforcement-Officer -/corrections-officer/hospital-or-nursing-home-employee/medical-professional to wit: Striking officer with elbow.

Charge Sequence: 003      Police Complaint Number: 89 03 000958     Arrest Number: 11

**Charge: Disorderly Conduct - Fighting or Violent Tumultuous or Threatening Behavior** In Violation of 11 Del.C. § 1301 001A M
Location: Dewey Beach, 19971
TO WIT: PAUL A LUCCI, J, on or about the 28th day of JUNE, 2003, in the County of SUSSEX, State of Delaware, did intentionally create a risk of public alarm to other persons by engaging in fighting behavior.

Charge Sequence: 004      Police Complaint Number: 89 03 000958     Arrest Number: 11

**Charge: Disorderly Conduct - Create Hazard Physical Offensive Condition with no purpose** In Violation of 11 Del.C. § 1301 001F M
Location: Dewey Beach, 19971
TO WIT: PAUL A LUCCI, J, on or about the 28th day of JUNE, 2003, in the County of SUSSEX, State of Delaware, did intentionally create a risk of public alarm to another person by creating a hazardous or physically offensive condition which served no legitimate purpose.

Charge Sequence: 005      Police Complaint Number: 89 03 000958     Arrest Number:

**Charge: Resisting Arrest** In Violation of 11 Del.C. § 1257 0000 M A

State of Delaware vs. PAUL A. LUCCI JUNIOR          Case: 03 06 020174

## Exhibit B

SBI Number: T1775401                    Also Known As:
Date of Birth/Age: **Sep 01, 1973 (29)**    Sex: **Male**                    Race: **White**
Eye Color: **Brown**        Hair Color: **Brown**        Height: **6'0"**  Weight:
Driver's License:                        Social Security Number:**000000000**
Address: **602 park AVE**
        **ROCHESTER, NY 14607**

Phone:
Employer:

Date and Times of Offense: **6/28/2003 at 0010**
Location of Offense: **Dewey Beach, 19971**

Your affiant PTLM JOHN W WHEATLEY can truly state that:Your affiant can truly state that he is a duly sworn police officer employed by the Town of Dewey Beach since May of 2003.

1) on June 28, 2003 at approximately 0010 hours your affiant was on patrol in the Bottle and Cork Bar Parking Lot.  Standing in the East end of the parking lot your affiant observed two males, Defendant Parise and Defendant Lucci, urinating behind a sign in the parking lot observing Lucci's penis.  When the defendants finished urinating the began to walk west bound on Dagsworthy St. Your affiant  radioed to Patrolman PettyJohn of the Dewey Beach Police Department, gave him their descriptions and advised him the defendants were walking in his direction.

2) Upon stopping the defendants Pettyjohn explained to them the reason for the stop.  At this time Your affiant and Patrolman Hitchens of the Dewey Beach Police Department arrived with Pettyjohn. They stated multiple times that they were real police officers and the officers on scene were only peace officers.  They also stated they will not comply with commands until the real police arrive.

3)  Becoming very irate the defendants said they were "done" and began walking away.  Your affiant told the Defendants to "Come Here" and reached for Defendant Lucci.  Upon grabbing Lucci around his waste he threw his elbow against your affiants arm and aggressively pushed himself away. Spraying Lucci with Cap Stun he ran less then ten feet and swung his fist toward Ptlm Pettyjohn. Ptlm Pettyjohn ducked his head and Ptlm Hitchens was punched in the mouth putting him unconscious. Pettyjohn told Lucci to stop and Lucci  immediately put his hands up and took a few steps towards him.  Ptlm Pettyjohn sprayed Lucci again with Cap Stun. He then fled east bound on Dagsworthy Street.  Your affiant observed defendant Parise running towards him was arms spread

_____
Affiant

Sworn and subscribed before me this 28th day of June AD, 2003

_____
Judge/Master/Commissioner/Court Official

State of Delaware vs. **PAUL A. LUCCI JUNIOR**              Case: 03 06 020174

intending to tackle him.  He was sprayed with mace before reaching the officers and fled east bound on Dagsworthy Street.  Both defendants were apprehended after a brief foot pursuit.

4) During the incident two $60.00 Police uniform shirts, one $80.00 pair of Police uniform pants and $400.00 High Band radio were damaged.  The radio is damaged beyond repair.

