**EXHIBIT G**

```
02/24/2006  14:17   3028565492   SUPERIOR CT -DRUG CT           PAGE  01/04

Press PF4 to confirm modify
 GC480AM1              ***** Case Management *****
 Feb 24,06              - Disposition Processing -                1 more >

                                          Court: S      County: S
 Case # 0306020174_ Defendant: PAUL A LUCCI JR           Status SC
                                                                R  C V
                                                         NOLP   P  O O
 Seq Crim Act #     Statute      Description Disp  Date  Judge Reas T N P
 001 PS03070251I    DE11060100a1M  OFF TOUCHI PGLI  11052003 000060  ___  __
 002  S03070252I    DE11060100a1MA OFF TOUCHI NOLP  11052003        031  __
 003  S03070253I    DE111301001AM  DISORD.CON PG    11052003 000060      __
 004  S03070254I    DE111301001FM  DISORD.CON NOLP  11052003        031  __
 005  S03070255I    DE1112570000MA RESIST ARR NOLP  11052003        031  __
 006  S03070256I    DE110602000AM  MENACING   NOLP  11052003        031  __
 007  S03070257I    DE11081100A1M  CRIM MISC  NOLP  11052003        031  __


 Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
       help  retrn       confm       DPOVC bkwrd frwrd       left  right main
```

```
Position cursor or enter screen value to select
GC420A                ***** Courts Case Management *****
Feb 24,06                    - Browse All Charges -                    2:07 PM

                                                    AGE OF CASE: 972
NAME: PAUL A LUCCI                          SBI#              DOB:
                                             STATUS SC CC
ARREST DATE 06/28/2003                                   COUNTY S    C V
            * C H A R G E *                             *DISPOSITION*
SEQ CT CRIM ACT #     DATE FILED  STATUTE        DESCRIPTION  CODE DATE
--- -- ------------- ----------- --------------- ------------ ---- ---------- - -
001 J                            DE11060100a1M   OFF TOUCHING TRAN 06/28/2003
001 C  PS03  3049    06/30/2003                               WDPH 07/10/2003
001 S  PS03070251I   07/10/2003                               PGLI 11/05/2003
002 J                            DE11060100a1MA  OFF TOUCHING TRAN 06/28/2003
002 C  MS03061335    06/30/2003                               WDPH 07/10/2003
002 S  S03070252I    07/10/2003                               NOLP 11/05/2003
003 J                            DE111301001AM   DISORD.CONDU TRAN 06/28/2003
003 C  MS03061336    06/30/2003                               WDPH 07/10/2003
003 S  S030702531    07/10/2003                               PG   11/05/2003
 Case: 0306020174_

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn                  DSPVC bkwrd frwrd print              main
```

```
Position cursor or enter screen value to select
GC420A                 ***** Courts Case Management *****
Feb 24,06                    - Browse All Charges -                    2:08 PM

                                                   AGE OF CASE: 972
NAME: PAUL A LUCCI                         SBI#             DOB:
                                              STATUS SC CC
ARREST DATE 06/28/2003                                    COUNTY S    C V
              * C H A R G E *                           *DISPOSITION*
SEQ CT CRIM ACT #    DATE FILED  STATUTE       DESCRIPTION  CODE DATE
--- -- ----------   -----------  -------------- ----------- ---- ----------
004 J                            DE111301001FM  DISORD.CONDU TRAN 06/28/2003
004 C  MS03061337   06/30/2003                               WDPH 07/10/2003
004 S  S030702541   07/10/2003                               NOLP 11/05/2003
005 J                            DE1112570000MA RESIST ARRES TRAN 06/28/2003
005 C  MS03061338   06/30/2003                               WDPH 07/10/2003
005 S  S030702551   07/10/2003                               NOLP 11/05/2003
006 J                            DE110602000AM  MENACING     TRAN 06/28/2003
006 C  MS03061339   06/30/2003                               WDPH 07/10/2003
006 S  S030702561   07/10/2003                               NOLP 11/05/2003
 Case: 0306020174_

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn                 DSPVC bkwrd frwrd print                main
```

```
Position cursor or enter screen value to select
GC420A                ***** Courts Case Management *****
Feb 24,06                   - Browse All Charges -                          2:08 PM

                                                     AGE OF CASE: 972
NAME: PAUL A LUCCI                     SBI#                  DOB:
                                       STATUS SC CC
ARREST DATE 06/28/2003                                       COUNTY S    C V
           * C H A R G E *                                   *DISPOSITION*
SEQ CT CRIM ACT #     DATE FILED  STATUTE      DESCRIPTION   CODE DATE
--- -- -----------   -----------  -----------  ------------  ---- ----------
007 J                             DE11081100A1M CRIM MISC <1 TRAN 06/28/2003
007 C  MS03061340     06/30/2003                             WDPH 07/10/2003
007 S  S030702571     07/10/2003                             NOLP 11/05/2003
                          *** End of Data ***



Case: 0306020174_

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn                     DSPVC bkwrd frwrd print             main
```