# EXHIBIT H

```
Position cursor or enter screen value to select
GC420A                 ***** Courts Case Management *****
Feb 24,06                  - Browse All Charges -                     2:15 PM

                                              AGE OF CASE: 972
NAME: GREGORY C PARISE              SBI# 00509622    DOB: 09151973
                                       STATUS   CC
ARREST DATE 06/28/2003                                COUNTY S    C V
          * C H A R G E *                            *DISPOSITION*
SEQ CT  CRIM ACT #   DATE FILED  STATUTE       DESCRIPTION  CODE DATE
--- --  -----------  -----------  ---------------  ------------  ---- ----------
001 J                             DE111301001AM  DISORD.CONDU TRAN 06/28/2003
001 C   MS03062470   06/30/2003                               DISM 11/10/2003
002 J                             DE1112570000MA RESIST ARRES TRAN 06/28/2003
002 C   MS03062471   06/30/2003                               DISM 11/10/2003
003 J                             DE11081100A1M  CRIM MISC <1 TRAN 06/28/2003
003 C   MS03062472   06/30/2003                               DISM 11/10/2003
                           *** End of Data ***


Case: 0306020170_

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
       help  retrn                   DSPVC bkwrd frwrd print                main
```

```
Docket Entry 0306020170--11/10/0 displayed successfully
GC710A              ***** Courts Case Management *****              GC710AM
Feb 24,06                   - Docket Maintenance -                  2:15 PM

   Case #: 0306020170_  Event JT____   Action DISM__   FILED Date 11102003
     Name: PARISE GREGORY C.                           Summary/Detail _
     SBI#: 00509622   DOB: 09151973                    Crt: C Loc: S

   Judge: 002227   Assigned:
   Cost: _____  Cost Type: _____   Ref#: ____   Added By: CCPGWYA
Docket Text
1    CASE DISMISSED UNDER THE PROVISIONS OF RULE 48(B)_____
2    WITNESS FAILED TO APPEAR_____
3    _____
4    _____
5    _____
6    _____
7    _____
8    _____
9    _____
10   _____

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn                         bkwrd frwrd                    main
```