# EXHIBIT I



89-03-1820

# Initial Crime Report

Reported Date and Time: FRI 08/15/2003 2140
Occurred: FRI 08/15/2003 2140

Location: 1807 Coastal HWY Bottle & Cork Dewey Beach, DE 19971

M.O. and Incident Overview:
I STOPPED THE DEFENDANT FOR URINANTING IN PUBLIC. THE DEFENDANT WAS HIGHLY INTOXICATED AND TRANSPORTED BACK TO THE POLICE DEPARTMENT FOR FURTHER PROCESSING FOR HIS SAFETY.

| Grid | Sector | County | Domestic Related | 4-F-14 Sent? | Gen Broadcast Sent? |
|---|---|---|---|---|---|
| 216-106 | 73 | Sussex | ☐Yes ☒No | ☐Yes ☒No | ☐Yes ☒No |

## Victim Information

| Victim Number | Name |
|---|---|
| 001 | PETTYJOHN, ZACHARY A P |

| Type | Sex | Race | Ethnic Origin | Age | D.O.B. |
|---|---|---|---|---|---|
| Law Enforcement Offic | Male | White | Non-Hispanic | 19 | 07/14/1984 |

| Address | Resident Status | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|---|
| 105 Rodney AVE Dewey Beach, DE 19971 | Non Resident | (302) 227-1110 | DEWEY BEACH POLICE DEPARTMENT 105 RODNEY AVE Dewey Beach, DE 19971 | (302) 227-1110 |

| Reporting Person? | Victim Injured? | Victim Deceased? | Officer Comments |
|---|---|---|---|
| ☒Yes ☐No | ☒Yes ☐No | ☐Yes ☒No | |

| Injuries | Description of Injuries |
|---|---|
| Apparent Minor Injury | VICTIM HAS A SWOLLEN UPPER LIP. |

| Victim Number | Name |
|---|---|
| 002 | |

| Type | Sex | Race | Ethnic Origin | Age | D.O.B. |
|---|---|---|---|---|---|
| Society/Public | | | | | |

| Address | Resident Status | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|---|
| | | | | |

| Reporting Person? | Victim Injured? | Victim Deceased? | Officer Comments |
|---|---|---|---|
| ☐Yes ☒No | ☐Yes ☒No | ☐Yes ☒No | |

| Injuries | Description of Injuries |
|---|---|
| | |

## Suspect/Defendant Information

| Sequence | Type | SBI Number | Name | Nick Name |
|---|---|---|---|---|
| 001 | Defendant | 00399071 | WHETSTONE, MICHAEL GORDON | |

| Sex | Race | Ethnic Origin | Age | D.O.B. | Height | Weight | Skin Tone | Eye Color |
|---|---|---|---|---|---|---|---|---|
| Male | White | Non-Hispanic | 18 | 04/24/1985 | 6' 00" | 186 | Fair | Blue |

| Hair Color | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
|---|---|---|---|---|---|---|---|
| Red/Auburn | Ear Top | Wavy/Curly | | | | Average | |

| Disguise | Disguise Color(s) | Resident Status | Unusual Characteristics | Armed With |
|---|---|---|---|---|
| | | Non Resident | | Unarmed |

| Address | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|
| 29 Clam Shell LA Ocean Farms Frankford, DE 19945 | (302) 537-5447 | RRD LAWN AND LANDSCAPING | |

| Arrest Number | Arrest Type | Suspect's Clothing Description |
|---|---|---|
| 082162 | Warrant | |

## Crimes and Associated Information

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 001 | 001 | DE:11:0612:00a3:F:D | Assault Second Degree Intentional Injury to a Law Enforcement Officer Fireman Correctional Officer Sheriff or Deputy Sheriff |

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| Government/Public Building | Adult Arrest 08/16/2003 | ☒Alcohol ☐Drugs ☐Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| ☐Yes ☒No - N/A | 13214D - Aggravated Assault/Police Officer Strong-Arm/Hands/Fist/Feet |

| Burglary Force Involved | Weapon/Force Used | Police Assignment | Police Activity | Assault Factor |
|---|---|---|---|---|
| ☐Yes ☐No | Personal WeaponsHands/Feet | Other/Officers on Foot Patrol/Off Du | Handling/Transporting/Custody of Prisoner | Assault on Law |

| M. O. Information | MO Class | MO Description |
|---|---|---|
| | Force Inflicted | PUNCHED VICTIM |
| | Personal Acts Against Victim | Assaults |
| | Personal Acts Against Victim | Made Verbal Threats |
| | Means of Attack | Hands/Feet |

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 002 | 002 | DE:11:1301:001A:M: | Disorderly Conduct - Fighting or Violent Tumultuous or Threatening Behavior |

| Reporting Officer | Supervisor Approval |
|---|---|
| PTLM PETTYJOHN - 98942 2 | SAMUEL D MACKERT OJDBSDM Date 08/27/2003 1636 |

## Crimes and Associated Information

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| Bar/Nightclub | Adult Arrest 08/16/2003 | [X] Alcohol [ ] Drugs [ ] Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| [ ] Yes [X] No - N/A | 5316 - Disorderly Conduct/Liquor Involvement |
| Burglary Force Involved: [ ] Yes [ ] No | |

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 002 | 003 | DB:03:0769:0000:M:B | Urination or Defecation in Public |

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| Bar/Nightclub | Adult Arrest 08/16/2003 | [X] Alcohol [ ] Drugs [ ] Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| [ ] Yes [X] No - N/A | 8099 - Local Statute/Free Text |
| Burglary Force Involved: [ ] Yes [ ] No | |

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 002 | 004 | DE:11:0907:0001:M:A | Criminal Impersonation Impersonates Another to Obtain Benefit or Defraud |

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| Bar/Nightclub | Adult Arrest 08/16/2003 | [X] Alcohol [ ] Drugs [ ] Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| [ ] Yes [X] No - N/A | 2604 - Fraud/Impersonation |
| Burglary Force Involved: [ ] Yes [ ] No | |

| Stolen Property | Property Category | Quantity | Unit Price | Stolen Value | Recovered Value | Recovery Date |
|---|---|---|---|---|---|---|
| | None | | | .00 | .00 | |

