**EXHIBIT J**

```
                  COURT OF COMMON PLEAS CRIMINAL DOCKET          Page    1
                           ( as of  02/27/2006 )

State of Delaware v.  MICHAEL G WHETSTONE                    DOB: 04/24/1985
State's Atty: , Esq.                         AKA: MICHAEL WHETSTONE
Defense Atty: JOHN M SANDY , Esq.                 MICHAEL WHETSTONE



Assigned Judge:

Charges:
 Count       DUC#         Crim.Action#     Description          Dispo.    Dispo. Date
 ---------------------------------------------------------------------------------------
  001     0308011415      MS03080846CR     ASSAULT 3RD          NOLP      11/03/2003
  002     0308011415      MS03080539       CRIM IMPERSON        NOLP      11/03/2003
  003     0308011415      MS03080540       DISORD.CONDUCT       NC        11/03/2003
  004     0308011415      MS03080541       PUBLIC URINATN       NOLP      11/03/2003
  005     0308011415      MS03080542       POSS/CNSUM ALCO      NOLP      11/03/2003

         Event
 No.     Date             Event                                  Judge
 ---------------------------------------------------------------------------------------
         08/18/2003
           CASE FILED ON 08/18/2003; ARREST DATE 08/16/2003
           PRELIMINARY HEARING SCHEDULED FOR 08/21/2003
           UNSECURED BAIL W/COSIGNOR             5,800.00
         08/21/2003                                     MAYBEE JOSEPH WHITMORE
           AT PRELIMINARY HEARING CASE REDUCED TO MISDEMEANOR;
           DEFENDANT PLED NOT GUILTY AND REQUESTED TRIAL BY COURT
           DAG- PEGGY MARSHALL          ATTY- JOHN SANDY
         08/21/2003
           NON JURY TRIAL SCHEDULED FOR 09/30/2003 AT 08:30 AM
         08/27/2003
           INFORMATION FILED FOR ASSAULT IN THE THIRD DEGREE;
           CRIMINAL IMPERSONATION; DISORDERLY CONDUCT; URINATION
           IN PUBLIC; UNDERAGE CONSUMPTION OF ALCOHOL
         08/28/2003
           ENTRY OF APPEARANCE, REQUEST FOR BRADY MATERIAL,
           AND REQUEST FOR DISCOVERY FILED BY JOHN SANDY,ESQ.
           TOGETHER WITH CERT/SVC SHOWING COPIES DELIVERED TO
           DEPT OF JUSTICE.
         09/03/2003
           NON JURY TRIAL CONTINUED ATTORNEY'S REQUEST
           (COUNSEL HAS CONFLICT IN SCHEDULE) STATE DOES NOT OPPOSE
         09/03/2003
           CASE CONTINUED TO 11/03/2003 AT 08:30 AM
         10/30/2003
           CERT. OF SER. RE STATES DISCOVERY RESPONSE,
           COPY TO MR. SANDY FILED BY MARIE SMITH, SEC.
         11/03/2003
           FINES PAID IN FULL
```

COURT OF COMMON PLEAS CRIMINAL DOCKET                    Page    2
( as of   02/27/2006 )

State of Delaware v.  MICHAEL G WHETSTONE                      DOB: 04/24/1985
State's Atty: , Esq.                    AKA: MICHAEL WHETSTONE
Defense Atty: JOHN M SANDY , Esq.            MICHAEL WHETSTONE

```
       Event
No.    Date         Event                              Judge
------------------------------------------------------------------------
       11/03/2003                                      CLARK KENNETH S. JR.
         DEFENDANT PLED NOLO CONTENDRE AS TO 03-08-0540
         DISORDERLY CONDUCT
         NOLLE PROSSED AS TO 03-08-0846/0539/0541/0542
         ASSAULT THIRD DEGREE
         CRIMINAL IMPERSONATION
         URINATION IN PUBLIC
         UNDERAGE CONSUMPTION OF ALCOHOL
       11/03/2003                                      CLARK KENNETH S. JR.
         SENTENCE AS TO 03-08-0540
         DISORDERLY CONDUCT
         1. PAY COSTS PLUS $1.00 VIDEOPHONE ASSESSMENT
         2. PAY FINE OF $100.00 PLUS 18% VCF
         DAG/BUCKLIN - DEFATTY/SANDY - JUDGE/JUDGE/CLARK
```

*** END OF DOCKET LISTING AS OF  02/27/2006 ***
       PRINTED BY: CCPGWYA