THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT COURT OF DELAWARE

| | |
|---|---|
| THERESA CROTHER, | Civil Action No. 04-913 (KAJ) |
| GEORGE GREEN, | TRIAL BY JURY OF TWELVE DEMANDED |
| GREGORY PARISE, | |
| MICHAEL WHETSTONE, | |
| v. | |
| TOWN OF DEWEY BEACH, | |
| SAMUEL MACKERT, Acting Chief Dewey Beach Police Department | |
| PATROLMAN ZACHARY PETTYJOHN, Dewey Beach Police Department | |
| PATROLMAN JOHN WHEATLEY, Dewey Beach Police Department | |

## ORDER

And now this _____ day of _____, 2006, upon consideration of Defendants' Motion for Summary Judgment and the Defendants' Memorandum of Points and Authorities, it is hereby Ordered that Defendants' Motion for Summary Judgment is Granted.

_____
J.

\15_A\LIAB\ESTHOMPSON\LLPG\337110\ESTHOMPSON\13061\00368