**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

A PROFESSIONAL CORPORATION   www.marshalldennehey.com

A REGIONAL DEFENSE LITIGATION LAW FIRM

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

OHIO
Akron

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888
(302) 552-4300 · Fax (302) 651-7905

Direct Dial: 302-552-4302
Email: kjconnors@mdwcg.com



March 1, 2006

The Honorable Kent A. Jordan
United States District Court
844 King Street
Lock Box 10
Wilmington, DE 19801

    RE:    Crother, et al. v. Town of Dewey Beach, et al.
             C. A. No. 04-913 (KAJ)

Dear Judge Jordan:

Enclosed please find a courtesy copy of Defendants' Motion for Summary Judgment.

Respectfully yours,

/s/ Kevin J. Connors (I.D. No. 2135)

Kevin J. Connors
I.D. No. 2135

KJC:pll

cc:    James E. Liguori, Esquire (via electronic filing)

Enclosure