IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THERESA CROTHER, GEORGE )
GREEN, GREGORY PARISE, MICHAEL )
WHETSTONE, )
  )
  )
Plaintiffs, )
  )
  )
v. ) Civil Action No. 04-913-KAJ
  )
  )
TOWN OF DEWEY BEACH, SAMUEL )
MACKERT, PATROLMAN ZACHARY )
PETTYJOHN and PATROLMAN JOHN )
WHEATLEY, )
  )
  )
Defendants. )

## SECOND AMENDED SCHEDULING ORDER

At Wilmington this 13th day of March, 2006,

IT IS HEREBY ORDERED that the Court's Scheduling Order dated November 8,

2004 (D.I. 15) and First Amended Scheduling Order dated September 28, 2005 (D.I.

40), are amended as follows:

1.    Discovery

    a.    Discovery Cut Off.  All discovery in this case shall be initiated so

that it will be completed on or before April 30, 2006.  The Court encourages the parties

to serve and respond to contention interrogatories early in the case.  Unless otherwise

ordered by the Court, the limitations on discovery set forth in Local Rule 26.1 shall be

strictly observed.

    b.    Disclosure of Expert Testimony.  Unless otherwise agreed to by the

parties, they shall file their initial Federal Rule of Civil Procedure 26(a)(2) disclosures of

expert testimony on or before ninety days before the date of the completion of

discovery; and they shall file a supplemental disclosure to contradict or rebut evidence on the same subject matter identified by another party sixty days before the date for the completion of discovery.  To the extent any objection to expert testimony is made pursuant to the principles announced in Daubert v. Merrell Dow Pharm., Inc., 509 U.S. 579 (1993), it shall be made by motion no later than the deadline for dispositive motions set forth herein, unless otherwise ordered by the Court.

     2.     Case Dispositive Motions.  All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before May 30, 2006.  Briefing will be presented pursuant to the Court's Local Rules.

All other deadlines as set forth in the Court's November 8, 2004 Scheduling Order (D.I. 15) and September 25, 2005 First Amended Scheduling Order shall remain in effect.

_____
UNITED STATES DISTRICT JUDGE

2