IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERESA CROTHER, GEORGE GREEN, | : | C.A.NO. 04-913(KAJ) |
| GREGORY PARISE, MICHAEL WHETSTONE | : | |
| | : | TRIAL BY JURY OF |
| Plaintiffs, | : | TWELVE DEMANDED |
| | : | |
| v. | : | |
| | : | |
| TOWN OF DEWEY BEACH, | : | |
| SAMUEL MACKERT, ACTING CHIEF | : | |
| DEWEY BEACH POLICE DEPARTMENT, | : | |
| ZACHARY PETTYJOHN and | : | |
| PATROLMAN JOHN WHEATLEY, | : | |
| | : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have caused copies of the foregoing Answer to Defendant's First Set of Interrogatories Directed to Plaintiff Greg Parise to be served upon:

> Kevin J. Connors, Esquire
> Marshall, Dennehey, Warner, Coleman & Goggin
> 1220 North Market Street, 5th Floor
> P.O. Box 130
> Wilmington, DE 19899-0130

Via U.S. First Class Mail on this 27th day of March, 2006.

> **LIGUORI, MORRIS & YIENGST**
>
> **/s/ James E. Liguori**
> **JAMES E. LIGUORI, ESQUIRE**
> 46 The Green
> Dover, DE 19901
> (302) 678-9900
> Bar ID 415
> jel_lmy@msn.com
> Attorney for Plaintiff