A REGIONAL DEFENSE LITIGATION LAW FIRM

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A PROFESSIONAL CORPORATION   www.marshalldennehey.com

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

FLORIDA
Fort Lauderdale
Jacksonville
Orlando
Tampa

OHIO
Akron

**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: (302) 552 4302**
**Email: kjconnors@mdwcg.com**



May 12, 2006

The Honorable Kent A. Jordan
U.S. District Court
Lock Box 10
844 N. King Street, Room 4209
Wilmington, DE  19801

      RE:    Crother v. Dewey Beach
               Our File No.:  13061-00368
               C.A. # 04-913

Dear Judge Jordan:

      The undersigned attorney represents defendants, Town of Dewey Beach, Samuel Mackert, Chief of Police, and Officers Zachary Pettyjohn and John Wheatley.  The four (4) plaintiffs are represented by James E. Liguori, Esquire.  The parties have been attempting to complete paper discovery and depositions in this matter, but their respective schedules have genuinely prevented counsel for the parties accomplishing what they had hoped to accomplish within the timeframe set by the Court.  Your Honor extended the discovery deadline and dispositive motion deadlines by one (1) month to April 30, 2006 and May 30, 2006, respectively, at counsel's joint request, but despite counsels' intentions and efforts, discovery has not yet been concluded.  The specific reasons for the inability of counsel to complete discovery are the involvement of plaintiff's counsel, Mr. Liguori, in a high profile sexual discrimination case which is fast approaching trial and which has consumed Mr. Liguori's time to a significant and almost all-encompassing degree.  The undersigned defense counsel is involved in the burgeoning benzene litigation in Superior Court in twenty-two (22) benzene cases and it has simply not been possible for counsel to complete discovery in this case.  Compounding the inability of counsel to complete discovery is the fact that this case, although filed as one civil action, actually involves four (4) plaintiffs and three (3) separate incidents, all the plaintiffs are located out-of-state, the schedules of the police officers involved and one officer's involvement in attending police academy for the Maryland State Police.

      The current trial date in this case is November 20, 2006.  At this time, for the above referenced reasons, counsel for the parties jointly and respectfully request entry of a new Case Scheduling Order, which would include a new trial date.  The  undersigned counsel would take the laboring oar, if Your Honor so permits to

The Honorable Kent A. Jordan
May 11, 2006
Page 2

---

draft a proposed Amended Case Scheduling Order and submit it immediately for Your Honor's consideration. The parties and their counsel thank Your Honor for consideration of this request.

    Very truly yours,

    */s/ Kevin J. Connors*

    KEVIN J. CONNORS

KJC/vll

cc:    Clerk of The Court
       James E. Liguori, Esquire

\15_A\LIAB\KJCONNORS\LLPG\352097\VLLUCAS\13061\00368