**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: (302) 552 4302**
**Email: kjconnors@mdwcg.com**

July 11, 2006

The Honorable Kent A. Jordan
U.S. District Court
Lock Box 10
844 N. King Street, Room 4209
Wilmington, DE  19801

      RE:    Crother v. Dewey Beach
              Our File No.:  13061-00368
              C.A. # 04-913

Dear Judge Jordan:

      The undersigned attorney represents defendants and plaintiffs are represented by James E. Liguori, Esquire.  Previously, counsel wrote to Your Honor requesting an amendment to the Scheduling Order because defense counsel's commitments in the benzene litigation in Superior Court and Mr. Liguori's extensive trial commitments had made it extremely difficult for the parties to conclude their discovery in accordance with the existing Scheduling Order.  In response to counsel's correspondence to Your Honor, Your Honor's Chambers advised counsel to submit a proposed amended Case Scheduling Order for Your Honor's consideration.

      Accordingly, counsel for the parties submit the enclosed proposed Third Amendment Scheduling Order for Your Honor's review.  Counsel are available at Your Honor's convenience concerning this matter.  The parties thank Your Honor for consideration of this matter.

                              Very truly yours,

                              */s/ Kevin J. Connors*

                              Kevin J. Connors

KJC/vll

cc:     James E. Liguori, Esquire – w/enclosure

\15_A\LIAB\KJCONNORS\CORR\362044\VLLUCAS\13061\00368