IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERESA CROTHER, GEORGE GREEN, GREGORY PARISE, MICHAEL WHETSTONE,<br><br>    Plaintiffs,<br><br>v.<br><br>TOWN OF DEWEY BEACH, SAMUEL MACKERT, PATROLMAN ZACHARY PETTYJOHN and PATROLMAN JOHN WHEATLEY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-913-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

At Wilmington this 14th day of July, 2006,

IT IS ORDERED that a scheduling teleconference has been scheduled for **July 21, 2006 at 10:30 a.m.** with the undersigned. **Defendants' counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.

                                                _/s/_____
                                                UNITED STATES DISTRICT JUDGE