IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERESA CROTHER, GEORGE GREEN, GREGORY PARISE, MICHAEL WHETSTONE,<br><br>    Plaintiffs,<br><br>v.<br><br>TOWN OF DEWEY BEACH, SAMUEL MACKERT, PATROLMAN ZACHARY PETTYJOHN and PATROLMAN JOHN WHEATLEY,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 04-913-KAJ

## ORDER

At Wilmington this 21st day of July, 2006,

IT IS HEREBY ORDERED that defendants' motion for summary judgment (D.I. 41) is DENIED without prejudice for leave to refile the motion at a later date.

            _____
            UNITED STATES DISTRICT JUDGE