**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4302**
**Email: kjconnors@mdwcg.com**

July 27, 2006

The Honorable Kent A. Jordan
U.S. District Court
Lock Box 10
844 N. King Street, Room 4209
Wilmington, DE  19801

      RE:    Crother v. Dewey Beach
             Our File No.:  13061-00368
             C.A. # 04-913

Dear Judge Jordan:

    In conjunction with the Case Scheduling Conference held on July 21, 2006, I submit on behalf of all parties, for Your Honor's signature, the Third Amended Scheduling Order, which contains all deadlines set by Your Honor at the Case Scheduling Conference on July 21, 2006.

    The parties thank Your Honor for consideration of this matter.

                             Very truly yours,

                             */s/ Kevin J. Connors*

                             Kevin J. Connors

KJC/vll

Enclosure

cc:    James E. Liguori, Esquire (w/enclosure)