IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERESA CROTHER, GEORGE GREEN, GREGORY PARISE, MICHAEL WHETSTONE,<br><br>        Plaintiffs,<br><br>v.<br><br>TOWN OF DEWEY BEACH, SAMUEL MACKERT, PATROLMAN ZACHARY PETTYJOHN and PATROLMAN JOHN WHEATLEY,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-913-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

At Wilmington this 29th day of August, 2006,

IT IS HEREBY ORDERED that plaintiffs' motion to compel (D.I. 56) is DENIED without prejudice for failure to comply with paragraph 3(e) of the Court's scheduling order regarding discovery dispute procedures. Plaintiffs' counsel shall contact chambers to arrange a discovery teleconference.

*/s/ Kent A. Jordan*
UNITED STATES DISTRICT JUDGE