THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT COURT OF DELAWARE

| | |
|---|---|
| THERESA CROTHER, | : |
| GEORGE GREEN, | :Trial by Jury Demanded |
| GREGORY PARISE, | : |
| MICHAEL WHETSTONE. | : |
| | : |
| V. | : |
| | :   C.A. No. 04-913(KAJ) |
| TOWN OF DEWEY BEACH, | : |
| SAMUEL MACKERT, | : |
| Acting Chief | : |
| Dewey Beach Police Department | : |
| PATROLMAN ZACHARY PETTYJOHN, | : |
| Dewey Beach Police Department | : |
| PATROLMAN JOHN WHEATLEY, | : |
| Dewey Beach Police Department | : |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have caused two (2) true and correct copies of the foregoing ANSWERS OF DEFENDANT, TOWN OF DEWEY BEACH, TO PLAINTIFF'S FIRST SET OF INTERROGATORIES to be served via U.S. First Class Mail on this 13th day of September, 2006 upon:

James E. Liguori, Esquire
Liguori, Morris & Yiengst
46 The Green
Dover, DE 19901

           MARSHALL, DENNEHEY, WARNER,
           COLEMAN & GOGGIN

           BY: _____/S/ Kevin J. Connors_____
                KEVIN J. CONNORS, ESQ.
                DE Bar ID: 2135
                1220 North Market Street, 5th Fl.
                P.O. Box 8888
                Wilmington, DE 19899-8888
                Attorney for Defendant, Town of Dewey Beach

DATE: September 13, 2006