THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT COURT OF DELAWARE

| | |
|---|---|
| THERESA CROTHER, | : |
| GEORGE GREEN, | : TRIAL BY JURY |
| GREGORY PARISE, | : DEMANDED |
| MICHAEL WHETSTONE | : |
| | : |
| V. | : |
| | : C.A. No. 04-913(KAJ) |
| TOWN OF DEWEY BEACH, | : |
| SAMUEL MACKERT, | : |
| Acting Chief | : |
| Dewey Beach Police Department | : |
| PATROLMAN ZACHARY PETTYJOHN, | : |
| Dewey Beach Police Department | : |
| PATROLMAN JOHN WHEATLEY, | : |
| Dewey Beach Police Department | : |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have caused two (2) true and correct copies of the foregoing RESPONSE OF DEFENDANT, JOHN WHEATLEY, TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS to be served via U.S. First Class Mail on this 13th day of September 2006 upon:

James E. Liguori, Esquire
Liguori, Morris & Yiengst
46 The Green
Dover, DE 19901

                                          MARSHALL, DENNEHEY, WARNER,
                                          COLEMAN & GOGGIN

                                BY:    */S/ Kevin J. Connors*
                                          KEVIN J. CONNORS, ESQ.
                                          DE Bar ID: 2135
                                          1220 North Market Street, 5th Fl.
                                          P.O. Box 8888
                                          Wilmington, DE 19899-8888
                                          Attorney for Defendant, John Wheatley

Dated: September 13, 2006