# THE UNITED STATES DISTRTIC COURT FOR THE
# DISTRICT COURT OF DELAWARE

| | |
|---|---|
| THERESA CROTHER, | : |
| | : |
| GEORGE GREEN, | : |
| | : **Jury Trial Demanded** |
| GREGORY PARISE, | : |
| | : |
| MICHAEL WHETSTONE. | : |
| | : |
| V. | : |
| | : **C.A. No. 04-913(KAJ)** |
| TOWN OF DEWEY BEACH, | : |
| | : |
| SAMUEL MACKERT, | : |
| Acting Chief | : |
| Dewey Beach Police Department | : |
| | : |
| PATROLMAN ZACHARY PETTYJOHN, | : |
| Dewey Beach Police Department | : |
| | : |
| PATROLMAN JOHN WHEATLEY, | : |
| Dewey Beach Police Department | : |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned attorney will take the deposition of Samuel Mackert at the offices of Liguori, Morris & Yiengst, 46 The Green, Dover, Delaware 19901, on November 13, 2006 at 9:00 a.m.

LIGUORI, MORRIS & YIENGST

/s/ James E. Liguori
**JAMES E. LIGUORI, ESQUIRE**
46 The Green
Dover, DE  19901
(302) 678-9900
Attorney for Plaintiff

## THE UNITED STATES DISTRTIC COURT FOR THE
## DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| **THERESA CROTHER,** | : | |
| | : | |
| **GEORGE GREEN,** | : | |
| | : | **Jury Trial Demanded** |
| **GREGORY PARISE,** | : | |
| | : | |
| **MICHAEL WHETSTONE.** | : | |
| | : | |
| V. | : | |
| | : | C.A. No. 04-913(KAJ) |
| **TOWN OF DEWEY BEACH,** | : | |
| | : | |
| **SAMUEL MACKERT,** | : | |
| **Acting Chief** | : | |
| **Dewey Beach Police Department** | : | |
| | : | |
| **PATROLMAN ZACHARY PETTYJOHN,** | : | |
| **Dewey Beach Police Department** | : | |
| | : | |
| **PATROLMAN JOHN WHEATLEY,** | : | |
| **Dewey Beach Police Department** | : | |

### **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have caused copies of the foregoing Notice of Deposition to be served upon:

Kevin Connors, Esquire
Marshall Dennehey Warner
Coleman & Goggin
1120 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

Via U.S. First Class Mail on this 13th day of October, 2006.

LIGUORI, MORRIS & YIENGST

/s/ James E. Liguori
**JAMES E. LIGUORI, ESQUIRE**
46 The Green
Dover, DE 19901
(302) 678-9900
Attorney for Plaintiff