# THE UNITED STATES DISTRTIC COURT FOR THE
# DISTRICT COURT OF DELAWARE

| | |
|---|---|
| THERESA CROTHER, | : |
| GEORGE GREEN, | : |
| GREGORY PARISE, | : **Jury Trial Demanded** |
| MICHAEL WHETSTONE. | : |
| V. | : |
| | : C.A. No. 04-913(KAJ) |
| TOWN OF DEWEY BEACH, | : |
| SAMUEL MACKERT,<br>Acting Chief<br>Dewey Beach Police Department | : |
| PATROLMAN ZACHARY PETTYJOHN,<br>Dewey Beach Police Department | : |
| PATROLMAN JOHN WHEATLEY,<br>Dewey Beach Police Department | : |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned attorney will take the deposition of Patrolman Zachary Pettyjohn at the offices of Liguori, Morris & Yiengst, 46 The Green, Dover, Delaware 19901, on November 13, 2006 at 11:00 a.m.

LIGUORI, MORRIS & YIENGST

/s/ James E. Liguori
JAMES E. LIGUORI, ESQUIRE
46 The Green
Dover, DE 19901
(302) 678-9900
Attorney for Plaintiff

THE UNITED STATES DISTRTIC COURT FOR THE
DISTRICT COURT OF DELAWARE

| | |
|---|---|
| THERESA CROTHER, : | |
| : | |
| GEORGE GREEN, : | |
| : | **Jury Trial Demanded** |
| GREGORY PARISE, : | |
| : | |
| MICHAEL WHETSTONE. : | |
| : | |
| V. : | |
| : | C.A. No. 04-913(KAJ) |
| TOWN OF DEWEY BEACH, : | |
| : | |
| SAMUEL MACKERT, : | |
| Acting Chief : | |
| Dewey Beach Police Department : | |
| : | |
| PATROLMAN ZACHARY PETTYJOHN, : | |
| Dewey Beach Police Department : | |
| : | |
| PATROLMAN JOHN WHEATLEY, : | |
| Dewey Beach Police Department : | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have caused copies of the foregoing Notice of Deposition to be served upon:

Kevin Connors, Esquire
Marshall Dennehey Warner
Coleman & Goggin
1120 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

Via U.S. First Class Mail on this 13th day of October, 2006.

LIGUORI, MORRIS & YIENGST

/s/ James E. Liguori
**JAMES E. LIGUORI, ESQUIRE**
46 The Green
Dover, DE 19901
(302) 678-9900
Attorney for Plaintiff