THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| THERESA CROTHER, | : | Civil Action No. 04-913(KAJ) |
| | : | |
| GEORGE GREEN, | : | TRIAL BY JURY OF |
| | : | TWELVE DEMANDED |
| GREGORY PARISE, | : | |
| | : | |
| MICHAEL WHETSTONE, | : | |
|     Plaintiffs | : | |
| v. | : | |
| TOWN OF DEWEY BEACH, | : | |
| | : | |
| SAMUEL MACKERT, | : | |
| Acting Chief | : | |
| Dewey Beach Police Department | : | |
| | : | |
| PATROLMAN ZACHARY PETTYJOHN, | : | |
| Dewey Beach Police Department | : | |
|     Defendants | : | |

### NOTICE OF DEPOSITION OF PLAINTIFF

To:   Gregory A. Morris, Esquire
      Liguori, Morris & Yiengst
      46 The Green
      Dover, DE 19901
      Attorney for Plaintiffs

PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of

**THERESA CROTHER** on November 14, 2006 beginning at 11:00 a.m., in the office of

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, 1220 North Market Street,

5th Floor, Wilmington, Delaware.

                    MARSHALL, DENNEHEY, WARNER,
                        COLEMAN & GOGGIN

                    BY: /s/ Kevin J. Connors
                        KEVIN J. CONNORS, ESQUIRE
                        1220 North Market St., 5th Floor
                        P.O. Box 8888
                        Wilmington, DE 19899-8888
                        Attorney for Defendants

DATED: October 25, 2006

THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT COURT OF DELAWARE

| | |
|---|---|
| THERESA CROTHER, | : |
| GEORGE GREEN, | : Trial By Jury |
| GREGORY PARISE, | : Demanded |
| MICHAEL WHETSTONE. | : |
|     Plaintiffs | : |
| V. | : |
| | :C.A. No. 04-913(KAJ) |
| TOWN OF DEWEY BEACH, | : |
| SAMUEL MACKERT, | : |
| Acting Chief | : |
| Dewey Beach Police Department | : |
| PATROLMAN ZACHARY PETTYJOHN, | : |
| Dewey Beach Police Department | : |
| PATROLMAN JOHN WHEATLEY, | : |
| Dewey Beach Police Department | : |
|     Defendants | : |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have caused the NOTICE OF DEPOSITION of Plaintiff, **THERESA CROTHER** to be served via Lexis Nexius E-file on this 25th day of October 2006 upon:

Gregory A. Morris, Esquire
Liguori, Morris & Yiengst
46 The Green
Dover, DE 19901

                                            MARSHALL, DENNEHEY, WARNER,
                                            COLEMAN & GOGGIN

                              BY: _/S/ Kevin J. Connors_
                                            KEVIN J. CONNORS, ESQ.
                                            DE Bar ID: 2135
                                            **1220 North Market Street, 5th Fl.**
                                            **P.O. Box 8888**
                                            **Wilmington, DE 19899-8888**
                                            Attorney for Defendants

Dated: October 25, 2006
\15_A\LIAB\KJCONNORS\LLPG\385945\VLLUCAS\13061\00368