THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| THERESA CROTHER, | : | Civil Action No. 04-913(KAJ) |
| | : | |
| GEORGE GREEN, | : | TRIAL BY JURY OF |
| | : | TWELVE DEMANDED |
| GREGORY PARISE, | : | |
| | : | |
| MICHAEL WHETSTONE, | : | |
|     Plaintiffs | : | |
| v. | : | |
| TOWN OF DEWEY BEACH, | : | |
| | : | |
| SAMUEL MACKERT, | : | |
| Acting Chief | : | |
| Dewey Beach Police Department | : | |
| | : | |
| PATROLMAN ZACHARY PETTYJOHN, | : | |
| Dewey Beach Police Department | : | |
|     Defendants | : | |

## NOTICE OF DEPOSITION OF PLAINTIFF

To: Gregory A. Morris, Esquire
Liguori, Morris & Yiengst
46 The Green
Dover, DE 19901
Attorney for Plaintiffs

PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of

**GREGORY PARISE** on November 14, 2006 beginning at 1:00 p.m, in the office of

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, 1220 North Market Street,

5th Floor, Wilmington, Delaware.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: /s/ *Kevin J. Connors*
KEVIN J. CONNORS, ESQUIRE
1220 North Market St., 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendants

DATED: October 25, 2006
\15_A\LIAB\KJCONNORS\LLPG\385948\VLLUCAS\13061\00368

THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT COURT OF DELAWARE

| | |
|---|---|
| **THERESA CROTHER,** | : |
| **GEORGE GREEN,** | : Trial By Jury |
| **GREGORY PARISE,** | : Demanded |
| **MICHAEL WHETSTONE.** | : |
|     **Plaintiffs** | : |
|     V. | : |
| | :C.A. No. 04-913(KAJ) |
| **TOWN OF DEWEY BEACH,** | : |
| **SAMUEL MACKERT,** | : |
| Acting Chief | : |
| Dewey Beach Police Department | : |
| **PATROLMAN ZACHARY PETTYJOHN,** | : |
| Dewey Beach Police Department | : |
| **PATROLMAN JOHN WHEATLEY,** | : |
| Dewey Beach Police Department | : |
|     **Defendants** | : |

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have caused the NOTICE OF DEPOSITION of Plaintiff, **GREGORY PARISE** to be served via Lexis Nexius E-file on this 25th day of October 2006 upon:

Gregory A. Morris, Esquire
Liguori, Morris & Yiengst
46 The Green
Dover, DE 19901

                                      MARSHALL, DENNEHEY, WARNER,
                                      COLEMAN & GOGGIN

                            BY:   */S/ Kevin J. Connors*
                                      KEVIN J. CONNORS, ESQ.
                                      DE Bar ID: 2135
                                      1220 North Market Street, 5th Fl.
                                      P.O. Box 8888
                                      Wilmington, DE 19899-8888
                                      Attorney for Defendants

Dated: October 25, 2006