THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT COURT OF DELAWARE

| | |
|---|---|
| THERESA CROTHER, | Civil Action No. 04-913(KAJ) |
| GEORGE GREEN, | TRIAL BY JURY OF TWELVE DEMANDED |
| GREGORY PARISE, | |
| MICHAEL WHETSTONE,<br>   Plaintiffs<br>v.<br>TOWN OF DEWEY BEACH, | |
| SAMUEL MACKERT,<br>Acting Chief<br>Dewey Beach Police Department | |
| PATROLMAN ZACHARY PETTYJOHN,<br>Dewey Beach Police Department<br>   Defendants | |

## NOTICE OF DEPOSITION OF PLAINTIFF

To:   Gregory A. Morris, Esquire
      Liguori, Morris & Yiengst
      46 The Green
      Dover, DE 19901
      Attorney for Plaintiffs

PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of

**GEORGE GREEN** on November 14, 2006 beginning at 12:00 Noon., in the office of

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, 1220 North Market Street,

5th Floor, Wilmington, Delaware.

                              MARSHALL, DENNEHEY, WARNER,
                                  COLEMAN & GOGGIN

                              BY: /s/ *Kevin J. Connors*
                                  KEVIN J. CONNORS, ESQUIRE
                                  1220 North Market St., 5th Floor
                                  P.O. Box 8888
                                  Wilmington, DE  19899-8888
                                  Attorney for Defendants

DATED: October 25, 2006

THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT COURT OF DELAWARE

| | |
|---|---|
| THERESA CROTHER, | : |
| GEORGE GREEN, | : Trial By Jury |
| GREGORY PARISE, | : Demanded |
| MICHAEL WHETSTONE. | : |
|     Plaintiffs | : |
| V. | : |
| | :C.A. No. 04-913(KAJ) |
| TOWN OF DEWEY BEACH, | : |
| SAMUEL MACKERT, | : |
| Acting Chief | : |
| Dewey Beach Police Department | : |
| PATROLMAN ZACHARY PETTYJOHN, | : |
| Dewey Beach Police Department | : |
| PATROLMAN JOHN WHEATLEY, | : |
| Dewey Beach Police Department | : |
|     Defendants | : |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have caused the NOTICE OF DEPOSITION of Plaintiff, **GEORGE GREEN** to be served via Lexis Nexius E-file on this 25th day of October 2006 upon:

Gregory A. Morris, Esquire
Liguori, Morris & Yiengst
46 The Green
Dover, DE 19901

                MARSHALL, DENNEHEY, WARNER,
                COLEMAN & GOGGIN

        BY:   */S/ Kevin J. Connors*
                KEVIN J. CONNORS, ESQ.
                DE Bar ID: 2135
                1220 North Market Street, 5th Fl.
                P.O. Box 8888
                Wilmington, DE 19899-8888
                Attorney for Defendants

Dated: October 25, 2006