THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| THERESA CROTHER, | : | Civil Action No. 04-913(KAJ) |
| | : | |
| GEORGE GREEN, | : | TRIAL BY JURY OF |
| | : | TWELVE DEMANDED |
| GREGORY PARISE, | : | |
| | : | |
| MICHAEL WHETSTONE, | : | |
|     Plaintiffs | : | |
|   v. | : | |
| TOWN OF DEWEY BEACH, | : | |
| | : | |
| SAMUEL MACKERT, | : | |
| Acting Chief | : | |
| Dewey Beach Police Department | : | |
| | : | |
| PATROLMAN ZACHARY PETTYJOHN, | : | |
| Dewey Beach Police Department | : | |
|     Defendants | : | |

### NOTICE OF DEPOSITION OF PLAINTIFF

To:   Gregory A. Morris, Esquire
       Liguori, Morris & Yiengst
       46 The Green
       Dover, DE 19901
       Attorney for Plaintiffs

PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of **MICHAEL WHETSTONE** on November 14, 2006 beginning at 10:00 a.m., in the office of MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, 1220 North Market Street, 5th Floor, Wilmington, Delaware.

                                    MARSHALL, DENNEHEY, WARNER,
                                       COLEMAN & GOGGIN

                              BY:/s/ *Kevin J. Connors*
                                  KEVIN J. CONNORS, ESQUIRE
                                  1220 North Market St., 5th Floor
                                  P.O. Box 8888
                                  Wilmington, DE  19899-8888
                                  Attorney for Defendants

DATED: October 25, 2006

THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT COURT OF DELAWARE

| | |
|---|---|
| THERESA CROTHER,            : | |
| GEORGE GREEN,               : | Trial By Jury |
| GREGORY PARISE,             : | Demanded |
| MICHAEL WHETSTONE.          : | |
|         Plaintiffs          : | |
|         V.                  : | |
|                             : | C.A. No. 04-913(KAJ) |
| TOWN OF DEWEY BEACH,        : | |
| SAMUEL MACKERT,             : | |
| Acting Chief                : | |
| Dewey Beach Police Department : | |
| PATROLMAN ZACHARY PETTYJOHN, : | |
| Dewey Beach Police Department : | |
| PATROLMAN JOHN WHEATLEY,    : | |
| Dewey Beach Police Department : | |
|         Defendants          : | |

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have caused the NOTICE OF DEPOSITION of Plaintiff, **MICHAEL WHETSTONE** to be served via Lexis Nexius E-file on this 25th day of October 2006 upon:

Gregory A. Morris, Esquire
Liguori, Morris & Yiengst
46 The Green
Dover, DE 19901

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN

        BY: ___*/S/ Kevin J. Connors*___
             KEVIN J. CONNORS, ESQ.
             DE Bar ID: 2135
             1220 North Market Street, 5th Fl.
             P.O. Box 8888
             Wilmington, DE 19899-8888
             Attorney for Defendants

Dated: October 25, 2006