THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT COURT OF DELAWARE

| | |
|---|---|
| **THERESA CROTHER,** : | |
| **GEORGE GREEN,** : | Trial By Jury |
| **GREGORY PARISE,** : | Demanded |
| **MICHAEL WHETSTONE.** : | |
|     **Plaintiffs** : | |
| **V.** : | |
| : | C.A. No. 04-913(KAJ) |
| **TOWN OF DEWEY BEACH,** : | |
| **SAMUEL MACKERT,** : | |
| Acting Chief : | |
| Dewey Beach Police Department : | |
| **PATROLMAN ZACHARY PETTYJOHN,** : | |
| Dewey Beach Police Department : | |
| **PATROLMAN JOHN WHEATLEY,** : | |
| Dewey Beach Police Department : | |
|     **Defendants** : | |

## CORRECTED CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have caused the NOTICE OF DEPOSITION of Plaintiff, **MICHAEL WHETSTONE** to be served via E-file and serve on this 26th day of October 2006 upon:

Gregory A. Morris, Esquire
Liguori, Morris & Yiengst
46 The Green
Dover, DE 19901

                        MARSHALL, DENNEHEY, WARNER,
                        COLEMAN & GOGGIN

**BY:**   */S/ Kevin J. Connors*
                        **KEVIN J. CONNORS, ESQ.**
                        DE Bar ID: 2135
                        **1220 North Market Street, 5th Fl.**
                        **P.O. Box 8888**
                        **Wilmington, DE 19899-8888**
                        Attorney for Defendants

Dated: October 26, 2006