THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT COURT OF DELAWARE

| | |
|---|---|
| **THERESA CROTHER,** | : |
| **GEORGE GREEN,** | : Trial By Jury |
| **GREGORY PARISE,** | : Demanded |
| **MICHAEL WHETSTONE.** | : |
|     **Plaintiffs** | : |
|     V. | : |
| | :C.A. No. 04-913(KAJ) |
| **TOWN OF DEWEY BEACH,** | : |
| **SAMUEL MACKERT,** | : |
| Acting Chief | : |
| Dewey Beach Police Department | : |
| **PATROLMAN ZACHARY PETTYJOHN,** | : |
| Dewey Beach Police Department | : |
| **PATROLMAN JOHN WHEATLEY,** | : |
| Dewey Beach Police Department | : |
|     **Defendants** | : |

## CORRECTED CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have caused the NOTICE OF DEPOSITION of Plaintiff, **GEORGE GREEN** to be served via E-file and serve on this 26th day of October 2006 upon:

Gregory A. Morris, Esquire
Liguori, Morris & Yiengst
46 The Green
Dover, DE 19901

                                            MARSHALL, DENNEHEY, WARNER,
                                            COLEMAN & GOGGIN

**BY:**    */S/ Kevin J. Connors*
                  **KEVIN J. CONNORS, ESQ.**
                  DE Bar ID: 2135
                  **1220 North Market Street, 5th Fl.**
                  **P.O. Box 8888**
                  **Wilmington, DE 19899-8888**
                  Attorney for Defendants

Dated: October 26, 2006