IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERESA CROTHER, GEORGE GREEN, GREGORY PARISE, MICHAEL WHETSTONE | : : : | C.A.NO. 04-913(KAJ) |
| Plaintiffs, | : : : | TRIAL BY JURY OF TWELVE DEMANDED |
| v. | : : | |
| TOWN OF DEWEY BEACH, SAMUEL MACKERT, ACTING CHIEF DEWEY BEACH POLICE DEPARTMENT, ZACHARY PETTYJOHN and PATROLMAN JOHN WHEATLEY, | : : : : : : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, do hereby certify that I have caused copies of the foregoing Response to Defendant's Request for Production of Documents Directed to Plaintiff Theresa Crowther to be served upon:

        Kevin J. Connors, Esquire
        Marshall, Dennehey, Warner, Coleman & Goggin
        1220 North Market Street, 5th Floor
        P.O. Box 8888
        Wilmington, DE 19899-0130

Via U.S. First Class Mail on this 8th day of November, 2006.

        **LIGUORI, MORRIS & YIENGST**

        **/s/ James E. Liguori**
        **JAMES E. LIGUORI, ESQUIRE**
        46 The Green
        Dover, DE  19901
        (302) 678-9900
        Bar ID 415
        jel_lmy@msn.com
        Attorney for Plaintiff