IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERESA CROTHER, GEORGE GREEN, GREGORY PARISE, MICHAEL WHETSTONE | : : | C.A.NO. 04-913(KAJ) |
| | : : | TRIAL BY JURY OF TWELVE DEMANDED |
| Plaintiffs, | : : | |
| v. | : : | |
| TOWN OF DEWEY BEACH, SAMUEL MACKERT, ACTING CHIEF DEWEY BEACH POLICE DEPARTMENT, ZACHARY PETTYJOHN and PATROLMAN JOHN WHEATLEY, | : : : : : : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have caused copies of the foregoing Response to Defendant's Request for Production of Documents Directed to Plaintiff George Green to be served upon:

> Kevin J. Connors, Esquire
> Marshall, Dennehey, Warner, Coleman & Goggin
> 1220 North Market Street, 5th Floor
> P.O. Box 8888
> Wilmington, DE 19899-0130

Via U.S. First Class Mail on this 8th day of November, 2006.

**LIGUORI, MORRIS & YIENGST**

**/s/ James E. Liguori**
**JAMES E. LIGUORI, ESQUIRE**
46 The Green
Dover, DE 19901
(302) 678-9900
Bar ID 415
jel_lmy@msn.com
Attorney for Plaintiff