IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERESA CROTHER, GEORGE GREEN, GREGORY PARISE, MICHAEL WHETSTONE | : : | C.A.NO. 04-913(KAJ) |
| | : : | TRIAL BY JURY OF TWELVE DEMANDED |
| Plaintiffs, | : : | |
| v. | : : | |
| TOWN OF DEWEY BEACH, SAMUEL MACKERT, ACTING CHIEF DEWEY BEACH POLICE DEPARTMENT, ZACHARY PETTYJOHN and PATROLMAN JOHN WHEATLEY, | : : : : : : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have caused copies of the foregoing Response to Defendant's Request for Production of Documents Directed to Plaintiff Gregory Parise to be served upon:

    Kevin J. Connors, Esquire
    Marshall, Dennehey, Warner, Coleman & Goggin
    1220 North Market Street, 5th Floor
    P.O. Box 8888
    Wilmington, DE 19899-0130

Via U.S. First Class Mail on this 8th day of November, 2006.

    LIGUORI, MORRIS & YIENGST

    /s/ James E. Liguori
    **JAMES E. LIGUORI, ESQUIRE**
    46 The Green
    Dover, DE 19901
    (302) 678-9900
    Bar ID 415
    jel_lmy@msn.com
    Attorney for Plaintiff