THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT COURT OF DELAWARE

| | |
|---|---|
| THERESA CROTHER,<br>GEORGE GREEN,<br>GREGORY PARISE,<br>MICHAEL WHETSTONE<br><br>V.<br><br>TOWN OF DEWEY BEACH,<br>SAMUEL MACKERT,<br>Acting Chief<br>Dewey Beach Police Department<br>PATROLMAN ZACHARY PETTYJOHN,<br>Dewey Beach Police Department<br>PATROLMAN JOHN WHEATLEY,<br>Dewey Beach Police Department | :<br>:TRIAL BY JURY<br>: DEMANDED<br>:<br>:<br>:<br>:<br>: C.A. No. 04-913(KAJ)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have caused a true and correct copy of the foregoing ANSWERS OF DEFENDANT, ZACHARY PETTYJOHN, TO PLAINTIFF'S FIRST SET OF INTERROGATORIES to be served via fax on this 10th day of November 2006 upon:

James E. Liguori, Esquire
Liguori, Morris & Yiengst
46 The Green
Dover, DE 19901

                                                       MARSHALL, DENNEHEY, WARNER,
                                                       COLEMAN & GOGGIN
                                                       BY: _____
                                                       KEVIN J. CONNORS, ESQ.
                                                       DE Bar ID: 2135
                                                       1220 North Market Street, 5th Fl.
                                                       P.O. Box 8888
                                                       Wilmington, DE 19899-8888
                                                       Attorney for Defendant, Zachary Pettyjohn

Dated: November 10, 2006
\15_A\LIAB\KJCONNORS\LLPG\337829\VLLUCAS\13061\00368