THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT COURT OF DELAWARE

| | |
|---|---|
| THERESA CROTHER, : | |
| GEORGE GREEN, : | TRIAL BY JURY |
| GREGORY PARISE, : | DEMANDED |
| MICHAEL WHETSTONE : | |
| : | |
| V. : | |
| : | C.A. No. 04-913(KAJ) |
| TOWN OF DEWEY BEACH, : | |
| SAMUEL MACKERT, : | |
| Acting Chief : | |
| Dewey Beach Police Department : | |
| PATROLMAN ZACHARY PETTYJOHN, : | |
| Dewey Beach Police Department : | |
| PATROLMAN JOHN WHEATLEY, : | |
| Dewey Beach Police Department : | |

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have caused a true and correct copy of the foregoing RESPONSE OF DEFENDANT, ZACHARY PETTYJOHN, TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS to be served via fax on this 10th day of November, 2006 upon:

James E. Liguori, Esquire
Liguori, Morris & Yiengst
46 The Green
Dover, DE 19901

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: /s/ Kevin J. Connors
KEVIN J. CONNORS, ESQ.
DE Bar ID: 2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendant, Zachary Pettyjohn

Dated: November 10, 2006
\15_A\LIAB\KJCONNORS\LLPG\339542\VLLUCAS\13061\00368