THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| THERESA CROTHER, | : | |
| GEORGE GREEN, | : | TRIAL BY JURY OF TWELVE |
| GREGORY PARISE, | : | DEMANDED |
| MICHAEL WHETSTONE. | : | |
|     Plaintiffs | : | |
|     V. | : | |
| | : | C.A. No. 04-913(KAJ) |
| TOWN OF DEWEY BEACH, | : | |
| SAMUEL MACKERT, | : | |
| Acting Chief | : | |
| Dewey Beach Police Department | : | |
| PATROLMAN ZACHARY PETTYJOHN, | : | |
| Dewey Beach Police Department | : | |
| PATROLMAN JOHN WHEATLEY, | : | |
| Dewey Beach Police Department | : | |
|     Defendants | : | |

**STIPULATION CHANGING DUE DATE FOR FILING DISPOSITIVE AND <u>DAUBERT</u> MOTIONS**

It is hereby stipulated by the parties through their undersigned counsel, and subject to approval by the Court, that the deadline for filing Dispositive and <u>Daubert</u> Motions, if any, is hereby changed from Friday, December 22, 2006 to Monday, January 8, 2007. All other deadlines in the current Case Scheduling Order shall remain the same.

| | |
|---|---|
| LIGUORI, MORRIS & YIENGST | MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN |
| /s/ James E. Liguori | /s/ Kevin J. Connors |
| James E. Liguori, Esquire | Kevin J. Connors, Esq. |
| 46 The Green | 1220 North Market Street, 5th Fl. |
| Dover, DE 19901 | P.O. Box 8888 |
| Attorney for Plaintiffs | Wilmington, DE 19899-8888 |
| | Attorney for Defendants |

SO ORDERED, December 15, 2006:

_____
J.

\15_A\LIAB\KJCONNORS\LLPG\396586\VLLUCAS\13061\00368