IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERESA CROTHERS, GEORGE GREEN; GREGORY A. PARISE, MICHAEL WHETSTONE, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 04-913-*** |
| TOWN OF DEWEY BEACH, SAMUEL MACKERT, PATROLMAN ZACHARY PETTYJOHN and PATROLMAN JOHN WHEATLEY, | : : : : : | |
| Defendants. | : | |

## ORDER

At Wilmington, Delaware, this **9th** day of **February, 2007.**

The above-referenced matter having been reassigned to this Judge for handling through the pretrial conference,

IT IS ORDERED that a status teleconference with Judge Thynge has been scheduled for **Monday, March 5, 2007 at 10:30 a.m Eastern Time. Counsel for plaintiffs shall initiate the teleconference call.**

IT IS FURTHER ORDERED that counsel are to provide the Magistrate Judge with a joint status report on or before **Tuesday, February 27, 2007. The status report shall be electronically filed, with a courtesy copy provided to the Magistrate Judge.** The status report shall be limited to **two (2) pages, double spaced, 12 point font**, and shall include, but is not limited to, the following: the present status of the case, all outstanding motions, including D.I. numbers and the dates on which briefing was

completed, the status of discovery, as well as pertinent dates under the original scheduling order, and any subsequent scheduling orders, including prior pretrial and trial dates, whether the case is scheduled for mediation, and if so, whether the parties intend to proceed with mediation, and whether the parties have discussed settlement independent of any formal ADR.

No revision of prior scheduling orders will be considered by the Magistrate Judge until the joint status report has been filed.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE