## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

THERESA CROTHERS, GEORGE GREEN;
GREGORY A. PARISE, MICHAEL
WHETSTONE,

            Plaintiffs,

v.

TOWN OF DEWEY BEACH, SAMUEL
MACKERT, PATROLMAN ZACHARY
PETTYJOHN and PATROLMAN JOHN
WHEATLEY,

            Defendants.

Civil Action No. 04-913-***

## ORDER

At Wilmington, this **5th** day of **March, 2007.**

A teleconference was held on March 5, 2007 with counsel participating.

As a result of that teleconference,

IT IS ORDERED that:

1. Counsel are to confer and file a proposed revised scheduling order on or before **Friday, March 9, 2007**.

2. In addition, counsel are to confer regarding the proposed dates of March 27 or March 28, 2007 for continued mediation and advise the Magistrate Judge on or before **March 9, 2007** as to their availability and the availability of their clients on those dates.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE