IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERESA CROTHERS, GEORGE GREEN; GREGORY A. PARISE, MICHAEL WHETSTONE, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 04-913-*** |
| TOWN OF DEWEY BEACH, SAMUEL MACKERT, PATROLMAN ZACHARY PETTYJOHN and PATROLMAN JOHN WHEATLEY, | : : : : : | |
| Defendants. | : | |

## ORDER

At Wilmington, this **15th** day of **March, 2007.**

IT IS ORDERED that a continued mediation has been scheduled for **Monday, May 21, 2007 beginning at 10:30 a.m.**  Counsel may submit supplemental submissions of no more than **seven (7) pages, double-spaced, 12 pt. font**, which shall be due on or before **Friday, May 11, 2007.**  All other provisions of the Court's August 8, 2005 Order shall remain in full force and effect.

　　　　　　　　　　　　　　　　　　　　/s/ Mary Pat Thynge
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE