**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4302**
**Email: kjconnors@mdwcg.com**

March 9, 2007

Magistrate Mary Pat Thynge
U.S. District Court
844 N. King Street
Lock Box 8
Wilmington, DE 19801

    RE:    Crother v. Dewey Beach
            Our File No.: 13061-00368
            C.A. # 04-913

Dear Judge Thynge:

    Pursuant to Your Honor's instructions during the teleconference with counsel on March 5, 2007, I enclose a joint proposed Amended Scheduling Order for Your Honor's review.

    On behalf of all the parties, I thank Your Honor for consideration of this matter.

                            Very truly yours,
                            /s/ *Kevin J. Connors*

                            Kevin J. Connors

KJC/vll
Enclosure
cc:    Clerk of the Court – w/enclosure
        James E. Liguori, Esquire w/ enclosure via Fax: 302-678-3008

\15_A\LIAB\KJCONNORS\CORR\413849\VLLUCAS\13061\00368