IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERESA CROTHERS, GEORGE GREEN; GREGORY A. PARISE, MICHAEL WHETSTONE, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 04-913-*** |
| TOWN OF DEWEY BEACH, SAMUEL MACKERT, PATROLMAN ZACHARY PETTYJOHN and PATROLMAN JOHN WHEATLEY, | : : : : : | |
| Defendants. | : | |

## ORDER

At Wilmington, this **21st** day of **May, 2007.**

IT IS ORDERED that counsel are to keep the Magistrate Judge advised of continued negotiations. Mr. Connors is also to advise the Magistrate Judge by May 30, 2007 of his further discussions with the insurer in relation to the discussions during the recent mediation.

          /s/ Mary Pat Thynge
          UNITED STATES MAGISTRATE JUDGE