**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4302**
**Email: kjconnors@mdwcg.com**

July 12, 2007

VIA FAX: (302) 573-6445
Magistrate Judge Mary Pat Thynge
U.S. District Court
844 N. King Street
Lock Box 8
Wilmington, DE 19801

    RE:    Crother v. Dewey Beach
            Our File No.: 13061-00368
            C.A. # 04-913

Dear Magistrate Judge Thynge:

    The undersigned counsel represents defendants and the four (4) co-plaintiffs in this case are represented by James Liguori, Esquire. Mr. Liguori and I have been focusing on resolving the claims of three of the four plaintiffs, and settlement negotiations have been ongoing with respect to those claims. Both Mr. Liguori and I believe that additional time is necessary to resolve those matters and to resolve the larger claim of plaintiff Parise. To that end, we respectfully request that the Court consider the enclosed Stipulated Amended Case Scheduling Order, which simply moves the discovery, expert and dispositive motion deadlines as this case is not currently scheduled for trial.

    Counsel thank Your Honor for consideration of this matter.

                      Very truly yours,

                      Kevin J. Connors

KJC/vll

Cc:    James E. Liguori, Esquire – via fax: 302-678-3008

\15_A\LIAB\KJCONNORS\CORR\439008\VLLUCAS\13061\00368