**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A PROFESSIONAL CORPORATION    www.marshalldennehey.com

A REGIONAL DEFENSE LITIGATION LAW FIRM

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

FLORIDA
Fort Lauderdale
Jacksonville
Orlando
Tampa

OHIO
Akron

**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4302**
**Email: kjconnors@mdwcg.com**



September 28, 2007

Magistrate Judge Mary Pat Thynge
U.S. District Court
Lock Box 8
844 N. King Street
Wilmington, DE  19801

      RE:    Crother v. Dewey Beach
              Our File No.:  13061-00368
              Insured: Town of Dewey Beach Police Department
              Claim No.: UNGUN 2030
              DOL:  6/28/03; 7/12/03 & 8/29/03

Dear Magistrate Judge Thynge:

      The undersigned counsel represents defendants and the four co-plaintiff's in this matter are represented by James Liguori, Esquire.  Mr. Liguori and I have resolved three of the four claims and we are awaiting filing of the Stipulation of Partial Dismissal.  Both Mr. Liguori and I believe that additional time is needed to resolve the remaining matter involving plaintiff Parise.  To that end, we respectfully request that the Court enter the enclosed Stipulated Amended Case Scheduling Order, which moves the expert and dispositive motion deadlines.  This matter is not currently set for a pretrial conference or trial.

      Counsel thank Your Honor for consideration of this matter.

                                            Respectfully submitted,

                                            /s/ Kevin J. Connors
                                            Kevin J. Connors (#2135)

KJC/baj
Enclosure
cc:    James E. Ligouri, Esquire (by fax)

15/536969.v1