5) Ptlm Hitchens was transported to Beebe medical center were he was treated for a bruised jaw and abrasions to his lips.

6) The defendants were taken to the Dewey Beach Police Department where they were processed.
  Affiant: PTLM JOHN W WHEATLEY (98938) of DEWEY BEACH PD

| Victims: | Date of Birth | Relationship Victim to Defendant |
| --- | --- | --- |
| DEWEY BEACH POLICE DEPARTMENT | | Stranger |
| SOCIETY/PUBLIC | | Victimless Crime |
| ZACHARY PETTYJOHN | 07/14/1984 | Stranger |
| JEREMEY HITCHENS | 07/27/1982 | Stranger |
| JOHN WHEATLEY | | Stranger |

_____
Affiant

Sworn and subscribed before me this 28th day of June AD, 2003

_____
Judge/Master/Commissioner(Constable)

COPY

## IN THE COURT OF THE JUSTICES OF THE PEACE OF THE STATE OF DELAWARE IN AND FOR SUSSEX COUNTY

PAGE: 1

### COURT NO. 3

### BOND/ORDER TO APPEAR

TO: GREGORY C PARISE, Defendant, you are hereby COMMANDED to appear:

| | |
|---|---|
| DATE/TIME: | Thursday, September 18, 2003, AT 8:30 AM |
| COURT: | SUSSEX COUNTY COURT OF COMMON PLEAS |
| LOCATION: | 1 THE CIRCLE, Georgetown DE |
| FLOOR/COURTROOM: | |
| PHONE NUMBER: | (302)856-5591 |
| EVENT: | ARRAIGNMENT |

Failure to appear on the scheduled date and time may result in a charge of Contempt of Court and a Bench Warrant may be issued for your arrest.

| CHARGE | CASE NO | ARREST NO | BAIL AMT | TYPE OF BAIL |
|---|---|---|---|---|
| 11:1301:001A:M: DISORD.CONDUCT | 0306020170 001 | 137890 | 200.00 | UNSECURED BOND |
| 11:1257:0000:M:A RESIST ARREST | 0306020170 002 | 137890 | 200.00 | UNSECURED BOND |
| 11:0811:00A1:M: CRIM MISC <1000 | 0306020170 003 | 137890 | 200.00 | UNSECURED BOND |

Defendant and Surety also understand the following: If either party fails to keep the Court advised of defendant's address, as required by Delaware statute, they waive any notice requirements pertaining to this release, to forfeiture of the security amount, to court appearances and/or other matters pertaining to the charge or proceedings of this release. The Court reserves the right, without prior notice to defendant or hearing, to summarily revoke the release based on this bond and to issue a warrant for your arrest, if the Court finds that you have not kept the peace or been of good behavior.
VIOLATIONS OF CONDITIONS:
  Failure to comply with the above provisions will subject the defendant to a warrant being issued for your arrest, revocation of your release, forfeiture of any bail bond posted and prosecution for contempt of Court. Defendant shall also be subject to separate criminal offense, which provides a maximum penalty of imprisonment not to exceed 5 years and/or fine of $5,000.
  I acknowledge that I have been advised of my rights to an attorney and that if I cannot afford an attorney, I am to contact the Public Defender's Office at 14 THE CIRCLE BEDFORD STREET ENTRANCE GEORGETOWN, DE 199470000 Telephone: (302) 856-5310 for an appointment to determine whether or not I qualify.
  Failure to make an appointment with the Public Defender or make arrangements with a private lawyer to represent you before your next court appearance may mean you have waived your right to counsel. Such failure may also result in a change in your bail status.

  This bond is valid for present and all subsequent proceedings in any court having jurisdiction by transfer, appeal, or remand, until full and final determination of the case(s).

  The defendant and surety promise to perform the conditions set forth above, in which case this bond shall null and void, but otherwise this bond shall remain in full force and effect and payment herein promised shall be payable forthwith; and we confess judgement in the above sum and we submit to the jurisdiction of the Court and irrevocably appoint any clerk of any Court of record as our agent upon whom any paper affecting our liability may be served, and our liability may be enforced without motion, without necessity of independant action, without further notice; and we release and quitclaim any errors in the records entry thereof and waive all exemption laws of the State of Delaware. I hereby acknowledge that I understand the conditions obligations of this bond and the penalties and forfeiture which may follow for non-compliance.