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 002 | 005 | DE:04:0904:000F:M: | Underage Possession/Consumption of Alcohol |

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| Bar/Nightclub | Adult Arrest 08/16/2003 | [X] Alcohol [ ] Drugs [ ] Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| [ ] Yes [X] No - N/A | 4298 - Consumption of Liquor/Underage |
| Burglary Force Involved: [ ] Yes [ ] No | |

## Victim - Suspect/Defendant Relationships

| Victim | Suspect/Defendant | Victim Offender Relationship |
|---|---|---|
| Victim - 001: PETTYJOHN, ZACHARY A P | Suspect/Defendant - 001: WHETSTONE, MICHAEL GORDON | Stranger |
| Victim - 002: Society/Public | Suspect/Defendant - 001: WHETSTONE, MICHAEL GORDON | Victimless Crime |

## Investigative Narrative

ON THE EVENING OF AUGUST 29, 2003 AT APPROXIMATELY 2149 HOURS WRITER STOPPED A SUBJECT FOR URINATING ON THE SIDE OF THE BOTTLE AND CORK. WRITER AND A SECURITY OFFICER FOR THE BOTTLE AND CORK APPROACHED THE SUBJECT MICHAEL G. WHETSTONE NOW REFERRED TO AS (D1). AS WRITER AND THE SECURITY OFFICER BEGAN TO SPEAK WITH D1, HE STATED THAT HE WAS WITH THE BAND THAT WAS PLAYING AT THE BOTTLE AND CORK THAT EVENING. WRITER THEN ASKED D1 FOR IDENTIFICATION AND D1 STATED THAT HE DIDN'T HAVE HIS IDENTIFICATION WITH HIM. WRITER ASKED D1 FOR HIS NAME AND HIS BIRTH DATE AND D1 RESPONDED THAT HE WAS 21 YEARS OF AGE. AT THIS TIME, WRITER COULD SMELL A STRONG ODOR OF ALCOHOL COMING FROM THE BREATH OF D1. AS WRITER BEGAN TO RADIO IN TO DISPATCH D1'S INFORMATION, D1 STATED THAT HE WAS ONLY 18 YEARS OF AGE. WHEN D1 CAME BACK NEGATIVE FOR WARRANTS, D1 IMMEDIATELY PLACED HIS HANDS BEHIND HIS BACK AND BEGAN TO STUMBLE BACK AND FORTH. AT THAT TIME WRITER THOUGHT IT WOULD BE BEST TO TRANSPORT D1 BACK TO THE POLICE DEPARTMENT AND CALL HIS PARENTS TO PICK HIM UP. UPON ARRIVAL AT THE POLICE DEPARTMENT, WRITER PLACED D1 IN THE PROCESSING ROOM, HANDCUFFED HIM, AND BEGAN TO ISSUE HIM THREE UNIFORM CRIMINAL COMPLAINT AND SUMMONSES FOR 1.) OFFENSES CONCERNING MINORS 2.) CRIMINAL IMPERSONATION 3.) URINATION IN PUBLIC, AND CALLED D1'S GRANDPARENTS TO PICK HIM UP FROM THE POLICE DEPARTMENT. MR. WHETSTONE, THE GRANDFATHER OF D1, STATED THAT HE WOULD BE DOWN TO PICK D1 UP AS SOON AS POSSIBLE. DURING THE PHONE CALL, D1 HAD THROWN UP (VOMITED) IN THE PROCESSING ROOM THAT HE WAS BEING HELD IN. WRITER UNHANDCUFFED D1 AND US TWO BEGAN TO CLEAN UP THE VOMIT. AS WRITER BEGAN TO HELP D1 WITH THE VOMIT, D1 HAD GOTTEN BETWEEN WRITER AND THE DOOR AND SAID " FUCK YOU MOTHER FUCKER, YOU BETTER BACK THE FUCK UP OR I'M GONNA KILL YOU BITCH". WRITER DEMANDED THAT D1 SIT BACK ONTO THE BENCH TO BE PLACED INTO HANDCUFFS. D1 THEN BEGAN TO WALK TOWARDS WRITER AND WRITER STARTED TO PLACE HIS LEATHER GLOVES ON AND BEFORE HE COULD FINISH, D1 THREW A PUNCH AT WRITER CONNECTING WITH THE RIGHT SIDE OF WRITER'S UPPER LIP. WRITER THEN, ACTING ON INSTINCT, IMMEDIATELY REACHED FOR THE DOOR AND MANAGED TO EXIT THE PROCESSING ROOM. AT THAT TIME, PTLM. JENNEY WAS WALKING INTO THE BACK SIDE DOOR AND ASKED WHAT WAS GOING ON. WRITER EXPLAINED TO PTLM. JENNEY THAT HE HAD JUST BEEN ASSAULTED BY D1. WRITER THEN REOPENED THE DOOR AND SAW D1 SITTING ON THE BENCH WITH HIS HANDS TIGHTLY CLOSED AND LOOKING DIRECTLY IN

| Reporting Officer | Supervisor Approval |
|---|---|
| PTLM PETTYJOHN - 98942 2 | SAMUEL D MACKERT OJDBSDM Date 08/27/2003 1636 |