Justice of the Peace SHEILA G BLAKELY                    06/28/2003

**POLICE/COMPLAINANTS**
This is your subpoena for trial
89 - PTLM WHEATLEY 98938
89 - WHEATLEY 98938
PTLM JOHN W WHEATLEY
DLB

Defendant: GREGORY C PARISE
Address:  1627 taylor AVE
          UTICA NY 19971
Phone:    (315) 724-1167

FEB-03-2004  15:16     WWW UE DEWEY BEACH                3022276164    P.06

IN THE COURT OF THE JUSTICES OF THE PEACE OF THE
STATE OF DELAWARE IN AND FOR SUSSEX COUNTY

PAGE: 1

COURT NO. 3

BOND/ORDER TO APPEAR

TO: PAUL A LUCCI J, Defendant, you are hereby COMMANDED to appear:

| | |
|---|---|
| DATE/TIME: | Thursday, July 03, 2003, AT 11:00 AM |
| COURT: | SUSSEX COUNTY COURT OF COMMON PLEAS |
| LOCATION: | 1 THE CIRCLE, Georgetown DE |
| FLOOR/COURTROOM: | |
| PHONE NUMBER: | (302)856-5591 |
| EVENT: | PRELIMINARY HEARING |

Failure to appear on the scheduled date and time may result in a charge of Contempt of Court and a Bench Warrant may be issued for your arrest.

| CHARGE | CASE NO | ARREST NO | BAIL AMT | TYPE OF BAIL |
|---|---|---|---|---|
| 11:0612:00a3:F:D ASSAULT 2ND | 0306020174 001 | 137889 | 5,000.00 | UNSECURED BOND |
| 11:0601:00a1:M:A OFF TOUCHING LE | 0306020174 002 | 137889 | 500.00 | UNSECURED BOND |
| 11:1301:001A:M: DISORD.CONDUCT | 0306020174 003 | 137889 | 500.00 | UNSECURED BOND |

Defendant and Surety also understand the following: If either party fails to keep the Court advised of defendant's address, as required by Delaware statute, they waive any notice requirements pertaining to this release, to forfeiture of the security amount, to court appearances and/or other matters pertaining to the charge or proceedings of this release. The Court reserves the right, without prior notice to defendant or hearing, to summarily revoke the release based on this bond and to issue a warrant for your arrest, if the Court finds that you have not kept the peace or been of good behavior.
VIOLATIONS OF CONDITIONS:
    Failure to comply with the above provisions will subject the defendant to a warrant being issued for your arrest, revocation of your release, forfeiture of any bail bond posted and prosecution for contempt of Court. Defendant shall also be subject to separate criminal offense, which provides a maximum penalty of imprisonment not to exceed 5 years and/or fine of $5,000.
    I acknowledge that I have been advised of my rights to an attorney and that if I cannot afford an attorney, I am to contact the Public Defender's Office at 14 THE CIRCLE BEDFORD STREET ENTRANCE GEORGETOWN, DE 199470000 Telephone: (302) 856-5310 for an appointment to determine whether or not I qualify.
    Failure to make an appointment with the Public Defender or make arrangements with a private lawyer to represent you before your next court appearance may mean you have waived your right to counsel. Such failure may also result in a change in your bail status.

    This bond is valid for present and all subsequent proceedings in any court having jurisdiction by transfer, appeal, or remand, until full and final determination of the case(s).

    The defendant and surety promise to perform the conditions set forth above, in which case this bond shall null and void, but otherwise this bond shall remain in full force and effect and payment herein promised shall be payable forthwith, and we confess judgement in the above sum and we submit to the jurisdiction of the Court and irrevocably appoint any clerk of any Court of record as our agent upon whom any paper affecting our liability may be served, and our liability may be enforced on motion without necessity of independant action, without further notice; and we release and quitclaim any error in the judgement or entry thereof and waive all exemption laws of the State of Delaware. I hereby acknowledge that I understand the conditions and obligations of this bond and the penalties and forfeiture which may follow for non-compliance.