## Investigative Narrative - Continued

WRITER'S DIRECTION. WRITER (WITH OC IN HAND) FEARING FOR HIS SAFETY, THE SAFETY OF HIS FELLOW OFFICER AND THE VULNERABILITY OF THE TWO IF THEY HAD TO TRY AND SUBDUE D1 BY THEMSELVES, ADMINISTERED ONE SHORT ONE SECOND BURST OF SPRAY AT APPROXIMATELY 6 FEET AWAY INTO THE EYES OF D1. D1 IMMEDIATELY BECAME INTO A STATE IN WHICH WRITER NO LONGER FELT THREATENED FOR HIMSELF OR FELLOW OFFICER. WRITER AND PTLM. JENNEY PLACED D1 INTO HANDCUFFS AND PTLM. JENNEY ESCORTED D1 OUTSIDE, WHILE WRITER EXAMINED AND TENDED TO THE DAMAGE OF HIS LIP INFLICTED ON HIM BY D1. DURING THE ALTERCATION WHICH LASTED ONLY SECONDS FROM THE TIME THE PUNCH WAS THROWN TO THE TIME D1 WAS ESCORTED OUTSIDE, THE DEWEY BEACH POLICE DISPATCHER AT THE TIME KATRINA WHITE RADIOED TO OTHER OFFICERS THAT THERE WAS A DISORDERLY SUBJECT IN THE CELL. WHEN FELLOW OFFICERS ARRIVED, THEY ASSISTED PTLM. JENNEY IN CLEANSING THE EYES OF D1. MEANWHILE, D1'S GRANDFATHER ARRIVED AT THE POLICE DEPARTMENT AND TALKED TO D1 TO CALM HIMDOWN. DURING THEIR TALK, HE WAS CURSING ERRATICALLY AND BANGED HIS HEAD ON THE FENCE SEVERAL TIMES. D1 STATED THAT HE HAD BEEN KICKED IN HIS HEAD BY OFFICERS WHILE HE WAS BEING CLEANSED OFF WITH WATER AND THAT WRITER WAS THE ONE WHO HAD ACTED IN SUCH A MANNER. D1 ALSO STATED THAT THE REASON HE HAD PUNCHED WRITER WAS BECAUSE WRITER HAD "BEAT ME UP IN THE CELL". DURING THIS TIME, WRITER CONTINUED TO CLEAN UP D1'S VOMIT AND WHEN D1 WAS THOROUGHLY CLEANSED AND ALL VOMIT WAS REMOVED FROM THE PROCESSING ROOM D1 WAS REPLACED INTO SAME BY FELLOW OFFICERS. BEFORE STARTING A CRIME REPORT AND WARRANT, D1 WAS MIRANDIZED AND AGREED THAT HE FULLY UNDERSTOOD HIS "RIGHTS". DURING THE WARRANT PROCESS, WRITER RECEIVED A PHONE CALL FROM MR. AND MRS. CASEY STATING THAT THEY WERE THE AUNT AND UNCLE OF D1 AND ASKED IF THEY COULD MEET US HERE TO DISCUSS THE MATTER. WRITER EXPLAINED TO THEM THAT THE ACTIONS DISPLAYED BY D1 GAVE WRITER NO CHOICE BUT TO TAKE HIM ON STATE CHARGES. MRS. CASEY ASKED IF SHE COULD FOLLOW THE POLICE CRUISER TO COURT AND WRITER AGREED. UPON ARRIVAL AT JUSTICE OF THE PEACE COURT 3 LOCATED IN GEORGETOWN DELAWARE WRITER AND D1 STOOD BEFORE JUDGE GODWIN WHO RELEASED D1 WITH A $5,800 DOLLAR UNSECURE BOND TO APPEAR TO SUSSEX COUNTY COURT OF COMMON PLEAS ON THURSDAY AUGUST 21, 2003 AT 11:00 AM.

| Reporting Officer<br>PTLM PETTYJOHN - 98942 2 | | Supervisor Approval<br>SAMUEL D MACKERT OJDBSDM Date 08/27/2003 1636 | | | |
|---|---|---|---|---|---|
| Detective Notified | | Referred To | | | |
| Solvability Factors | ☐ Witness<br>☐ Suspect Located | ☐ M. O.<br>☐ Suspect Described | ☐ Trace Stolen Property<br>☐ Suspect Identified | ☐ Suspect Named<br>☐ Suspect Vehicle Identified | Status<br>Closed |

# SBI ARREST REPORT

2. DATE OF ARREST: 08/15/2003
ARREST NO.: 082162

DISSEMINATION OF THIS RECORD IS RESTRICTED TO CRIMINAL JUSTICE AGENCIES ONLY.

3. DEFENDANT'S NAME (LAST, FIRST, MIDDLE, SUFFIX): WHETSTONE, MICHAEL, GORDON
4. GRID OF RESIDENCE:
17. FBI NO.: 457122JB4
18. MO. CLASS:

5. DEFENDANT'S ADDRESS: 29 CLAMSHELL LN OCEAN FARMS
COMMUNITY / CITY: FRANKFORD, DE 19945
19. MISCELLANEOUS IDENT. NO'S:

6. ALIAS OR NICKNAME:
7. OCCUPATION: STUDENT
~~EMPLOYER OR~~ SCHOOL ATTENDS: GRADUATED INDIAN RIVER
20. RESIDENCE PHONE: 302 537-5447 ☒ DAY ☐ NIGHT
BUSINESS PHONE: ☐ ☐

8. RACE: W SEX: M EQ: NH AGE: 18 DOB: 04/24/85
HEIGHT: 6'00" WEIGHT: 186 HAIR: RED EYE: BLU COMPLEX: FAIR
COMPLAINT NO.: 89-03-1870
21. LOCATION OF ARREST (ADDRESS): 1807 COASTAL HWY DEWEY BEACH, DE

9. PLACE OF BIRTH: DELAWARE
10. SOCIAL SECURITY NO.: 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
11. D.L. NO.: 1370357 ST.: DE
22. DESCRIBE TYPE OF PREMISE - CRIME OCCURRED: NIGHTCLUB / BAR

12. SCARS, MARKS, TATTOOS: NONE
☒ RIGHT ☐ LEFT HANDED
23. VEHICLE INVOLVED: REG. NO.: STATE: YEAR:

13. ARRAIGNMENT DATE: 08-16-03 COURT: J3 JUDGE: GODWIN
14. TRIAL DATE: PENDING COURT: JUDGE:
HOLD PLACED ON VEHICLE: ☐ YES ☐ NO
VEHICLE TOWED TO:

15. ARREST DISPOSITION/DATE: 081603 REL. $5,800.00 UNSECURED BOND
16. ARRESTING OFFICER: Ptlm. PETTYJOHN 989-42 U
24. PLACE OF CRIME - ADDRESS: 1807 COASTAL HIGHWAY DEWEY BEACH, DE

| 25. DATE OF CRIME | COMPLAINT NO. | GRID OF INCIDENT | CLASS NO. | CRIME | CRIME STATUE | JUV. VIC | FINAL DISPOSITIONS |
|---|---|---|---|---|---|---|---|
| 25/1 08/15/2003 | 89-03-1870 | 216/106 | 13214D | ASSAULT 2ND | DE:11:0612:00A3 F/D | ☐ | $5,000.00 UNSECURED BOND |
| 25/2 08/15/2003 | 89-03-1870 | 216/106 | 2604 | CRIMINAL IMPERSONATION | DE:11:0907:0001 M/A | ☐ | $500.00 UNSECURED BOND |
| 25/3 08/15/2003 | 89-03-1870 | 216/106 | 5316 | DISORDERLY CONDUCT | DE:11:1301:001A M | ☐ | $100.00 UNSECURED BOND |
| 25/4 08/15/2003 | 89-03-1870 | 216/106 | 8099 | URINATION IN PUBLIC | DB:03:0769:0000 MIS | ☐ | $100.00 UNSECURED BOND |
| 25/5 08/15/2003 | 89-03-1870 | 216/106 | 4298 | UNDERAGE CONSUMPTION ALCOHOL | DE:04:0904:000F M | ☐ | $100.00 UNSECURED BOND |
| 25/6 | | | | | | ☐ | |
| 25/7 | | | | | | ☐ | |

26. ☐ MARRIED ☐ SEPARATED ☒ SINGLE ☐ DIVORCED
SPOUSE'S NAME: ADDRESS: AGE: PHONE:

RELATIVES: FATHER, MOTHER (IF ALIVE) BROTHERS, SISTERS / ADDRESS / AGE / PHONE
FATHER DAVE WHETSTONE
TARA WHETSTONE

27. VICTIM/COMPLAINT: ZACHARY A. PETTYJOHN ADDRESS: 105 RODNEY AVE. CITY: DEWEY BEACH, DE 19971 RES. PHONE: BUS. PHONE: (302) 227-1110

28. NAME OF PARENT/GUARDIAN/NEXT OF KIN NOTIFIED: WILLIAM G. LLOYD DATE/TIME: OFFICER: NO.:

29. NARRATIVE: PLACES FREQUENTED, FACTS OF ARREST, ASSOCIATES, MILITARY SERVICE, EDUCATION

33. POSSIBLE ALIEN ☐ YES ☒ NO
34. FEDERAL PRINTS ☒ YES ☐ NO

WARRANT CHECK ☒ DELJIS ☒ NCIC
30. DEFENDANT'S MONEY, PROPERTY (IF SEIZED BY OFFICER):
31. PAGE 4 OF 4
32. DATE/TIME COMMITTED: N/A
35. SUPERVISOR NO.: MACKERT 9893

SEP-27-2004 14:45 DEWEY BEACH POLICE P.07/18

SBI NO.

LAST NAME: WHETSTONE
FIRST: MICHAEL
MIDDLE: GORDON
SUFFIX:

ADDRESS: 29 CLAMSHELL LN
COMMUNITY: OCEAN FARMS
CITY: FRANKFORD
STATE: DE

| MUGGED | RACE | SEX | S.O. | DATE OF BIRTH | HGT. | WGT. | HAIR | EYES | PLACE OF BIRTH |
|---|---|---|---|---|---|---|---|---|---|
| X YES | W | M | NH | 04/24/1985 | 6'00 | 186 | RED | BLU | DELAWARE |

ALIASES
FBI NO. 457122JB4

SIGNATURE OF PERSON FINGERPRINTED
X

AGENCY I.D. NO. 89
TEMPORARY SBI NO.

I HEREBY VOLUNTARILY SUBMIT MY SOCIAL SECURITY NUMBER FOR A SUPPLEMENTAL MEANS OF IDENTIFICATION ONLY

PALM CLASS

SIGNATURE OF OFFICIAL TAKING FINGERPRINTS AND ID# Ptlm. Pettyjohn 989-42

DATE OF ARREST 08/15/2003

**STATE BUREAU OF IDENTIFICATION**
DELAWARE STATE POLICE
P.O. BOX 430
DOVER, DELAWARE

NCIC CLASS

| AGENCY | ARREST # | DATE | CAUTION |
|---|---|---|---|
| 89 | 082162 | 08/15/2003 | |

1. R. 2. R. INDEX 3. R. MIDDLE 4. R. RING 5. R.

6. 7. L. INDEX 8. L. MIDDLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY

RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY





LEAVE BLANK

TYPE OR PRINT ALL INFORMATION IN BLACK

FBI LEAVE BLANK

LAST NAME NAM: WHETSTONE
FIRST NAME: MICHAEL
MIDDLE NAME: GORDON

STATE USAGE

ALIASES

CONTRIBUTOR ORI: DE0032400 PD DEWEY BEACH DE

SIGNATURE OF PERSON FINGERPRINTED

DATE OF BIRTH DOB: Month 04 Day 24 Year 198[illegible]

THIS DATA MAY BE COMPUTERIZED IN LOCAL, STATE AND NATIONAL FILES

DATE: 081603
SIGNATURE OF OFFICIAL TAKING FINGERPRINTS: Ptlm. Pettyjohn # 981-42

DATE ARRESTED OR RECEIVED DOA: 08-16-03

| SEX | RACE | HGT. | WGT. | EYES | HAIR | PLACE OF BIRTH POB |
| --- | --- | --- | --- | --- | --- | --- |
| M | W | 6'00" | 186 | BLU | RED | DELAWARE |

YOUR NO. OCA: 082762

FBI NO. FBI: 457122JB4

SID NO. SID: DE00399071

SOCIAL SECURITY NO. SOC: 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

CHARGE
ASSAULT 2ND DE:11:0612:00a3 F/D
CRIMINAL IMPERSONATION DE:11:0907:0001 M/
DISORDERLY CONDUCT DE:11:1301:001A M

FINAL DISPOSITION: PENDING

LEAVE BLANK

CLASS.

REF.