_____   06/28/2003
Justice of the Peace SHEILA G BLAKELY          Date

POLICE/COMPLAINANTS
This is your subpoena for trial
89 - WHEATLEY 98938
89 - WHEATLEY 98938
PTLM JOHN WHEATLEY
DLB

Defendant: PAUL A LUCCI J
Address:   602 park AVE
           ROCHESTER NY 14607
Phone:     (585) 467-6395

IN THE COURT OF THE JUSTICES OF THE PEACE OF THE
STATE OF DELAWARE IN AND FOR SUSSEX COUNTY

PAGE: 2

COURT NO. 3

BOND/ORDER TO APPEAR NOV 20 AM 9 23

TO: PAUL A LUCCI J, Defendant, you are hereby COMMANDED to appear:

| | |
|---|---|
| DATE/TIME: | Thursday, July 03, 2003, AT 11:00 AM |
| COURT: | SUSSEX COUNTY COURT OF COMMON PLEAS |
| LOCATION: | 1 THE CIRCLE, Georgetown DE |
| FLOOR/COURTROOM: | |
| PHONE NUMBER: | (302)856-5591 |
| EVENT: | PRELIMINARY HEARING |

Failure to appear on the scheduled date and time may result in a charge of Contempt of Court and a Bench Warrant may be issued for your arrest.

| CHARGE | CASE NO | ARREST NO | BAIL AMT | TYPE OF BAIL |
|---|---|---|---|---|
| 11:1301:001F:M: DISORD.CONDUCT | 0306020174 004 | 137889 | 500.00 | UNSECURED BOND |
| 11:1257:0000:M:A RESIST ARREST | 0306020174 005 | 137889 | 500.00 | UNSECURED BOND |
| 11:0602:000A:M: MENACING | 0306020174 006 | 137889 | 500.00 | UNSECURED BOND |

Defendant and Surety also understand the following: If either party fails to keep the Court advised of defendant's address, as required by Delaware statute, they waive any notice requirements pertaining to this release, to forfeiture of the security amount, to court appearances and/or other matters pertaining to the charge or proceedings of this release. The Court reserves the right, without prior notice to defendant or hearing, to summarily revoke the release based on this bond and to issue a warrant for your arrest, if the Court finds that you have not kept the peace or been of good behavior.
VIOLATIONS OF CONDITIONS:
Failure to comply with the above provisions will subject the defendant to a warrant being issued for your arrest, revocation of your release, forfeiture of any bail bond posted and prosecution for contempt of Court. Defendant shall also be subject to a separate criminal offense, which provides a maximum penalty of imprisonment not to exceed 5 years and/or fine of $5,000.
I acknowledge that I have been advised of my rights to an attorney and that if I cannot afford an attorney, I am to contact the Public Defender's Office at 14 THE CIRCLE BEDFORD STREET ENTRANCE GEORGETOWN, DE 199470000 Telephone: (302) 856-5310 for an appointment to determine whether or not I qualify.
Failure to make an appointment with the Public Defender or make arrangements with a private lawyer to represent you before your next court appearance may mean you have waived your right to counsel. Such failure may also result in a change in your bail status.

This bond is valid for present and all subsequent proceedings in any court having jurisdiction by transfer, appeal, or remand, until full and final determination of the case(s).

The defendant and surety promise to perform the conditions set forth above, in which case the bond shall null and void, but otherwise this bond shall remain in full force and effect and payment herein promised shall be payable forthwith, and we confess judgement in the above sum and we submit to the jurisdiction of the Court and irrevocably appoint any clerk of any Court of record as our agent upon whom any paper affecting our liability may be served, and our liability may be enforced by motion without necessity of independant action, without further notice; and we release and quitclaim any errors in the entry thereof and waive all exemption laws of the State of Delaware. I hereby acknowledge that I understand the conditions and obligations of this bond and the penalties and forfeiture which may follow for non-compliance.

Justice of the Peace SHEILA G BLAKELY    06/08/2003 Date

POLICE/COMPLAINANTS
This is your subpoena for trial
89 - WHEATLEY 98938
89 - WHEATLEY 98938

Defendant: PAUL A LUCCI J
Address: 602 park AVE
ROCHESTER NY 14607
Phone: (585) 467-6395

DLB

FEB-08-2004 15:17 TOWN OF DEWEY BEACH 3022275154 P.08

IN THE COURT OF THE JUSTICES OF THE PEACE OF THE
STATE OF DELAWARE IN AND FOR SUSSEX COUNTY

PAGE: 3

COURT NO. 3

BOND/ORDER TO APPEAR   2003 JUN 28  AM 9 23

TO: PAUL A LUCCI J, Defendant, you are hereby COMMANDED to appear:

DATE/TIME:        Thursday, July 03, 2003, AT 11:00 AM
COURT:            SUSSEX COUNTY COURT OF COMMON PLEAS
LOCATION:         1 THE CIRCLE, Georgetown DE
FLOOR/COURTROOM:
PHONE NUMBER:     (302)856-5591
EVENT:            PRELIMINARY HEARING

Failure to appear on the scheduled date and time may result in a charge of Contempt of Court
and a Bench Warrant may be issued for your arrest.

| CHARGE | CASE NO | ARREST NO | BAIL AMT | TYPE OF BAIL |
|---|---|---|---|---|
| 11:0811:00A1:M: CRIM MISC <1000 | 0306020174 007 | 137889 | 500.00 | UNSECURED BOND |

Defendant and Surety also understand the following: If either party fails to keep the Court advised of defendant's address,
as required by Delaware statute, they waive any notice requirements pertaining to this release, to forfeiture of the security
amount, to court appearances and/or other matters pertaining to the charge or proceedings of this release. The Court reserves the
right, without prior notice to defendant or hearing, to summarily revoke the release based on this bond and to issue a warrant for
your arrest, if the Court finds that you have not kept the peace or been of good behavior.
VIOLATIONS OF CONDITIONS:
Failure to comply with the above provisions will subject the defendant to a warrant being issued for your arrest, revocation
of your release, forfeiture of any bail bond posted and prosecution for contempt of Court. Defendant shall also be subject to
separate criminal offense, which provides a maximum penalty of imprisonment not to exceed 5 years and/or fine of $5,000.
I acknowledge that I have been advised of my rights to an attorney and that if I cannot afford an attorney, I am to contact
the Public Defender's Office at 14 THE CIRCLE BEDFORD STREET ENTRANCE GEORGETOWN, DE 199470000 Telephone: (302) 856-5310 for an
appointment to determine whether or not I qualify.
Failure to make an appointment with the Public Defender or make arrangements with a private lawyer to represent you before
your next court appearance may mean you have waived your right to counsel. Such failure may also result in a change in your bail
status.

This bond is valid for present and all subsequent proceedings in any court having
jurisdiction by transfer, appeal, or remand, until full and final determination of the case(s).

The defendant and surety promise to perform the conditions set forth above, in which case this bond shall null and void, but
otherwise this bond shall remain in full force and effect and payment herein promised shall be payable forthwith, and we confess
judgement in the above sum and we submit to the jurisdiction of the Court and irrevocably appoint any clerk of any court of record
as our agent upon whom any paper affecting our liability may be served, and our liability may be enforced on motion without
necessity of independant action, without further notice; and we release and quitclaim any errors in the judgement or entry thereof
and waive all exemption laws of the State of Delaware. I hereby acknowledge that I understand the obligations and obligations of
this bond and the penalties and forfeiture which may follow for non-compliance.

_Sheila G. Blakely_                                         06/28/2003
Justice of the Peace SHEILA G. BLAKELY                      Date

POLICE/COMPLAINANTS
This is your subpoena for trial         Defendant: PAUL A LUCCI J
89 - WHEATLEY 98938                     Address:   602 park AVE
89 - WHEATLEY 98938                                ROCHESTER NY 14607
                                        Phone:     (585) 467-6395
DLB

# Supplemental Report - #1

| Original Occurrence Dates and Times:<br>SAT 06/28/2003 0010 | Grid<br>216-106 | Sector<br>73 |
|---|---|---|

Original Location:
**Dagsworthy AVE     Dewey Beach, DE 19971**
~~OUTSIDE OF SUDS NIGHT CLUB~~

## Original Victim Information

| Victim Number<br>**001** | Name<br>**DEWEY BEACH POLICE DEPARTMENT** | | | | | |
|---|---|---|---|---|---|---|
| Type<br>**Government** | Sex | Race | | Ethnic Origin | Age | D.O.B. |

| Address<br>**105 Rodney AVE**<br>**Dewey Beach, DE 19971** | Resident Status | Business Telephone<br>**(302) 227-1110** | Employer/School | | Work Telephone |
|---|---|---|---|---|---|

| Reporting Person?<br>☐Yes ☒No | Victim Injured?<br>☐Yes ☒No | Victim Deceased?<br>☐Yes ☒No | Officer Comments |
|---|---|---|---|