NCIC CLASS - FPC

CAUTION

1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE

6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY | L. THUMB | R. THUMB | RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

# FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
WASHINGTON, D.C. 20537

PALM PRINTS TAKEN? YES [X] NO [ ]

PHOTO AVAILABLE? YES [X] NO [ ]

IF ARREST FINGERPRINTS SENT FBI PREVIOUSLY AND FBI NO. UNKNOWN, FURNISH ARREST NO. ______ DATE ______

STATUTE CITATION (SEE INSTRUCTIONS NO. 9) CIT
1. ASSAULT 2ND DE:11:0612:00a3 F/D
2. CRIMINAL IMPERSONATION DE:11:0907:0001 M/A
3. DISORDERLY CONDUCT DE:11:1301:001A M

ARREST DISPOSITION (SEE INSTRUCTION NO. 5) ADN

RELEASED ON $5,800.00 UNSECURED BOND

EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY. IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

RRD LAWN AND LANDSCAPING

OCCUPATION

RESIDENCE OF PERSON FINGERPRINTED
29 CLAM SHELL LANE
FRANKFORD, DE 19945

SCARS, MARKS, TATTOOS, AND AMPUTATIONS SMT

— N/A —

BASIS FOR CAUTION ICO

DATE OF OFFENSE DOO 08-15-03

SKIN TONE SKN FAIR

MISC. NO MNU

ADDITIONAL INFORMATION

CIT (CONT.)

4. URINATION IN PUBLIC DB:03:0769:0000 M/B

5. UNDERAGE CONSUMPTION ALCOHOL DE:04:0904:000F M

FD-249 (REV. 12-29-82)

## INSTRUCTIONS

1. UNLESS OTHERWISE PROVIDED BY REGULATION IN YOUR STATE, FINGERPRINTS ARE TO BE SUBMITTED DIRECTLY TO FBI IDENTIFICATION DIVISION. FORWARD IMMEDIATELY FOR MOST EFFECTIVE SERVICE.
2. FINGERPRINTS SHOULD BE SUBMITTED BY ARRESTING AGENCY ONLY (MULTIPLE PRINTS ON SAME CHARGE SHOULD NOT BE SUBMITTED BY OTHER AGENCIES SUCH AS JAILS, RECEIVING AGENCIES ETC.) REQUESTS COPIES OF FBI IDENTIFICATION RECORD FOR ALL OTHER INTERESTED AGENCIES IN BLOCK BELOW, GIVE COMPLETE MAILING ADDRESS INCLUDING ZIP CODE.
3. TYPE OR PRINT ALL INFORMATION.
4. NOTE AMPUTATIONS IN PROPER FINGER BLOCKS.
5. LIST FINAL DISPOSITION IN BLOCK ON FRONT SIDE. IF NOT NOW AVAILABLE, SUBMIT LATER ON FBI FORM R-84 FOR COMPLETION OF RECORD. IF FINAL DISPOSITION NOT AVAILABLE SHOW PRE-TRIAL OR ARRESTING AGENCY DISPOSITION e.g., RELEASED, NO FORMAL CHARGE, BAIL, TURNED OVER TO, IN THE ARREST DISPOSITION BLOCK PROVIDED ON THIS SIDE.
6. MAKE CERTAIN ALL IMPRESSIONS ARE LEGIBLE, FULLY ROLLED AND CLASSIFIABLE.
7. CAUTION - CHECK BOX ON FRONT IF CAUTION STATEMENT INDICATED. BASIS FOR CAUTION (ICO) MUST GIVE REASON FOR CAUTION, e.g., ARMED AND DANGEROUS, SUICIDAL, ETC.
8. MISCELLANEOUS NUMBER (MNU) - SHOULD INCLUDE SUCH NUMBERS AS MILITARY SERVICE, PASSPORT AND/OR VETERANS ADMINISTRATION (IDENTIFY TYPE OF NUMBER.)
9. PROVIDE STATUTE CITATION, IDENTIFYING SPECIFIC STATUTE (example - PL for PENAL LAW) AND CRIMINAL CODE CITATION INCLUDING ANY SUB-SECTIONS.
10. ALL INFORMATION REQUESTED IS ESSENTIAL.
11. PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

REPLY DESIRED? YES [ ] NO [X]

(REPLY WILL BE SENT IN ALL CASES IF SUBJECT FOUND TO BE WANTED)

IF COLLECT WIRE OR COLLECT TELEPHONE REPLY DESIRED, INDICATE HERE: (WIRE SENT ON ALL UNKNOWN DECEASED)

WIRE REPLY [ ] TELEPHONE REPLY [ ] TELEPHONE NO. AND AREA CODE ______

SEND COPY TO: NAME ORI NUMBER AND ADDRESS

LEAVE BLANK

U.S. G.P.O. 1991 282-059/40002

DSB No.

Name Whetstone Michael Gordon
(Surname) (First) (Middle)

Class D/FELONY

Aliases

Crime ASSAULT 2nd

04-24-85 Color White Sex male

LEFT HAND

| Left Thumb | L. Fore Finger | L. Middle Finger | L. Ring Finger | L. Little Finger |
|---|---|---|---|---|
| | | | | |

Subject's Signature

Date 08-16-2003

Taken By PTLM. Pettyjohn 989-42

Form # 35

DSB No. 00399071

Name Whetstone Michael Gordon
(Surname) (First) (Middle)

Class D/FELONY

Aliases

Crime ASSAULT 2nd

DOB 04-24-85 Color White Sex Male

RIGHT HAND

| Right Thumb | R. Fore Finger | R. Middle Finger | R. Ring Finger | R. Little Finger |
|---|---|---|---|---|
| | | | | |

Date 08-16-2003

Subject's Signature

Taken By PTLM. Pettyjohn 989-42

Form # 35

PALM PRINT



PALM PRINT



Adult Complaint and Warrant
In the Justice of the Peace Court
In and for the
State of Delaware

State of Delaware vs. **MICHAEL G. WHETSTONE**

I, PTLM PETTYJOHN (98942) of DEWEY BEACH PD, do hereby state under oath or affirmation, to the best of my knowledge, information and belief that the above-named accused violated the laws of the State of Delaware by committing criminal acts in **Sussex** county on or about the date, or dates, and at or about the location, or locations, as indicated in Exhibit A hereto attached and made a part hereof.