## Original Suspect/Defendant Information

| Sequence<br>**001** | Type<br>**Defendant** | SBI Number<br>**T1775398** | Name<br>**PARISE, GREGORY C** | | Nick Name | |
|---|---|---|---|---|---|---|
| Sex<br>**Male** | Race<br>**White** | Ethnic Origin<br>**Non-Hispanic** | Age<br>**29** | D.O.B.<br>**09/15/1973** | Height<br>**5' 08"** | Weight | Skin Tone<br>**Fair** | Eye Color<br>**Hazel** |

| Hair Color<br>**Brown** | Hair Length<br>**Short** | Hair Style<br>**Military** | Facial Hair<br>**Clean Shaven** | Voice Speech | Teeth | Build<br>**Average** | Glasses |
|---|---|---|---|---|---|---|---|

| Address<br>**1627 Taylor AVE**<br>**UTICA, NY 13501** | Home Telephone<br>**(315) 724-1167** | Employer/School<br>**ONEIDA COUNTY SHERIFF'S DEPT**<br>**ORISHANY, NY** | Work Telephone |
|---|---|---|---|

| Arrest Number<br>**137890** | Arrest Type<br>**Warrant** | Suspect's Clothing Description |
|---|---|---|

## Original Crime and Associated Information

| Victim Number<br>**001** | Crime Seq<br>**007** | Statute<br>**DE:11:0811:00A1:M:** | Crime Description<br>**Criminal Mischief Under $1000 Damage Property** |
|---|---|---|---|

| Location Type<br>**Highway/Roadway/Alley** | Status<br>**Adult Arrest 06/28/2003** | Involvement<br>☒Alcohol ☐Drugs ☐Computer | General Offense |
|---|---|---|---|

| Suspected Hate/Bias<br>☐Yes ☒No - N/A | Crime Code<br>**2901 - Damage/Business Property** |
|---|---|

| Burglary Force Involved<br>☐Yes ☐No |
|---|

## Investigative Narrative

On June 28, 2003 at 0010 hours I was notified by the Dewey Beach Police dispatch center that officers were attempting to place two suspects into custody. When I arrived at Dagsworthy Avenue (bayside), I observed three officers trying to detain two subjects who were identified as defendants Gregory Parise and Paul Lucci. The officers involved were Dewey Beach Police officers Hitchens, Wheatley, and Pettyjohn. While wrestling with the defendants, they repeatedly asked the defendants to stop resisting, but the defendants continued fighting. Both were sprayed with Oleoresin Capsicum (OC) spray and were swinging their arms not letting the arresting officers place handcuffs on them. Both defendants were yelling that they were New York police officers and they were being arrested for no reason. They also stated they wanted a real police officer on the scene. The defendants were placed into custody. When I observed Ptlm. Hitchens, I noticed blood dripping from his lip. I asked him how that occurred and he informed me while wrestling with the defendants, he was punched in the jaw by defendant Lucci. I was informed by Wheatley the punch was intended for Ptlm. Pettyjohn, but struck him. He also stated the blow rendered Ptlm Hitchens unconscious. Ptlm. Hitchens was transported to Beebe Medical Center by the Rehoboth Beach Fire Department. At Beebe Medical Center he was treated and released for the injuries caused by Defendant Lucci.

When the defendants were placed into custody they were transported to the Dewey Beach Police Department. At that location, their eyes were treated with water to reverse the effects of the OC Spray. They were also issued a O.C. Administrative Warning. During the decontamination, defendant Parise stated he was employed by the Oneida County Sheriff's Department. When I left the decontamination area, I was told by Ptlm Wheatley the two men changed their stories and began saying they were not police officers. The defendants continued resisting officers commands until the were placed in the Dewey Beach Police holding cell. Upon bringing the defendants into the holding cell, they were asked again where they

| Reporting Officer<br>**PFC DEMPSEY - 9894** | Supervisor Approval<br>**SAMUEL D MACKERT OJDBSDM Date 07/04/2003 1554** |
|---|---|

## Investigative Narrative - Continued

were employed.  Parise stated Oneida County New York but he was not a police officer.  Lucci
continued stating he was not a police officer.


Oneida County Sheriff's Department was contacted and it was discovered that Parise was in fact
employed by the Sheriff's Department.  He is a recent graduate of their police academy.
Through further investigation, I discovered Lucci also was a police officer employed by the
city of Rochester, New York and has been so for several years.