Wherefore, your affiant prays that the above-named accused may be forthwith approached and held to answer this complaint consisting of **5** charges, and to be further dealt with as the law directs.

X ______________________
Affiant

Sworn to and subscribed to before me this 16th day of August AD, 2003.

______________________
Judge/Master/Commissioner/Court Official

(To be completed by the Judge/Master/Commissioner/Court Official)

A. ________ The crime was committed by a child.
B. ________ A misdemeanor was committed against a child.
C. ________ A misdemeanor was committed by one family member against another family member.
D. ________ Other: Explain ______________________

Warrant

To any constable or other authorized person:

Whereas, the foregoing complaint consisting of **5** charges, having been made, as listed in Exhibit A which is attached hereto and incorporated herein, and having determined that said complaint has been properly sworn to and having found that there exists probable cause for the issuance of process, based upon the affidavit of probable cause which is attached hereto and incorporated herein as Exhibit B, you are hereby commanded in the name of the State of Delaware, to take **MICHAEL G. WHETSTONE** accused, and bring same before

**Justice of the Peace Court 03, FORTHWITH, to answer said charges.**

GIVEN UNDER MY HAND, this 16th day of August AD, 2003.

______________________
Judge/Master/Commissioner/Court Official

Executed on 08/16/2003 by PETTYJOHN
Case Number: **03 08 011415** Warrant Number: 89 03 000392

State of Delaware vs: **MICHAEL G. WHETSTONE** Case: **03 08 011415**

Exhibit A

Charge Sequence: 001 Police Complaint Number: 89 03 001870 Arrest Number: 082162
Charge: **Assault Second Degree Intentional Injury to a Law Enforcement Officer Fireman Correctional Officer Sheriff or Deputy Sheriff** In Violation of 11 Del.C. § 0612 00a3 F D
Location: BOTTLE AND CORK - Dewey Beach, 19971
TO WIT: MICHAEL G WHETSTONE, on or about the 15th day of AUGUST, 2003, in the County of SUSSEX, State of Delaware, did intentionally cause physical injury to PTLM PETTYJOHN, a law-enforcement-officer who was acting in the lawful performance of his duty by CLEANING UP THE DEFENDANTS VOMIT IN THE CELL.

Charge Sequence: 002 Police Complaint Number: 89 03 001870 Arrest Number: 082162
Charge: **Criminal Impersonation Impersonates Another to Obtain Benefit or Defraud** In Violation of 11 Del.C. § 0907 0001 M A
Location: BOTTLE AND CORK - Dewey Beach, 19971
TO WIT: MICHAEL G WHETSTONE, on or about the 15th day of AUGUST, 2003, in the County of SUSSEX, State of Delaware, did knowingly and unlawfully pretend to be AS BEING 21 YEARS OF AGE, with the intent to obtain-a-benefit-from another person.

Charge Sequence: 003 Police Complaint Number: 89 03 001870 Arrest Number: 082162
Charge: **Disorderly Conduct - Fighting or Violent Tumultuous or Threatening Behavior** In Violation of 11 Del.C. § 1301 001A M
Location: BOTTLE AND CORK - Dewey Beach, 19971
TO WIT: MICHAEL G WHETSTONE, on or about the 15th day of AUGUST, 2003, in the County of SUSSEX, State of Delaware, did intentionally create a risk of public alarm to other persons by engaging in violent behavior.

Charge Sequence: 004 Police Complaint Number: 89 03 001870 Arrest Number: 082162
Charge: **Urination or Defecation in Public** In Violation of 03 Dewey Beach Ordinance § 0769 0000 M B
Location: BOTTLE AND CORK - Dewey Beach, 19971
TO WIT: MICHAEL G WHETSTONE, on or about the 15th day of AUGUST, 2003, in the County of SUSSEX, State of Delaware, did urinate in public on the Bottle and Cork building.

Charge Sequence: 005 Police Complaint Number: 89 03 001870 Arrest Number: 082162
Charge: **Underage Possession/Consumption of Alcohol** In Violation of 04 Del.C. § 0904 000F M
Location: BOTTLE AND CORK - Dewey Beach, 19971

State of Delaware vs. **MICHAEL G. WHETSTONE**         Case: **03 08 011415**

TO WIT: MICHAEL G WHETSTONE, on or about the 15th day of AUGUST, 2003, in the County of SUSSEX, State of Delaware, did being under the legal drinking age of 21, possess and/or consume an alcoholic liquor.

State of Delaware vs. **MICHAEL G. WHETSTONE** Case: **03 08 011415**

Exhibit B

SBI Number: **00399071** Also Known As: **MICHAEL WHETSTONE**
Date of Birth/Age: **Apr 24, 1985 (18)** Sex: **Male** Race: **White**
Eye Color: **Brown** Hair Color: **Red/Auburn** Height: **6'0"** Weight: **186 lbs**
Driver's License: **DE - 1370357** Social Security Number: **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**
Address: **29 CLAMSHELL LA**
**FRANKFORD, DE 19945**

Phone: **(302) 537-5447**
Employer: **RRD LAWN AND LANDSCAPING**

Date and Times of Offense: **8/15/2003 at 2140**
Location of Offense: **BOTTLE AND CORK - Dewey Beach, 19971**