The defendants were processed and transported to Justice of the Peace Court 3 by Ptlm Wheatley.

| Reporting Officer | Supervisor Approval | | |
|---|---|---|---|
| PFC DEMPSEY  - 9894 | SAMUEL D MACKERT  OJDBSDM  Date 07/04/2003 1554 | | |
| Solvability Factors | ☐ Witness | ☐ M. O. | ☐ Trace Stolen Property | ☐ Suspect Named | Status |
| | ☐ Suspect Located | ☐ Suspect Described | ☐ Suspect Identified | ☐ Suspect Vehicle Described | Closed |

FEB-08-2004  15:04  TOWN OF DEWEY BEACH
Case 1:04-cv-00913-KAJ   Document 42-7   Filed 03/01/2006   Page 32 of 33   P.15
07/10/2005   Dewey Beach PD   302-226-6154   03-03-000736

## Supplemental Report - #2

| Original Occurrence Dates and Times: SAT 06/28/2003 0010 | Grid 216-106 | Sector 73 |
|---|---|---|

Original Location:
**Dagsworthy AVE   Dewey Beach, DE 19971**
**OUTSIDE OF SUDS NIGHT CLUB**

### Original Victim Information

| Victim Number 001 | Name **DEWEY BEACH POLICE DEPARTMENT** | | | | | |
|---|---|---|---|---|---|---|
| Type **Government** | Sex | Race | | Ethnic Origin | Age | D.O.B. |

Address
**105 Rodney AVE**
**Dewey Beach, DE 19971**

| Resident Status | Business Telephone **(302) 227-1110** | Employer/School | | Work Telephone |
|---|---|---|---|---|

| Reporting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | Officer Comments |
|---|---|---|---|

### Original Suspect/Defendant Information

| Sequence 001 | Type **Defendant** | SBI Number **00509622** | Name **PARISE, GREGORY C** | | | Nick Name |
|---|---|---|---|---|---|---|

| Sex **Male** | Race **White** | Ethnic Origin **Non-Hispanic** | Age **29** | D.O.B. **09/15/1973** | Height **5' 08"** | Weight | Skin Tone **Fair** | Eye Color **Hazel** |
|---|---|---|---|---|---|---|---|---|

| Hair Color **Brown** | Hair Length **Short** | Hair Style **Military** | Facial Hair **Clean Shaven** | Voice Speech | Teeth | Build **Average** | Glasses |
|---|---|---|---|---|---|---|---|

Address
**1627 Taylor AVE**
**UTICA, NY 13501**

| Home Telephone **(315) 724-1167** | Employer/School **ONEIDA COUNTY SHERIFF'S DEPT ORISHANY, NY** | Work Telephone |
|---|---|---|

| Arrest Number **137890** | Arrest Type **Warrant** | Suspect's Clothing Description **01** |
|---|---|---|

### Original Crime and Associated Information

| Victim Number 001 | Crime Seq 007 | Status **DE:11:0811:00A1:M:** | Crime Description **Criminal Mischief Under $1000 Damage Property** |
|---|---|---|---|

| Location Type **Highway/Roadway/Alley** | Status **Adult Arrest 06/28/2003** | Involvement ☒Alcohol ☐Drugs ☐Computer | General Offense |
|---|---|---|---|

| Suspected Hate/Bias ☐Yes ☒No - N/A | Crime Code **2901 - Damage/Business Property** |
|---|---|