Your affiant PTLM PETTYJOHN can truly state that: I PTLM. PETTYJOHN A DULY SWORN PEACE OFFICER WITH THE DEWEY BEACH POLICE DEPARTMENT CAN TRULY STATE THAT ON THE EVENING OF AUGUST 15 2003 AT APPROXIMATELY 2149 HRS WRITER STOPPED A SUBJECT FOR URINATING ON THE SIDE OF THE BOTTLE AND CORK. WRITER AND A SECURITY OFFICER FOR THE BOTTLE AND CORK APPROACHED THE SUBJECT MICHAEL G WHETSTONE NOW REFERRED TO AS (D1). AS WRITER AND SECURITY OFFICER BEGAN TO SPEAK WITH D1 HE STATED THAT HE WAS WITH THE BAND THAT WAS PLAYING AT THE BOTTLE AND CORK THAT EVENING. WRITER THEN ASKED D1 FOR IDENTIFICATION AND D1 STATED THAT HE DIDNT HAVE HIS IDENTIFICATION WITH HIM. WRITER ASKED D1 FOR HIS NAME AND HIS BIRTH DATE AND D1 RESPONDED THAT HE WAS 21 YEARS OF AGE. AND AT THIS TIME WRITER COULD SMELL A LARGE AMOUNT OF ALCOHOL COMING FROM THE BREATH OF D1. AS WRITER BEGAN TO RADIO IN TO DISPATCH D1'S INFORMATION D1 STATED THAT HE WAS ONLY 18 YEARS OF AGE. WHEN D1 CAME BACK NEGATIVE FOR WARRANTS D1 IMMEDIATELY PLACED HIS HANDS BEHIND HIS BACK AND BEGAN TO STUMBLE BACK AND FORTH. AT THAT TIME WRITER THOUGHT IT WOULD BE BEST TO TRANSPORT D1 BACK TO THE POLICE DEPARTMENT AND CALL HIS PARENTS TO PICK HIM UP. UPON ARRIVAL TO THE POLICE DEPARTMENT WRITER PLACED D1 IN THE PROCESSING ROOM AND CALLED D1'S GRANDPARENTS TO PICK HIM UP FROM THE STATION. MR. WHETSTONE THE GRANDFATHER OF D1 STATED THAT HE WOULD BE DOWN TO PICK D1 UP AS SOON AS POSSIBLE. DURING THE PHONE CALL D1 HAD THROWN UP IN THE PROCESSING ROOM WHICH HE WAS HELD AND WRITER BEGAN TO HELP D1 CLEAN UP VOMIT. AS WRITER BEGAN TO HELP D1 WITH THE VOMIT, D1 STOOD UP AND SAID " FUCK YOU MOTHER FUCKER, YOU BETTER BACK THE FUCK UP OR I'M GONNA KILL YOU BITCH". D1 THEN BEGAN TO WALK TOWARDS WRITER AND WRITER STARTED TO PLACE HIS LEATHER GLOVES ON AND BEFORE HE COULD FINISH D1

Affiant

Sworn and subscribed before me this 16th day of August AD, 2003

Judge/Master/Commissioner/Court Official

JUSTICE ... STATE OF DELAWARE

State of Delaware vs. **MICHAEL G. WHETSTONE** Case: **03 08 011415**

THREW A PUNCH AT WRITER CONNECTING WITH THE RIGHT SIDE OF WRITERS UPPER LIP. WRITER THEN PULLED HIS OC SPRAY FROM HIS DUTY BELT AND SPRAYED A 1 SECOND BURST INTO D1'S FACE. D1 IMMEDIATELY BECAME COOPERATIVE AND WAS ESCORTED OUTSIDE BY FELLOW OFFICERS WHERE HE WAS SPRAYED OFF WITH WATER TO CLENSE HIS EYES BY PTLM. JENNEY. MEANWHILE, HIS GRANDFATHER ARRIVED TO THE POLICE STATION AND TALKED TO HIM TO CALM HIM DOWN. DURING THEIR TALK HE WAS CURSING ERRATICLY AND BANGED HIS HEAD ON THE FENCE SEVERAL TIMES. ONCE, THE CELL WAS CLEANED UP PTLM. JENNEY THEN PLACED HIM BACKED IN THE CELL.

Affiant: PTLM PETTYJOHN (98942) of DEWEY BEACH PD

| Victims: | Date of Birth | Relationship Victim to Defendant |
|---|---|---|
| PTLM PETTYJOHN | | Stranger |
| SOCIETY/PUBLIC | | Victimless Crime |

Affiant

Sworn and subscribed before me this 16th day of August AD, 2003

Judge/Master/Commissioner/Court Official

JUSTICE OF THE PEACE ... DELAWARE

IN THE COURT OF THE JUSTICES OF THE PEACE OF THE STATE OF DELAWARE IN AND FOR SUSSEX COUNTY

PAGE: 1

COURT NO. 3

BOND/ORDER TO APPEAR

2003 AUG 16 AM 5 26

TO: MICHAEL G WHETSTONE, Defendant, you are hereby COMMANDED to appear:

**DATE/TIME:** Thursday, August 21, 2003, AT 11:00 AM
**COURT:** SUSSEX COUNTY COURT OF COMMON PLEAS
**LOCATION:** 1 THE CIRCLE, Georgetown DE
**FLOOR/COURTROOM:**
**PHONE NUMBER:** (302)856-5591
**EVENT:** PRELIMINARY HEARING

Failure to appear on the scheduled date and time may result in a charge of Contempt of Court and a Bench Warrant may be issued for your arrest.

| CHARGE | CASE NO | ARREST NO | BAIL AMT | TYPE OF BAIL |
|---|---|---|---|---|
| 11:0612:00a3:F:D ASSAULT 2ND | 0308011415 001 | 082162 | 5,000.00 | UNSECURED WITH COS |
| 11:0907:0001:M:A CRIM IMPERSON | 0308011415 002 | 082162 | 500.00 | UNSECURED WITH COS |
| 11:1301:001A:M: DISORD.CONDUCT | 0308011415 003 | 082162 | 100.00 | UNSECURED WITH COS |

Defendant and Surety also understand the following: If either party fails to keep the Court advised of defendant's address, as required by Delaware statute, they waive any notice requirements pertaining to this release, to forfeiture of the security amount, to court appearances and/or other matters pertaining to the charge or proceedings of this release. The Court reserves the right, without prior notice to defendant or hearing, to summarily revoke the release based on this bond and to issue a warrant for your arrest, if the Court finds that you have not kept the peace or been of good behavior.

VIOLATIONS OF CONDITIONS:

Failure to comply with the above provisions will subject the defendant to a warrant being issued for your arrest, revocation of your release, forfeiture of any bail bond posted and prosecution for contempt of Court. Defendant shall also be subject to separate criminal offense, which provides a maximum penalty of imprisonment not to exceed 5 years and/or fine of $5,000.