Burglary Force Involved ☐Yes ☐No

### Investigative Narrative

On June 28, 2003 while on routine patrol, I met with Ptlm. Pettyjohn on Dagsworthy Avenue (bayside). At approximately 0010 hours Ptlm. Wheatley contacted Ptlm. Pettyjohn over the radio stating to him that there were two male subjects walking from Bellevue Street that had urinated in public. The two men were observed by Ptlm. Pettyjohn and myself walking down Dagsworthy Avenue. Ptlm. Pettyjohn approached the two subjects and started talking to them. At that point I was called over to the scene by Ptlm. Pettyjohn because the two males (defendant Lucci and defendant Parise) were being disorderly and irate. At this time, I started talking to the subjects in a respectful manner implying to them that they needed to calm down. At that point, defendant Lucci and defendant Parise started saying that you are "peace officers—we're fucking police officers''. Ptlm. Wheatley then arrived on the scene and asked Paul A. Lucci and Gregory C. Parise for their identification. They said ''no, we're done'', then turned and walked off. At that point Ptlm. Wheatley and myself told the gentlemen to stop. They did not reply to our command so that is when Ptlm. Wheatley and myself grabbed the two defendants to put them in handcuffs. The two male subjects resisted and defendant Lucci slipped out of my arms, that is when Ptlm. Pettyjohn jumped in to assist me in the struggle. Ptlm. Pettyjohn grabbed defendant Lucci, that is when the defendant slipped away and took a swing at Ptlm. Pettyjohn or myself. The punch connected with me, striking me in the jaw rendering me unconscious.

| Reporting Officer **PTLM HITCHENS   - 88939** | Supervisor Approval **SAMUEL D MACKERT OJDBSDM** Date 07/12/2003 1448 | |
|---|---|---|
| Solvability Factors | ☐Witness ☐Suspect Located | ☐M.O. ☐Suspect Described | ☐Trace Stolen Property ☐Suspect Identified | ☐Suspect Named ☐Suspect Vehicle Described | Status **Closed** |

## Supplemental Report - #4

| Original Occurrence Dates and Times: | | Grid | Sector |
|---|---|---|---|
| SAT 06/28/2003 0010 | | 216-106 | 73 |

Original Location:
**Dagsworthy AVE    Dewey Beach, DE 19971**
OUTSIDE OF SUDS NIGHT CLUB

## Original Victim Information

| Victim Number | Name |
|---|---|
| 001 | DEWEY BEACH POLICE DEPARTMENT |

| Type | Sex | Race | Ethnic Origin | Age | D.O.B. |
|---|---|---|---|---|---|
| Business | | | | | |

| Address | Resident Status | Business Telephone | Employer/School | Work Telephone |
|---|---|---|---|---|
| 105 Rodney AVE Dewey Beach, DE 199710000 | | (302) 227-1110 | | |

| Reporting Person? | Victim Injured? | Victim Deceased? | Officer Comments |
|---|---|---|---|
| ☐Yes ☒No | ☐Yes ☒No | ☐Yes ☒No | |

## Original Suspect/Defendant Information

| Sequence | Type | SBI Number | Name | Nick Name |
|---|---|---|---|---|
| 001 | Defendant | 00509622 | PARISE, GREGORY C | |

| Sex | Race | Ethnic Origin | Age | D.O.B. | Height | Weight | Skin Tone | Eye Color |
|---|---|---|---|---|---|---|---|---|
| Male | White | Non-Hispanic | 29 | 09/15/1973 | 5' 08" | | Fair | Hazel |

| Hair Color | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
|---|---|---|---|---|---|---|---|
| Brown | Short | Military | Clean Shaven | | | Average | |

| Address | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|
| 1627 Taylor AVE UTICA, NY 13501 | (315) 724-1167 | ONEIDA COUNTY SHERIFF'S DEPT ORISHANY, NY | |

| Arrest Number | Arrest Type | Suspect's Clothing Description |
|---|---|---|
| 137890 | Warrant | |

## Original Crime and Associated Information

| Victim Number | Crime Seq | Status | Crime Description |
|---|---|---|---|
| 001 | 007 | DE:11:0811:00A1:M: | Criminal Mischief Under $1000 Damage Property |

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| Highway/Roadway/Alley | Adult Arrest 06/28/2003 | ☒Alcohol ☐Drugs ☐Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| ☐Yes ☒No - N/A | 2901 - Damage/Business Property |

| Burglary Force Involved |
|---|
| ☐Yes ☐No |

## Investigative Narrative

On November 5, 2003, all evidence from the above case was removed from the Dewey Beach Police Department Evidence room and transported to Sussex County Court of Common Pleas for Preliminary Hearings.

| Reporting Officer | Supervisor Approval | | | | |
|---|---|---|---|---|---|
| PFC DEMPSEY - 9894 | J W HOCKER OJDBJWH Date 01/20/2004 0027 | | | | |
| Solvability Factors | ☐Witness ☐Suspect Located | ☐M. O. ☐Suspect Described | ☐Trace Stolen Property ☐Suspect Identified | ☐Suspect Named ☐Suspect Vehicle Described | Status Has Follow Up |