I acknowledge that I have been advised of my rights to an attorney and that if I cannot afford an attorney, I am to contact the Public Defender's Office at 14 THE CIRCLE BEDFORD STREET ENTRANCE GEORGETOWN, DE 199470000 Telephone: (302) 856-5310 for an appointment to determine whether or not I qualify.

Failure to make an appointment with the Public Defender or make arrangements with a private lawyer to represent you before your next court appearance may mean you have waived your right to counsel. Such failure may also result in a change in your bail status.

**This bond is valid for present and all subsequent proceedings in any court having jurisdiction by transfer, appeal, or remand, until full and final determination of the case(s).**

The defendant and surety promise to perform the conditions set forth above, in which case this bond shall null and void, but otherwise this bond shall remain in full force and effect and payment herein promised shall be payable forthwith; and we confess judgement in the above sum and we submit to the jurisdiction of the Court and irrevocably appoint any clerk of any Court of record as our agent upon whom any paper affecting our liability may be served, and our liability may be enforced on motion, without necessity of independant action, without further notice; and we release and quitclaim any errors in the judgement or entry thereof and waive all exemption laws of the State of Delaware. I hereby acknowledge that I understand the conditions and obligations of this bond and the penalties and forfeiture which may follow for non-compliance.

**Surety/Cosigner:** CANDICE A. CASEY
**Address & Phone:** 1404 N GRANT AVE
WILMINGTON, DE 19806 302-658-7929 CELL-302-420-9541

[signature]

Justice of the Peace WALTER J GODWIN 08/16/2003 Date

JUSTICE OF THE PEACE COURT STATE OF DELAWARE

POLICE/COMPLAINANTS
**This is your subpoena for trial**
89 - PTLM PETTYJOHN 98942
89 - PETTYJOHN 98942
PTLM PETTYJOHN
PAR

[signature]

Defendant: MICHAEL G WHETSTONE
Address: 29 CLAMSHELL LA
FRANKFORD DE 19945
Phone: (302) 537-5447

IN THE COURT OF THE JUSTICES OF THE PEACE OF THE STATE OF DELAWARE IN AND FOR SUSSEX COUNTY

PAGE: 2

COURT NO. 3

BOND/ORDER TO APPEAR

TO: MICHAEL G WHETSTONE, Defendant, you are hereby COMMANDED to appear:

| | |
|---|---|
| **DATE/TIME:** | **Thursday, August 21, 2003, AT 11:00 AM** |
| **COURT:** | **SUSSEX COUNTY COURT OF COMMON PLEAS** |
| **LOCATION:** | **1 THE CIRCLE, Georgetown DE** |
| **FLOOR/COURTROOM:** | |
| **PHONE NUMBER:** | **(302)856-5591** |
| **EVENT:** | **PRELIMINARY HEARING** |

Failure to appear on the scheduled date and time may result in a charge of Contempt of Court and a Bench Warrant may be issued for your arrest.

| CHARGE | CASE NO | ARREST NO | BAIL AMT | TYPE OF BAIL |
|---|---|---|---|---|
| 03:0769:0000:M:B PUBLIC URINATN | 0308011415 004 | 082162 | 100.00 | UNSECURED WITH COS |
| 04:0904:000F:M: POSS/CNSUM ALCO | 0308011415 005 | 082162 | 100.00 | UNSECURED WITH COS |

Defendant and Surety also understand the following: If either party fails to keep the Court advised of defendant's address, as required by Delaware statute, they waive any notice requirements pertaining to this release, to forfeiture of the security amount, to court appearances and/or other matters pertaining to the charge or proceedings of this release. The Court reserves the right, without prior notice to defendant or hearing, to summarily revoke the release based on this bond and to issue a warrant for your arrest, if the Court finds that you have not kept the peace or been of good behavior.

VIOLATIONS OF CONDITIONS:

Failure to comply with the above provisions will subject the defendant to a warrant being issued for your arrest, revocation of your release, forfeiture of any bail bond posted and prosecution for contempt of Court. Defendant shall also be subject to separate criminal offense, which provides a maximum penalty of imprisonment not to exceed 5 years and/or fine of $5,000.

I acknowledge that I have been advised of my rights to an attorney and that if I cannot afford an attorney, I am to contact the Public Defender's Office at 14 THE CIRCLE BEDFORD STREET ENTRANCE GEORGETOWN, DE 199470000 Telephone: (302) 856-5310 for an appointment to determine whether or not I qualify.

Failure to make an appointment with the Public Defender or make arrangements with a private lawyer to represent you before your next court appearance may mean you have waived your right to counsel. Such failure may also result in a change in your bail status.

**This bond is valid for present and all subsequent proceedings in any court having jurisdiction by transfer, appeal, or remand, until full and final determination of the case(s).**

The defendant and surety promise to perform the conditions set forth above, in which case this bond shall null and void, but otherwise this bond shall remain in full force and effect and payment herein promised shall be payable forthwith; and we confess judgement in the above sum and we submit to the jurisdiction of the Court and irrevocably appoint any clerk of any Court of record as our agent upon whom any paper affecting our liability may be served, and our liability may be enforced on motion without necessity of independant action, without further notice; and we release and quitclaim any errors in the judgement and charges and waive all exemption laws of the State of Delaware. I hereby acknowledge that I understand the conditions and obligations of this bond and the penalties and forfeiture which may follow for non-compliance.

**Surety/Cosigner: CANDICE A. CASEY**
**Address & Phone: 1404 N GRANT AVE**
**WILMINGTON, DE 19806 302-658-7929 CELL-302-420-9541**

Candice A Casey

Justice of the Peace WALTER J GODWIN 08/15/2003 Date

JUSTICE OF THE PEACE COURT STATE OF DELAWARE

**POLICE/COMPLAINANTS**
**This is your subpoena for trial**
**89 - PTLM PETTYJOHN 98942**
**89 - PETTYJOHN 98942**

Michael Whetstone

**Defendant: MICHAEL G WHETSTONE**
**Address: 29 CLAMSHELL LA**
**FRANKFORD DE 19945**
**Phone: (302) 537-5447**

**PAR**